| Attorney or Party without Attorney:<br>Reza Mirzaie<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  Telephone No:  310-826-7474<br>  Attorney For:  Plaintiff | Ref. No. or File No.:<br>4874-2 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT
for the Western District of Texas

Plaintiff:  VIRTAMOVE, CORP
Defendant: ORACLE CORPORATION

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00339 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement Against Oracle Corporation; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement; Notice Of Related Cases; Notice Of Case Assignment

3. a. Party served:   ORACLE CORPORATION
   b. Person served:  Robin Hutt-Banks, Authorized to Accept Service for CT Corporation System, Agent for Service of Process

4. Address where the party was served:  1209 Orange St, Wilmington , DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 24 2024 (2) at: 11:34 AM

6. **Person Who Served Papers:**
   a. Lisa Joyner
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $401.65

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                          12/26/2024                              _____
                            (Date)                                    (Signature)



PROOF OF SERVICE

12400628
(17037474)