| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: 4874-2G | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

Plaintiff: VIRTAMOVE, CORP
Defendant: ORACLE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00339 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint for Patent Infringement Against Oracle Corporation; Civil Cover Sheet

3. a. Party served:    ORACLE CORPORATION
   b. Person served:   Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process

4. Address where the party was served:   251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 07 2025 (2) at: 01:00 PM

6. **Person Who Served Papers:**
   a. Frank Joyce
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $390.65

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/9/25
(Date)        (Signature)



PROOF OF SERVICE

12454828
(17051083)