IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00339-ADA |

### NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Plaintiff VirtaMove, Corp. ("VirtaMove") hereby provides notice that the parties have agreed to extend Defendant Oracle Corporation's ("Oracle") deadline to answer, move, or otherwise respond to VirtaMove's Complaint for Patent Infringement (Dkt. 1). The current deadline is January 28, 2025. The Parties[1] have agreed that this deadline be extended by 45 days until March 14, 2025. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

---

[1] with Diana Rutowski of Orrick, who represented that she will be appearing on behalf of Oracle.

Dated: January 15, 2025					Respectfully submitted,

*/s/ Qi Tong*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2025, a copy of the foregoing was electronically filed with the Court via the Court's CM/ECF system, and served on Oracle Corp. via email to Diana Rutowski of Orrick (drutowski@orrick.com).

*/s/ Qi Tong*

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474