# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP. <br><br> Defendant. | Case No. 7:24-cv-00339-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE OF VIRTAMOVE, CORP.'S INDIRECT INFRINGEMENT CLAIMS

VirtaMove, Corp. ("VirtaMove") and Oracle Corp. ("Oracle") jointly provide notice to the Court of the dismissal of VirtaMove's claims of indirect infringement of U.S. Patent Nos. 7,519,814 and 7,784,058 without prejudice.

Per Section VII of this Court's January 23, 2024 Standing Order Governing Proceedings (OGP) 4.4, the Parties agree that the dismissal is without prejudice and that VirtaMove may conduct discovery on the indirect infringement claims during the first three months of fact discovery. The parties further agree that VirtaMove may re-plead its indirect infringement claims with specificity within the first three months after fact discovery opens if supported by a good faith basis under Rule 11.

Dated: March 11, 2025   By:   Respectfully submitted,

/s/ Qi (Peter) Tong
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

/s/ Darryl J. Adams
Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: 512-402-3562

*Attorney for Defendant Oracle Corp.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF system.

Dated: March 11, 2025          By:    */s/ Darryl J. Adams*
                                                  Darryl J. Adams
                                                  *Attorney for Defendant Oracle Corp.*