IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT ORACLE CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Oracle Corporation makes the following disclosure:

Oracle Corporation has no parent corporation and no publicly held corporation owns 10% or more of Oracle Corporation's stock..

Dated: March 19, 2025

Respectfully submitted,

*/s/ Darryl J. Adams*
Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas  78701
Tel:  512-402-3550

1

Jared Bobrow (*pro hac vice pending*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (*pro hac vice–to be submitted*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (*pro hac vice–to be submitted)*
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Defendant Oracle Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 19, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

> */s/ Darryl J. Adams*
> Darryl J. Adams