UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

VirtaMove, Corp.

vs.                                     Case No.: 7:24-cv-00339-ADA

Oracle Corporation

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Bas de Blank , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Oracle Corporation  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Orrick, Herrington & Sutcliffe LLP with offices at:

    Mailing address: 1000 Marsh Road
    City, State, Zip Code: Menlo Park, CA 94025
    Telephone: 650-614-7343      Facsimile: 650-614-7401

2. Since December 9, 1997 , Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 191487.

3. Applicant has been admitted to practice before the following courts:

    Court:                              Admission date:
    Please see attachment

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: Please see attachment  on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Darryl J. Adams

Mailing address: 401 Congress Ave., Ste 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3550

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Bas de Blank to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Bas de Blank
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of March, 2025.

Bas de Blank
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

VirtaMove, Corp.

vs.                                          Case No.: 7:24-cv-00339-ADA

Oracle Corporation

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _Bas de Blank_, counsel for _Oracle Corporation_, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _Bas de Blank_ may appear on behalf of _Oracle Corporation_ in the above case.

IT IS FURTHER ORDERED that _Bas de Blank_, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE

**Bas de Blank Court Admissions**

| Court | Admission Date |
|---|---|
| U.S. District Court - Northern District of California | December 9, 1997 |
| U.S. District Court - Central District of California | October 6, 1998 |
| U.S. District Court - Southern District of California | October 24, 2013 |
| U.S. District Court - Eastern District of Texas | January 30, 2012 |
| U.S. Court of Appeals – Federal Circuit | February 20, 2009 |

**Bas de Blank Pro Hac Vice Applications in W.D. Tex.**

| Case / Application Date |
|---|
| Number 1:23-cv-00694-RP on the 11th day of July, 2023 |
| Number 1:23-cv-00885-ADA on the 8th day of February, 2022 |
| Number 1:23-cv-01090-ADA on the 8th day of February, 2022 |
| Number 6:21-cv-00331-ADA on the 8th day of February, 2022 |
| Number 6:19-cv-00716-ADA on the 30th day of July, 2021 |
| Number 6:20-cv-00881-ADA on the 29th day of September, 2020 |