UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00339-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff VirtaMove, Corp. and Defendant Oracle Corporation hereby provide the following status report:

### SCHEDULE

A proposed scheduling order has not yet been filed.

### FILINGS AND EXTENSIONS

Plaintiff's Complaint was filed on December 20, 2024 before Judge Counts. Plaintiff filed a notice of unopposed extension of time for Defendant to file an answer on January 15, 2025. Dkt. No. 10.

### RESPONSE TO THE COMPLAINT

Oracle filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P 12(b)(6) on March 14, 2025.

### PENDING MOTIONS

Defendant Oracle's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P 12(b)(6) (Dkt. 13).

## **RELATED CASES IN THIS JUDICIAL DISTRICT**

The cases *VirtaMove Corp. v. Amazon.com, Inc., et al.*, Case No. 7:24-cv-00030, filed on January 26, 2024; *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033-DC-DTG, filed on January 31, 2024; and *VirtaMove, Corp v. Microsoft Corp.*, Case No. 7:24-cv-00338, filed December 20, 2024 are pending before Judge Albright.

## **IPR, CBM, AND OTHER PGR FILINGS**

IPR2025-00487, against U.S. Patent No. 7,519,814, was filed by Google LLC on January 31, 2025.

IPR2025-00488, against U.S. Patent No. 7,519,814, was filed by Google LLC on January 31, 2025.

IPR2025-00489, against U.S. Patent No. 7,784,058, was filed by Google LLC on January 31, 2025.

IPR2025-00490, against U.S. Patent No. 7,784,058, was filed by Google LLC on January 31, 2025.

IPR2025-00561, against U.S. Patent No. 7,784,058, was filed by Amazon.com, Inc. on January 30, 2025.

IPR2025-00563, against U.S. Patent No. 7,519,814, was filed by Amazon.com, Inc. on January 31, 2025.

IPR2025-00566, against U.S. Patent No. 7,519,814, was filed by Amazon.com, Inc. on January 31, 2025.

IPR2025-00591, against U.S. Patent No. 7,784,058, was filed by International Business Machines Corp. on February 6, 2025.

IPR2025-00599, against U.S. Patent No. 7,519,814, was filed by International Business Machines Corp. on February 7, 2025.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

The Complaint asserted independent claim 1 in each of 2 Patents (U.S. Pat. Nos. 7,519,814 and 7,784,058) for a total of 2 claims.

## APPOINTMENT OF TECHNICAL ADVISOR

Virtamove defers to the Court on whether to appoint a technical advisor.  Oracle opposes the appointment of a technical advisor.

## MEET AND CONFER STATUS

The Parties have no pre-*Markman* issues to raise at the CMC.  Thus, there have been no issues for the parties to meet and confer about.

Respectfully submitted on March 21, 2025.

| */s/ Peter Tong* | */s/ Darryl J. Adams* |
|---|---|
| Reza Mirzaie (CA SBN 246953) | Darryl J. Adams |
| rmirzaie@raklaw.com | TX Bar No. 00796101 |
| Marc A. Fenster (CA SBN 181067) | dadams@sgbfirm.com |
| mfenster@raklaw.com | **Slayden Grubert Beard PLLC** |
| Neil A. Rubin (CA SBN 250761) | 401 Congress Avenue, Suite 1650 |
| nrubin@raklaw.com | Austin, Texas 78701 |
| Jacob R. Buczko (CA SBN 269408) | Tel: 512-402-3550 |
| jbuczko@raklaw.com | |
| James S. Tsuei (CA SBN 285530) | Jared Bobrow (*pro hac vice pending*) |
| jtsuei@raklaw.com | CA Bar No. 133712 |
| James A. Milkey (CA SBN 281283) | jbobrow@orrick.com |
| jmilkey@raklaw.com | Bas de Blank (*pro hac vice pending*) |
| Christian W. Conkle (CA SBN 306374) | CA Bar No. 191487 |
| cconkle@raklaw.com | basdeblank@orrick.com |
| Jonathan Ma (CA SBN 312773) | Diana Rutowski (*pro hac vice pending*) |
| jma@raklaw.com | CA Bar No. 233878 |
| Daniel Kolko (CA SBN 341680) | drutowski@orrick.com |
| dkolko@raklaw.com | **Orrick, Herrington & Sutcliffe LLP** |
| Mackenzie Paladino (NY SBN 6039366) | 1000 Marsh Road |
| mpaladino@raklaw.com | Menlo Park, CA  94025 |
| **RUSS AUGUST & KABAT** | Tel: (650) 614-7400 |

| | |
|---|---|
| 12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474 | Fax: (650) 614-7401<br><br>*Counsel for Defendant Oracle Corporation* |

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong (TX SBN 24119042)
