# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>　　　　Plaintiff,<br><br>　v.<br><br>ORACLE CORP.,<br>　　　　Defendant. | Case No. 7:24-cv-00339-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION TO DEADLINE TO FILE SCHEDULING ORDER

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, VirtaMove Corp. and Oracle Corp. hereby stipulate to the following extension of the deadline to file a Scheduling Order. Under the Exemplary Schedule of the Standing Order Governing Proceedings (OGP) 4.4–Patent Cases (Appendix A), the parties' original deadline of April 18, 2025 is extended by one week until April 25, 2025.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines because (1) it is agreed to by the parties, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event (because no such dates are yet scheduled).

Jointly submitted via the undersigned counsel on April 18, 2025.

| | |
|---|---|
| */s/ Qi (Peter) Tong*<br><br>Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com | */s/ Darryl J. Adams*<br><br>Darryl J. Adams<br>TX Bar No. 00796101<br>dadams@sgbfirm.com<br>**Slayden Grubert Beard PLLC**<br>401 Congress Avenue, Suite 1650<br>Austin, Texas 78701<br>Tel: 512-402-3550 |

Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Jared Bobrow
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (*pro hac vice pending*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (*pro hac vice pending)*
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Defendant Oracle Corporation*

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                               */s/ Darryl J. Adams*
                                               *Attorney for Oracle Corporation.*