**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| VIRTAMOVE, CORP.<br><br>     Plaintiff,<br><br>  v.<br><br>ORACLE CORP.<br><br>     Defendant. | Case No.  7:24-cv-000339-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to OGP § II(3) and in view of the Notice of Extension (Dkt. 22), Plaintiff VirtaMove Corp. and Defendant Oracle Corp. hereby jointly move for the Court to enter the proposed Scheduling Order filed herewith to govern this case.

Counsel for the parties have conferred and all parties agree to the schedule.  Accordingly, the parties request that the Court grant the motion and enter the attached Proposed Order.

Dated: April 25, 2025

By:  */s/ Peter Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com

Respectfully submitted,

*/s/ Darryl J. Adams*

Darryl J. Adams
TX Bar No. 00796101
dadams@sgbfirm.com
**Slayden Grubert Beard PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel: 512-402-3550

Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Jared Bobrow
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (*pro hac vice pending*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (*pro hac vice pending)*
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA
94025 Tel: (650) 614-
7400
Fax: (650) 614-7401

*Counsel for Defendant Oracle Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 25, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong
