IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

**ORDER GRANTING DEFENDANT ORACLE CORP.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Before the Court is Defendant Oracle Corp.'s Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). Having fully considered the Motion, the submissions related thereto, and the arguments of counsel, the court hereby GRANTS Defendant Oracle Corp.'s Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

SIGNED and Entered this _____ day of _____, 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE