**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

**ORDER GRANTING DEFENDANT ORACLE CORP.'S MOTION TO
TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA
OR, IN THE ALTERNATIVE, TO THE AUSTIN DIVISION OF THE
<u>WESTERN DISTRICT OF TEXAS UNDER 28 U.S.C. § 1404(a)</u>**

Before the Court is Defendant Oracle Corp.'s Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Austin Division of the Western District of Texas Under 28 U.S.C. § 1404(a) (the "Motion"). Having fully considered the Motion, the submissions related thereto, and the arguments of counsel, the court hereby GRANTS Defendant's Motion to Transfer as to the Northern District of California and transfers this case to the United States District Court for the Northern District of California.

SIGNED and Entered this _____ day of _____, 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE