# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

# DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF
# DEFENDANT ORACLE CORP.'S MOTION TO TRANSFER VENUE

I, Diana Rutowski, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Defendant Oracle Corp. ("Oracle") in the above-captioned matter. I am admitted pro hac vice to this Court. I submit this declaration based on personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Oracle's Motion to Transfer Venue.

3. I understand that Oracle received a subpoena on October 18, 2024 from Hewlett Packard Enterprises ("HPE") in *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093 (E.D. Tex), and that Oracle produced source code directly to HPE in response to the subpoena.

4. Attached as **Exhibit 1** is a true and correct copy of VirtaMove's Preliminary Disclosure of Asserted Claims and Infringement Contentions dated March 28, 2025.

5. Attached as **Exhibit 2** is a true and correct copy of an Oracle webpage titled "What Is Containerization? A Definition", available at https://www.oracle.com/database/containerization/ (printed date April 18, 2025).

6. Attached as **Exhibit 3** is a true and correct copy of a document titled Amazon's Motion to Dismiss or Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 31 (W.D. Tex. June 7, 2024).

7. Attached as **Exhibit 4** is a true and correct copy of a document titled Redacted Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a), *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033, ECF No. 48 (W.D. Tex. July 17, 2024).

8. Attached as **Exhibit 5** is a true and correct copy of a document titled Order

Granting-In-Part and Denying-In-Part Amazon's Motion to Dismiss or Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 87 (W.D. Tex. Jan. 22, 2025).

9. Attached as **Exhibit 6** is a true and correct copy of a document titled Order Granting Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a), *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033, ECF No. 86 (W.D. Tex. Jan. 22, 2025).

10. Attached as **Exhibit 7** is a true and correct copy of a document titled Order Granting VirtaMove's Unopposed Motion to Extend the Stay of Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 94 (W.D. Tex. Feb. 19, 2025).

11. Attached as **Exhibit 8** is a true and correct copy of a document titled Order Granting Emergency Motion to Extend Stay of Transfer, *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033, ECF No. 95 (W.D. Tex. Feb. 21, 2025).

12. Attached as **Exhibit 9** is a true and correct copy of a document titled Cloud Native Computing Foundation webpage, available at https://www.cncf.io/ (printed date April 24, 2025).

13. Attached as **Exhibit 10** is a true and correct copy of a document titled Declaration of Nimesh Bhatia in Support of IBM's Motion to Transfer Venue, *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093, ECF No. 78-1 (E.D. Tex. Aug. 21, 2024).

14. Attached as **Exhibit 11** is a true and correct copy of a Cloud Native Computing Foundation webpage titled "Contact Us", available at https://www.cncf.io/about/contact/ (printed date April 21, 2025).

15. Attached as **Exhibit 12** is a true and correct copy of a Linux Foundation webpage titled "Contact Us", available at https://www.linuxfoundation.org/about/contact/ (printed date

April 21, 2025).

16. Attached as **Exhibit 13** is a true and correct copy of a Cloud Native Computing Foundation webpage titled "TechCrunch: As Kubernetes hits 1.0, Google donates technology to newly formed Cloud Native Computing Foundation", available at https://www.cncf.io/news/2015/07/21/techcrunch-as-kubernetes-hits-1-0-google-donates-technology-to-newly-formed-cloud-native-computing-foundation/ (printed date April 24, 2025).

17. Attached as **Exhibit 14** is a true and correct copy of a Cloud Native Computing Foundation webpage titled "Kubernetes Companies table dashboard", available at https://k8s.devstats.cncf.io/d/9/companies-table?orgId=1 (printed date April 21, 2025).

18. Attached as **Exhibit 15** is a true and correct copy of a document titled Redacted Hewlett Packard Enterprise Company's Amended Answer and Counterclaims to VirtaMove's Third Amended Complaint, *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093, ECF No. 117 (E.D. Tex. Dec. 23, 2024).

19. Attached as **Exhibit 16** is a true and correct copy of a Docker webpage, available at https://www.docker.com (printed date April 21, 2025).

