# EXHIBIT 2

  

About   Services   Solutions   Pricing   Partners   Resources                                Sign in to Oracle Cloud

# What Is Containerization? A Definition

Lorna Garey | Senior Writer | April 3, 2025



**In This Article**

**What Is Containerization?**
Want to make your application infrastructure more agile, automated, and resilient? A cloud native architecture based on containers and containerization, plus orchestration tools like Kubernetes, allows you to scale up and down easily, whether in the cloud or on premises. These technologies empower your development teams to release updates more frequently and efficiently, ultimately leading to more innovation and less operational overhead. Let's look at one enabling technology.

## What Is Containerization?

Containerization is a method of encapsulating an application and its runtime environment—including libraries, dependencies, and configuration files—into a self-contained unit called a container.

The purpose of containerization is to make applications portable, consistent, and, in many instances, easier to scale up by adding more containers. Docker is a popular platform for creating containerized applications, which are often then managed using Kubernetes.

| Resources for | Why Oracle | Learn | What's new | Contact us |
|---|---|---|---|---|
| Careers | Analyst Reports | What is AI? | Oracle Supports Ukraine | US Sales: +1.800.633.0738 |
| Developers | Cloud Economics | What is Cloud Computing? | Oracle Cloud Free Tier | How can we help? |
| Investors | with Microsoft Azure | What is Cloud Storage? | Cloud Architecture Center | Subscribe to emails |
| Partners | vs. AWS | What is HPC? | Cloud Lift | Events |
| Startups | vs. Google Cloud | What is IaaS? | Oracle Support Rewards | News |
| Students and Educators | vs. MongoDB | What is PaaS? | Oracle Red Bull Racing | OCI Blog |

© 2025 Oracle   |   Privacy   Do Not Sell My Info   Cookie Preferences   Ad Choices   Careers



Chat now
Call US Sales
**+1.800.633.0738**
Complete list of local country numbers