# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,**<br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br>**AMAZON.COM SERVICES LLC.,**<br>**AND AMAZON WEB SERVICES,**<br>**INC.,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 7:24-CV-00030-ADA-DTG** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION TO EXTEND THE STAY OF TRANSFER (ECF NO. 90)

Before the Court is Plaintiff VirtaMove Corp.'s Unopposed Motion to Extend the Stay of Transfer (ECF No. 90). Plaintiff requests the Court extend the stay of this case to allow time for appeal of the Court's order transferring this case to the Northern District of California. *See* ECF No. 87. Noting that the Motion is unopposed, the Court **GRANTS** Plaintiff's Motion. Accordingly, it is **ORDERED** that this case shall remain **STAYED** until May 23, 2025. On that date, **AND NOT BEFORE**, the Clerk of Court shall take all actions necessary to transfer the above-captioned case to the United States District Court for the Northern District of California.

SIGNED this 19th day of February, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE