# EXHIBIT 9



# MAKE CLOUD NATIVE UBIQUITOUS

CNCF is the open source, vendor-neutral hub of **cloud native computing**, hosting projects like Kubernetes and Prometheus to make cloud native universal and sustainable.

**207** Projects    **280K** Contributors    **19.4M** Contributions    **192** Countries

# CNCF projects are the foundation of cloud native computing

As part of the Linux Foundation, we provide support, oversight and direction for fast-growing, cloud native projects, including Kubernetes, Envoy, and Prometheus.

**31** GRADUATED PROJECTS    **36** INCUBATING PROJECTS    **140** SANDBOX PROJECTS

          



         

**ALL PROJECTS**

# Transforming leading organizations across the world



**CASE STUDY**

# Trip.com

How Trip.com Group switched to Cilium For Scalable and Cloud Native Networking

**ALL CASE STUDIES**

# Ready to go cloud native?
# Join our foundation of doers

## Members

**Building and selling cloud native tech?**

Shape the ecosystem and drive cross-company collaboration with more than 700 members.

**BECOME A MEMBER**

## Contributors

**Looking to get involved?**

From coders to creatives, join our welcoming, global community and advance CNCF cloud native projects.

**START CONTRIBUTING**

## End Users

## New to CNCF?

**Using cloud native technologies?**

Accelerate your adoption in close collaboration with peers, project maintainers, and CNCF.



**JOIN THE COMMUNITY**

**ABOUT CNCF**

---

**UPCOMING EVENTS**



---

# Together we are #TeamCloudNative

CNCF is deeply committed to the success of our community, from **our ambassadors** to maintainers to first-time contributors. No matter your goals, we support your cloud native journey.

Cloud Native Computing Foundation



Cloud Native Computing Foundation



**CNCF AMBASSADORS**

# We're redefining how software gets built

We drive team velocity through cross-industry collaboration, contributions, and guidance from experienced practitioners. Whether your background is technical or creative, everybody is welcome to join us in making cloud native ubiquitous.





```
deployment.apps/nginx create

~$ kubectl get pods

NAME                      READY   STATUS      RESTARTS      AGE
nginx-1006230814-6winp    1/1     Running     0             11s
nginx-1006230814-fmgu3    1/1     Running     0             11s
nginx-1006230814-jhgr8    1/1     Running     0             11s

~$ kubectl expose deployment nginx --port=8000 --target-port=80

service/nginx exposed

~$ kubectl get services

NAME          TYPE        CLUSTER-IP      EXTERNAL-IP     PORT(S)
AGE
kubernetes    ClusterIP   10.96.0.1                       443/TCP
1m
nginx         ClusterIP   10.100.110.78                   8000/TCP
4s

~$ kubectl port-forward service/nginx 5000:8000

Forwarding from 127.0.0.1:5000 -> 80
Forwarding from [::1]:5000 -> 80
```

**CONTRIBUTE**

# Latest from CNCF

Prepare your application
landscape for zero trust
with Keycloak 26.2





**Prepare your application landscape for zero
trust with Keycloak 26.2**

Protecting NATS and the
integrity of open source: CNCF's
commitment to the community



**Protecting NATS and the integrity of open
source: CNCF's commitment to the
community**

April 24, 2025

April 24, 2025




**CNCF Announces Graduation of in-toto Security Framework, Enhancing Software Supply Chain Integrity Across Industries**

April 23, 2025

## LATEST NEWS



**Subscribe** for updates, event info, webinars, and the latest community news

First name*

Last name*

Email address*

Select country*

Select language*

Subscribe

By submitting this form, I consent to receive marketing emails from the LF and its projects regarding their events, training, research, developments, and related announcements. I understand that I can unsubscribe at any time using the links in the footers of the emails I receive. **Privacy Policy**.

**JOIN NOW**

**All CNCF Sites**

Copyright © 2025 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our **Trademark Usage** page. Linux is a registered trademark of Linus Torvalds. **Privacy Policy** and **Terms of Use**.

**Accessibility Statement**

**Submit an issue with this page**