# EXHIBIT 11



# CONTACT US

## Interested in becoming a member?

**JOIN US**

For Linux Foundation training and certification questions, including CKA, CKAD, and CKS, please submit a request for the **LF Training & Certification team**.

**CNCF Members**: Please submit a ticket through the **Member Help Desk** for questions related to:

- Membership benefits
- Contact updates
- Logo updates

**FOR GENERAL INQUIRIES, PLEASE USE THIS FORM**



**First name***

**Last name***

**Email***

**Phone number**

**Country/Region***

Select country

**Company name***

**Job title**

**Topic***

Please Select

**Message***

☐ By submitting this form, I consent to receive marketing emails from the CNCF and its projects regarding their events, training, research, developments, and related announcements. I understand that I can unsubscribe at any time using the links in the footers of the emails you receive. Privacy Policy.

**SUBMIT**

## Mailing Address

Cloud Native Computing Foundation
c/o The Linux Foundation
548 Market St
PMB 57274
San Francisco, CA 94104-5401

**+1-415-723-9709**

**info@cncf.io**

**Subscribe** for updates, event info, webinars, and the latest community news

First name*

Last name*

Email address*

Select country*

Select language*

Subscribe

By submitting this form, I consent to receive marketing emails from the LF and its projects regarding their events, training, research, developments, and related announcements. I understand that I can unsubscribe at any time using the links in the footers of the emails I receive. **Privacy Policy**.

JOIN NOW

All CNCF Sites

Copyright © 2025 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our **Trademark Usage** page. Linux is a registered trademark of Linus Torvalds. **Privacy Policy** and **Terms of Use**.

**Accessibility Statement**

**Submit an issue with this page**