# EXHIBIT 12



## Have questions about a training or certification exam, course purchase or scheduling?

Please submit a Training & Certification Support Request. It is the fastest way to receive support.

**T&C SUPPORT REQUESTS**

### Project Support

For hosted project support, please **Submit a Support Request**.

### Security Issues

To report vulnerabilities, see the **security** page.

### Project Hosting

To learn more or inquire about hosting a project at the Linux Foundation, please visit our **Host a Project page**.

## Contact Us

We do not provide any support for Linux. To get answers to your Linux questions, please check Linux-related resources available on the Internet or contact the distribution vendor.

First name

Last name

Email*

Select Inquiry Topic

Please Select

Comments

By submitting this form, I consent to receive marketing emails from the LF and its projects regarding their events, training, research, developments, and related announcements. I



Contact Us | Linux Foundation

understand that I can unsubscribe at any time using the links in the footers of the emails I receive.
Privacy Policy.

SUBMIT

## Addresses

### Main Office

548 Market St

PMB 57274

San Francisco, California

94104-5401 US

TEL: +1 415 723 9709

**www.linuxfoundation.org**

### Linux Foundation Japan

#901, 74-1 Yamashita-cho, Naka-ku

Yokohama-shi, Kanagawa, 231-0023, Japan

TEL:  045-228-7761

FAX : 045-228-7762

**www.linuxfoundation.jp**

### Linux Foundation Europe

Avenue des arts 56

1000 Bruxelles

Belgium

**www.linuxfoundation.eu**

### Stay Connected with the Linux Foundation

First name

Last name

Email*

By submitting this form you are consenting to receive marketing emails about news, events, and training from the Linux Foundation. You can unsubscribe at any time by following the "Subscription Center" link included within such communications. For information on our privacy practices and commitment to protecting your privacy, please review our Privacy Policy. We do not sell your contact information to third parties.

SUBMIT



> PROJECTS

> NEWSROOM

**ABOUT THE LINUX FOUNDATION**

The Linux Foundation provides a neutral, trusted hub for developers to code, manage, and scale open technology projects.

About the LF

Leadership

Careers

Corporate Members

Diversity & Inclusivity

Brand Guidelines

Contact Us

Store

> LF RESEARCH

> LFX PLATFORM

> RESOURCES

> EVENTS

> LF EDUCATION

Copyright © 2025 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For more information, including terms of use, privacy policy, and trademark usage, please see our Policies page. Privacy Policy | Trademark Usage