# EXHIBIT 13

4/24/25, 5:55 PM TechCrunch: As Kubernetes hits 1.0, Google donates technology to newly formed Cloud Native Computing Foundation | CNCF

Case 7:24-cv-00339-ADA    Document 28-13    Filed 04/25/25    Page 2 of 4



# NEWS

# TechCrunch: As Kubernetes hits 1.0, Google donates technology to newly formed Cloud Native Computing Foundation

Kubernetes, the open-source container management tool Google launched last February, hit version 1.0 today. With this update, Google now considers Kubernetes ready for production. What's more important, though, Google is also ceding control over Kubernetes and is donating it to a newly formed foundation – the Cloud Native Computing Foundation (CNCF) that will be run by the Linux Foundation. Other partners in the new foundation include AT&T, Box, Cisco, Cloud Foundry Foundation, CoreOS, Cycle Computing, Docker, eBay, Goldman Sachs, Huawei, IBM, Intel, Joyent, Kismatic, Mesosphere, Red Hat, Switch SUPERNAP, Twitter, Univa, VMware and Weaveworks.

SHARE

  





# The latest from our blog





### Prepare your application landscape for zero trust with Keycloak 26.2



April 24, 2025

### Protecting NATS and the integrity of open source: CNCF's commitment to the community



April 24, 2025



### CNCF Announces Graduation of in-toto Security Framework, Enhancing Software Supply Chain Integrity Across Industries



April 23, 2025

## Subscribe for updates, event info, webinars, and the latest community news

4/24/25, 5:55 PM TechCrunch: As Kubernetes Hits 1.0, Google Donates Technology To Newly Formed Cloud Native Computing Foundation | CNCF

Case 7:24-cv-00339-ADA Document 28-13 Filed 04/25/25 Page 4 of 4

First name*

Last name*

Email address*

Select country*

Select language*

Subscribe

By submitting this form, I consent to receive marketing emails from the LF and its projects regarding their events, training, research, developments, and related announcements. I understand that I can unsubscribe at any time using the links in the footers of the emails I receive. **Privacy Policy**.

JOIN NOW

All CNCF Sites

Copyright © 2025 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our **Trademark Usage** page. Linux is a registered trademark of Linus Torvalds. **Privacy Policy** and **Terms of Use**.

Accessibility Statement

Submit an issue with this page