# EXHIBIT 16

Docs    Get support    Contact sales

docker    Products ⌄    Developers ⌄    Pricing    Support    Blog    Company ⌄        Sign In    Get started

# Develop faster. Run anywhere.

Build with the #1 most-used developer tool

Download Docker Desktop    Learn more about Docker

## What is Docker?

# Accelerate how you build, share, and run applications

Docker helps developers build, share, run, and verify applications anywhere — without tedious environment configuration or management.

Docker Accelerated Container Application Development



# Build

## Spin up new environments quickly

Accelerate your development by building Docker images locally or in the cloud with Docker Build Cloud. Create multiple containers using Docker Compose without the hassle of local build constraints.

## Integrate with your existing tools

Docker seamlessly integrates with your development tools, such as VS Code, CircleCI, and GitHub. Meanwhile, Docker Build Cloud fast-tracks build times, resulting in an enhanced workflow without disruption.

## Containerize applications for consistency

Ensure consistent application performance across any environment, whether it's on-premises Kubernetes or cloud platforms like AWS ECS, Azure ACI, and Google GKE.

Optimize builds with Docker Build Cloud →

**Explore all**     Find pricing

## Why use Docker?

# Trusted by developers. Chosen by Fortune 100 companies.

Docker provides a suite of development tools, services, trusted content, and automations, used individually or together, to accelerate the delivery of secure applications.

Read more customer stories →



**20M+**
monthly developers

**7M+**
applications

**20B+**
monthly image pulls

Container development

# New to containers?

We got you covered! Get started with the basics with our guide to containers, including what they are, their advantage over virtual machines, and more.

Read the container guide →







## Connect

# Meet the community

Stop by any of the hundreds of meetups around the world for in-person banter or join our Slack and Discourse for virtual peer support. Our Docker Captains are also a great source of developer insight and expertise.

**Connect with us →**

### Join our open source program

Our Docker-Sponsored Open Source program is ideal for developers working on non-commercial projects.

**Apply today →**

# Develop from code to cloud with partners that you trust

Our partnerships ensure that your development pipeline network will work in your preferred environment — whether local or in the cloud.

**Our trusted partners →**



Simplify the development of your multi-container applications from Docker CLI to Amazon EKS and Serverless.



Seamlessly bring container applications from your local machine and run them in Azure Container Instances.



Easily distribute and share Docker images with the JFrog Artifactory image repository and integrate all of your development tools.

## Integrate with your favorite tools and images





## How to get started

# Your path to accelerated application development starts here.



### Download Docker

Learn how to install Docker for Mac, Windows, or Linux and explore our developer tools.

Get started →



### Containerize your first app

Develop a solid understanding of the Docker basics with our step-by-step developer guide.

Learn Docker →



### Publish your image on Docker Hub

Share your application with the world (or other developers on your team).

Sign up for free →

# Choose a subscription that's right for you

Find your perfect balance of collaboration, security, and support with a Docker subscription.

**Find pricing**



## Products

- Docker Desktop
- Docker Hub
- Docker Scout
- Docker Build Cloud

## Features

- Command Line Interface
- IDE Extensions
- Container Runtime
- Docker Extensions
- Trusted Open Source Content
- Secure Software Supply Chain

## Developers

- Documentation
- Getting Started
- Trainings
- Extensions SDK
- Community
- Open Source
- Preview Program

## Pricing

- Personal
- Pro
- Team
- Business
- Pricing FAQ
- Contact Sales

## Support

- Docker System Status

## Blog

- Newsletter

## Company

- About Us
- What is a Container
- Why Docker
- Trust
- Customer Success
- Partners
- Events
- Newsroom
- Swag Store
- Brand Guidelines
- Trademark Guidelines
- Careers
- Contact Us

## Languages

- English
- 日本語

     

© 2025 Docker Inc. All rights reserved   |   Terms of Service   |   Privacy   |   Legal

Do Not Sell My Personal Information