# EXHIBIT 17

  Docs   Get support   Contact sales

docker.   Products ˅     Developers ˅     Pricing     Support     Blog     Company ˅     Sign In   Get started

# Contact Docker

We'd love to hear from you.

## Pricing & Subscriptions

Docker offers a variety of subscriptions to fit your organization's needs. Visit our pricing page to learn more about our products and subscription tiers.

**Contact Sales**

## Support & Documentation

All Docker subscribers have access to community forums, community slack and Docker Docs.

**Contact Support**

## Docker Verified Publisher Program

Build trust, increase awareness and improve customer experience while reaching millions of developers in the Docker ecosystem.

**Learn More**

## Open Source Community Program

Qualifying OSS projects can get a no-cost Docker subscription to support their contributors and end users.

**Apply Now**

# Join Our Team

Come join the team that is building the technology that enables people around the world to build applications for every user, industry and purpose. Check out our Job Openings to learn more.

**View Open Positions**



Docker, Inc.
3790 El Camino Real # 1052
Palo Alto, CA 94306
(415) 941-0376



## Products

- Docker Desktop
- Docker Hub
- Docker Scout
- Docker Build Cloud

## Features

- Command Line Interface
- IDE Extensions
- Container Runtime
- Docker Extensions
- Trusted Open Source Content
- Secure Software Supply Chain

## Developers

- Documentation
- Getting Started
- Trainings
- Extensions SDK
- Community
- Open Source
- Preview Program

## Pricing

- Personal
- Pro
- Team
- Business
- Pricing FAQ
- Contact Sales

## Support

- Docker System Status

## Blog

- Newsletter

## Company

- About Us
- What is a Container
- Why Docker
- Trust
- Customer Success
- Partners
- Events
- Newsroom
- Swag Store
- Brand Guidelines
- Trademark Guidelines
- Careers
- Contact Us

## Languages

- English
- 日本語

    

© 2025 Docker Inc. All rights reserved   |   Terms of Service   |   Privacy   |   Legal

Do Not Sell My Personal Information