# EXHIBIT 22

LOG IN (/2013/ACCOUNT/LOGIN/) | SIGN UP (/2013/ACCOUNT/SIGNUP/)

About ▾ (/2013/about/what-is-pycon/)    Events ▾    Speaking ▾ (/2013/speaking/speakatpycon/)

Sponsors ▾ (/2013/sponsors/)    Venue ▾    News (http://pycon.blogspot.com/)    PSF ▾

Registration ▾ (/2013/registration/)

The largest annual gathering
for the community using and developing
the open-source
**Python programming language**

*Change the future - education, outreach, politeness, respect, tenacity and vision*

**TUTORIALS:** March 13–14
**MAIN CONFERENCE:** March 15–17
**DEVELOPMENT SPRINTS:** March 18–21

Presented By

heroku    (http://www.heroku.com/)

Google    (http://google.com/)

Registration

**Sold Out**

Sponsors

Sponsorship available. Learn more (/2013/sponsors/prospectus/).

(http://www.meetup.com/Women-Who-Code-SF/) (https://www.gittip.com/)
(http://www.postgresql.org/) (http://www.adafruit.com/)
(http://www.pcduino.com/)

(http://www.pythonweekly.com/) (http://pycoders.com/) (http://www.computer.org/portal/web/computingnow/cise)
(http://www.linux-magazine.com/) (http://www.admin-magazine.com/)

☐☐☐☐☐☐☐☐

## Announcements

*Feb*
**2**
*2013*

### Main conference sold out, tutorials and workshops still open!

**BY BRIAN CURTIN**

We just hit our capacity of 2,500 attendees for the conference, so registration for the conference dates March 15-17 is now closed! If you purchased tickets, don't forget to register for our *free* opening reception at http://pycon2013reception.eventbrite.com/ (http://pycon2013reception.eventbrite.com/)!

You know what isn't closed? Tutorial registration! We have some excellent tutorials on our schedule (/2013/schedule/tutorials/) this year that you should definitely check out. If you're already registered for the conference, you can add tutorials to your existing account by going to your registration page (/2013/registration/register/). If you're not registered for the conference but are interested in coming for the tutorials, you can get started at https://us.pycon.org/2013/registration/ (/2013/registration/)!

We have recently opened up more *free* tickets to our Sponsor Workshops (/2013/schedule/sponsor-tutorials/)! Come see what our sponsors are up to and learn from them in free 90 minute sessions where they talk about their latest technologies.

We're also accepting registrations for our *free* kids tutorial, "The Young Coder: Let's Learn Python (/2013/events/letslearnpython/)". Children 12 and over are invited to have a fun day of learning Python on the new Raspberry Pi personal computer. Each attendee also receives a copy of "Hello World! Computer Programming for Kids and Other Beginners (http://www.amazon.com/gp/product/1933988495)" to take home with them!

## Schedule

**Wednesday**: PyCon Tutorials (/2013/schedule/tutorials/) and Sponsor Tutorials (/2013/schedule/sponsor-tutorials/)

**Thursday**: PyCon Tutorials (/2013/schedule/tutorials/) and Sponsor Tutorials (/2013/schedule/sponsor-tutorials/)

**Thursday Evening**: Opening Reception (register here (http://pycon2013reception.eventbrite.com/))

**Friday**: Conference (/2013/schedule/talks/) Opening Day & Expo Hall Opening

**Saturday**: Conference (/2013/schedule/talks/) Day 2 & Expo Hall

**Sunday**: Conference (/2013/schedule/talks/) Day 3 & Job Fair

**Monday** through **Thursday**: Sprints (/2013/community/sprints/)

<div style="column1">

<sub>Jan</sub>
**1**
<sub>2013</sub>

### Schedule Now Available

BY BRIAN CURTIN

Thanks to our wonderful Program Committee, the full conference schedule is now available at https://us.pycon.org/2013/schedule/ (/2013/schedule/)! The schedule features 32 tutorials and an expanded talk selection of 114 presentations. Be sure to check it out and register today (/2013/registration/)!

<sub>Dec</sub>
**12**
<sub>2012</sub>

### Announcing PyCon 2013 Startup Row!

BY JESSE NOLLER

For the past two years, one of our most successful and impressive experiments has been the creation of "Startup Row", where we let Python powered startups apply for free booth space, registrations and coverage. Like all things, this has only gotten better and more impressive with time. We will be highlighting some of the most promising new companies that are using Python to build their businesses - including possibly yours. If your startup uses Python, we want to hear about it - and you could be one of the startups that gets featured on Startup Row at PyCon 2013.

See the Official blog post (http://pycon.blogspot.com/2012/12/announcing-startup-row-pycon-2013.html) for more information, and the link to apply.

<sub>Sep</sub>
**9**
<sub>2012</sub>

### Conference Registration is now open!

BY JESSE NOLLER

Registration for the PyCon 2013 conference is now open (/2013/registration/)! Early bird tickets are limited to 1000 total registrations, and the conference itself is limited to 2,500 attendees total. Be sure to register early! Our Financial Aid program and PyCon 5k registrations are also open - for more details see the full blog post (http://pycon.blogspot.com/2012/09/pycon-2013-registration-and-financial.html).

<sub>Aug</sub>
**8**
<sub>2012</sub>

### Job Fair is Live!

BY BRIAN CURTIN

If you're looking for a job, we know who's hiring: our sponsors! As a benefit to all PyCon sponsors, we post their open jobs on our site at https://us.pycon.org/2013/sponsors/jobs/ (/2013/sponsors/jobs/). What better place to find a job than from the companies who support the Python community?

Many sponsors have entered their openings, and as we grow the sponsorship we hope to work with more of them to list their openings as well. Right now we have almost 40 openings in locations from the east coast to the west coast, and a few cities sprinkled in between. Some sponsors have openings outside of the US as well as positions for remote workers.

If you work for a Python-using company and have open positions to fill, why not consider sponsorship? We've packed a ton of value into all of the packages, and after factoring in the cost of the included tickets and other aspects, you get some nice recruiting opportunities through our job board and on-site job fair for a great cost. We even discount the packages for small businesses. See https://us.pycon.org/2013/sponsors/prospectus/ (/2013/sponsors/prospectus/) for more information and apply to be a sponsor today!

Check out our blog post on the job fair, keynote announcements, and more! http://pycon.blogspot.com/2012/08/pycon-us-2013-keynotes-jobs-fair.html (http://pycon.blogspot.com/2012/08/pycon-us-2013-keynotes-jobs-fair.html)

</div>

### About

PyCon is the largest annual gathering for the community using and developing the open-source Python programming language. PyCon is organized by the Python community for the community (/2013/about/what-is-pycon/). We try to keep registration far cheaper than most comparable technology conferences, to keep PyCon accessible to the widest group possible. PyCon is a diverse conference (/2013/about/diversity/) dedicated to providing an enjoyable experience to everyone. Our code of conduct (/2013/about/code-of-conduct/) is intended to help everyone maintain the PyCon spirit. We thank all attendees and staff for observing it.

---

PyCon US 2013 is a production of the Python Software Foundation (http://python.org/psf/).
Site built by Eldarion (http://eldarion.com) using Pinax Symposion (http://eldarion.com/symposion/). Hosting provided by Gondor (http://gondor.io).
Questions? Comments? Contact pycon-organizers@python.org (mailto:pycon-organizers@python.org)