# EXHIBIT 24





## containerd is graduating within the **CNCF**!

As of February 28, 2019, containerd is officially a graduated project within the Cloud Native Computing Foundation, following **Kubernetes**, **Prometheus**, **Envoy**, and **CoreDNS**. We'd like to thank the *amazing* containerd community for making this all possible and we're excited for the future of the project.

You can read the official announcement **on the CNCF website**.

   

4/21/25, 5:12 PM
Case 7:24-cv-00339-ADA    Document 28-24    Filed 04/25/25    Page 3 of 4
containerd – An industry-standard container runtime with an emphasis on simplicity, robustness and portability

containerd is available as a daemon for Linux and Windows. It manages the complete container lifecycle of its host system, from image transfer and storage to container execution and supervision to low-level storage to network attachments and beyond.



## Features

- OCI Image Spec support
- Image push and pull support
- Network primitives for creation, modification, and deletion of interfaces
- Multi-tenant supported with CAS storage for global images
- OCI Runtime Spec support (aka runC)
- Container runtime and lifecycle support
- Management of network namespaces containers to join existing namespaces

## Adopters

  

  

  

   

 



containerd is a **Cloud Native Computing Foundation** graduated project



| Docs | Project | Community |
|---|---|---|
| containerd overview | Code of conduct | Twitter |
| Getting started with containerd | Collaboration with Kubernetes | GitHub |
| | SIG-Node | Slack |
| | Contributing | |
| | Roadmap | |
| | Scope and principles | |
| | Security and audits | |
| | Versioning and release | |

© containerd Authors 2025 | Documentation Distributed under CC-BY-4.0

© 2025 The Linux Foundation. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our Trademark Usage page.