# EXHIBIT 26

Tõnis Tiigi, Tõnis Tiigi · GitHub



# Tõnis Tiigi
tonistiigi

👥 **807** followers · **3** following

| Follow |
|---|

## Achievements

x2   x2   x4   x4

Block or Report

📖 **Overview**   📔 Repositories  157   📋 Projects   📦 Packages   ⭐ Stars  251

## Popular repositories

### binfmt                                                                    Public

Cross-platform emulator collection distributed with Docker images.

🔵 Go   ⭐ 1.1k   🍴 82

### audiosprite                                                               Public

Jukebox/Howler/CreateJS compatible audio sprite generator

🟡 JavaScript   ⭐ 698   🍴 118

### xx                                                                        Public

Dockerfile cross-compilation helpers

🟢 Shell   ⭐ 460   🍴 36

### buildkit-pack                                                             Public

buildkit frontend for buildpacks

🔵 Go   ⭐ 135   🍴 11

### styler                                                                    Public

CSS/Stylus live editor

🟡 JavaScript   ⭐ 134   🍴 5

### mega                                                                      Public

THIS REPO IS NOT MAINTAINED. Unofficial Node.js SDK for Mega

🟡 JavaScript   ⭐ 118   🍴 33

3,602 contributions in the last year



### Contribution activity

**April 2025**

📁 Created 47 commits in 5 repositories

moby/buildkit
24 commits

docker/buildx
13 commits

tonistiigi/fsutil
5 commits

tonistiigi/jaeger-ui-rest
4 commits

containerd/containerd
1 commit

📁 Created 2 repositories

⑂ tonistiigi/go-cni                                                    ● Go          Apr 8

⑂ tonistiigi/mcp-go                                                    ● Go          Apr 3

👆 Created a pull request in docker/buildx that received 8 comments               Apr 8

⑂ **history: add filters to ls**

Adds --filter and --local to history ls. Filters are "docker-style" with = and != separators and less-than and greater-than for time fields.

+221 −7 ██████ lines changed · 8 comments

⑈ Opened 16 other pull requests in 6 repositories

moby/buildkit                                                  ②open ④merged
docker/buildx                                                  ①open ④merged

tonistiigi/jaeger-ui-rest
containerd/containerd
containerd/go-cni
tonistiigi/fsutil

② merged
① merged
① open
① merged

Reviewed 43 pull requests in 6 repositories

moby/buildkit                                              22 pull requests
docker/buildx                                              14 pull requests
moby/moby                                                   3 pull requests
tonistiigi/fsutil                                           2 pull requests
containerd/containerd                                       1 pull request
docker/build-push-action                                   1 pull request

Opened 1 issue in 1 repository

docker/buildx                                                   ① open

⊕ Always print error in the end of history logs command                    Apr 18

🔒  58 contributions in private repositories                         Apr 1 – Apr 21

Show more activity