20. Attached as **Exhibit 17** is a true and correct copy of a Docker webpage titled "Contact Docker", available at https://www.docker.com/company/contact (printed date April 21, 2025).

21. Attached as **Exhibit 18** is a true and correct copy of a document titled Order Granting Hewlett Packard Enterprise Company's Motion to Transfer Venue Pursuant To 28 U.S.C. § 1404(a), *Intellectual Ventures I LLC v. Hewlett Packard Enterprise Co.*, No. 6:21-cv-0226-ADA, ECF No. 49 (W.D. Tex. Nov. 30, 2021).

22. Attached as **Exhibit 19** is a true and correct copy of a Wayback Archive for "Sun

Announces Solaris[Tm] 9 Operating Environment: With Over 300 New Features, Customers Save Money and Time", available at https://web.archive.org/web/20020604065501/http://www.sun.com:80/smi/Press/sunflash/2002-05/sunflash.20020522.2.html (printed date April 24, 2025).

23. Attached as **Exhibit 20** is a true and correct copy of a LinkedIn profile of Solomon Hykes, available at https://www.linkedin.com/in/solomonhykes (printed date April 21, 2025).

24. Attached as **Exhibit 21** is a true and correct copy of a screenshot from https://www.youtube.com/watch?v=wW9CAH9nSLs (printed date April 21, 2025).

25. Attached as **Exhibit 22** is a true and correct copy of a Pycon 2013 webpage, available at https://us.pycon.org/2013/ (printed date April 21, 2025).

26. Attached as **Exhibit 23** is a true and correct copy of a document titled Declaration of Phil Estes in Support of Amazon's Motion to Dismiss or Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 33 (W.D. Tex. June 7, 2024).

27. Attached as **Exhibit 24** is a true and correct copy of a Containerd webpage, available at https://containerd.io (printed date April 21, 2025).

28. Attached as **Exhibit 25** is a true and correct copy of a LinkedIn profile of Derek McGowan, available at https://www.linkedin.com/in/derek-mcgowan-6a750714 (printed date April 21, 2025).

29. Attached as **Exhibit 26** is a true and correct copy of a GitHub webpage titled "Tonis Tiigi", available at https://github.com/tonistiigi (printed date April 21, 2025).

30. Attached as **Exhibit 27** is a true and correct copy of a LinkedIn profile of Jessie Frazelle, available at https://www.linkedin.com/in/jessie-frazelle/ (printed date April 23, 2025).

31. Attached as **Exhibit 28** is a true and correct copy of a LinkedIn profile of Sebastien Pahl, available at https://www.linkedin.com/in/spahl/ (printed date April 21, 2025).

32. Attached as **Exhibit 29** is a true and correct copy of a Harvard Business School case consisting of "Vinod Khosla and Sun Microsystems (A)" dated December 14, 1989 and "Vinod Khosla and Sun Microsystems (B)" dated September 28, 1989.

33. Attached as **Exhibit 30** is a true and correct copy of U.S. Provisional Patent Application No. 60/469,558.

34. Attached as **Exhibit 31** is a true and correct copy of U.S. Patent No. 7,437,556.

35. Attached as **Exhibit 32** is a true and correct copy of a LinkedIn profile of Andy Tucker, available at https://www.linkedin.com/in/andy-tucker-b0a882 (printed date April 21, 2025).

36. Attached as **Exhibit 33** is a true and correct copy of a LinkedIn profile of John Beck, available at https://www.linkedin.com/in/john-beck-50450b (printed date April 21, 2025).

37. Attached as **Exhibit 34** is a true and correct copy of a LinkedIn profile of Daniel Price, available at https://www.linkedin.com/in/danielbprice (printed date April 21, 2025).

38. Attached as **Exhibit 35** is a true and correct copy of a document titled Redacted IBM's Answer to Complaint Against International Business Machines Corp., Affirmative Defenses, and Counterclaims, *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093, ECF No. 114 (E.D. Tex. Dec. 19, 2024).

39. Attached as **Exhibit 36** is a true and correct copy of an Aqua webpage titled "A Brief History of Containers: From the 1970s Till Now" by Rani Osnat, available at https://www.aquasec.com/blog/a-brief-history-of-containers-from-1970s-chroot-to-docker-2016/#:~:text=2001%3A%20Linux%20VServer,by%20patching%20the%20Linux%20kernel

(printed date April 21, 2025).

40. Attached as **Exhibit 37** is a true and correct copy of a Red Hat webpage titled "The History of Containers" by Tim Hildred, available at https://www.redhat.com/en/blog/history-containers (printed date April 21, 2025).

41. Attached as **Exhibit 38** is a true and correct copy of a FreeBSD webpage titled "About FreeBSD", available at https://www.freebsd.org/about/ (printed date April 21, 2025).

42. Attached as **Exhibit 39** is a true and correct copy of a FreeBSD webpage titled "Chapter 1. Introduction", available at https://docs.freebsd.org/en/books/handbook/introduction/#history (printed date April 21, 2025).

43. Attached as **Exhibit 40** is a true and correct copy of U.S. Patent Application No. 2002/0133529A1.

44. Attached as **Exhibit 41** is a true and correct copy of U.S. Patent Application No. 2002/0138629A1.

45. Attached as **Exhibit 42** is a true and correct copy of a LinkedIn profile of Brian Schmidt, available at https://www.linkedin.com/in/briankschmidt (printed date April 21, 2025).

46. Attached as **Exhibit 43** is a true and correct copy of a LinkedIn profile of Jim Hanko, available at https://www.linkedin.com/in/jimhanko (printed date April 21, 2025).

47. Attached as **Exhibit 44** is a true and correct copy of a LinkedIn profile of Steven Osman, available at https://www.linkedin.com/in/steven-osman (printed date April 21, 2025).

48. Attached as **Exhibit 45** is a true and correct copy of a LinkedIn Profile of Dinesh Subhraveti, available at https://www.linkedin.com/in/subhraveti (printed date April 21, 2025).

49. Attached as **Exhibit 46** is a true and correct copy of a LinkedIn profile of Gong Su, available at https://www.linkedin.com/in/gong-su-28869a5 (printed date April 21, 2025).

50. Attached as **Exhibit 47** is a true and correct copy of a LinkedIn profile of Jason Nieh, available at https://www.linkedin.com/in/jasonnieh (printed date April 21, 2025).

51. Attached as **Exhibit 48** is a true and correct copy of a LinkedIn profile of Jonathan Clark, available at https://www.linkedin.com/in/jonathanclark3/ (printed date April 21, 2025).

52. Attached as **Exhibit 49** is a true and correct copy of a BroadCom webpage titled "VMware to Expand Desktop Virtualization Solution with Acquisition of Thinstall", available at https://news.broadcom.com/releases/thinstall (printed date April 21, 2025).

53. Attached as **Exhibit 50** is a true and correct copy of an eWeek webpage titled "SWsoft Upgrades Virtualization Software" by Peter Galli, available at https://www.eweek.com/development/swsoft-upgrades-virtualization-software/ (printed date April 21, 2025).

54. Attached as **Exhibit 51** is a true and correct copy of a Linux Journal webpage titled "Product of the Day: Virtuozzo", available at https://www.linuxjournal.com/article/5796 (printed date April 21, 2025).

55. Attached as **Exhibit 52** is a true and correct copy of a document titled Redacted HPE's Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093, ECF No. 95 (E.D. Tex. Oct. 23, 2024).

56. Attached as **Exhibit 53** is a true and correct copy of a Corporate Profile for VirtaMove from the Innovation, Science and Economic Development Canada.

57. Attached as **Exhibit 54** is a true and correct copy of a document titled VirtaMove's Supplemental Objections and Responses to Google's First Set of Venue Interrogatories (Nos. 1-4) and Responses to Google's Second Set of Venue Interrogatories (No.

5), *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033, ECF No. 56-5 (W.D. Tex. Oct. 10, 2024).

58. Attached as **Exhibit 55** is a true and correct copy of a LinkedIn profile of Paul O'Leary, available at https://www.linkedin.com/in/paulroleary (printed date April 21, 2025).

59. Attached as **Exhibit 56** is a true and correct copy of a LinkedIn profile of Dean Huffman, available at https://www.linkedin.com/in/dean-huffman-bb63974 (printed date April 21, 2025).

60. Attached as **Exhibit 57** is a true and correct copy of a LinkedIn profile of Don Rochette, available at https://www.linkedin.com/in/donn-rochette-6925805 (printed date April 21, 2025).

61. Attached as **Exhibit 58** is a true and correct copy of a Allen, Dyer, Doppelt, & Gilchrist webpage titled "Contact Us", available at https://allendyer.com/contact-us/ (printed date April 21, 2025).

62. Attached as **Exhibit 59** is a true and correct copy of a document titled Amended Order Granting Alfresco Software's Motion to Transfer Venue Under 28 U.S.C. § 1404(a), *Open Text Corp. v. Alfresco Software, Ltd.*, No. 6:20-CV-00928-ADA, ECF No. 149 (W.D. Tex. Nov. 22, 2021).

63. Attached as **Exhibit 60** is a true and correct copy of a document titled Order Denying Motion To Transfer Venue, *Red Rock Analytics, LLC v. Apple Inc.*, No. 6:21-cv-00346-ADA, ECF No. 172 (W.D. Tex March 4, 2025).

64. Attached as **Exhibit 61** is a true and correct copy of Google Flights Search Results for Minneapolis to Midland-Odessa from May 24, 2025 to May 31, 2025 (printed date April 22, 2025).

65. Attached as **Exhibit 62** is a true and correct copy of Google Flights Search Results for Minneapolis to San Francisco from May 24, 2025 to May 31, 2025 (printed date April 22, 2025).

66. Attached as **Exhibit 63** is a true and correct copy of a document titled Text Order Granting Joint Motion to Transfer Case to the Austin Division entered by Judge Alan D Albright, *VirtaMove Corp. v. Microsoft Corp.*, No. 7:24-cv-00338 (W.D. Tex. Apr. 17, 2025).

67. Attached as **Exhibit 64** is a true and correct copy of a Channel Futures webpage titled "VMware EUC, Which Broadcom Shunned, Becomes KKR-Owned Omnissa" by Kelly Teal, available at https://www.channelfutures.com/mergers-acquisitions/vmware-euc-which-broadcom-shunned-becomes-omnissa (printed date April 24, 2025).

68. Attached as **Exhibit 65** is a true and correct copy of a Kubernetes Blog webpage titled "Borg: The Predecessor to Kubernetes", available at https://kubernetes.io/blog/2015/04/borg-predecessor-to-kubernetes/ (printed date April 24, 2025).

69. Attached as **Exhibit 66** is a true and correct copy of a Crunchbase webpage for Kamel Founadi, available at https://www.crunchbase.com/person/kamel-founadi (printed date April 24, 2025).

70. Attached as **Exhibit 67** is a true and correct copy of a Crunchbase webpage for Tonis Tiigi, available at https://www.crunchbase.com/person/tonis-tiigi (printed date April 24, 2025).

71. Attached as **Exhibit 68** is a true and correct copy of a Google Flights Search Results for Miami to Midland-Odessa from May 24, 2025 to May 31, 2025 (printed date April 23, 2025).

72. Attached as **Exhibit 69** is a true and correct copy of a Google Flights Search

Results for Raleigh to Midland-Odessa from May 24, 2025 to May 31, 2025 (printed date April 23, 2025).

73. Attached as **Exhibit 70** is a true and correct copy of a Google Flights Search Results for San Francisco to Midland-Odessa from May 24, 2025 to May 31, 2025 (printed date April 23, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025, in Redwood City, California.

_____
Diana Rutowski (admitted pro hac vice)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted, |
| | */s/ Jared Bobrow* |

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

*Attorneys for Defendant Oracle Corp.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 25, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                */s/ Jared Bobrow*
                                                Jared Bobrow