# EXHIBIT 27

# Jessie Frazelle

Co-Founder and Chief Executive Officer at Zoo
San Francisco Bay Area

## Contact

www.linkedin.com/in/jessie-frazelle
(LinkedIn)
blog.jessfraz.com (Blog)
contained.af (Personal)
github.com/jessfraz (Portfolio)

## Publications

Open Source Firmware

Opening up the Baseboard Management Controller

Securing the Boot Process

Security for the Modern Age

Battery Day

## Summary

Community Efforts Outside of Work

Hardening Containers: Started a project that is a part of the Kernel Self Protection Project specifically oriented around hardening containers. https://containerhardening.org/

contained.af: Made a website showing how to secure containers, no one has broken out of the sandbox yet.

The NCC Group's paper on Container Security highlights a lot of my work:
https://www.nccgroup.trust/us/our-research/understanding-and-hardening-linux-containers/

Wontfix/Maintainers Conference: Started a conference specifically for open source software maintainers. We had ~150 maintainers from projects like Linux, Ruby, Python, Go, Node, Javascript, etc in San Francisco in 2017 for it. https://maintainerati.org/ https://opensource.googleblog.com/2017/03/by-maintainers-for-maintainers.html

Open Source: I myself have over 50 open source projects I actively maintain. I also spend time contributing to others like Go, Kubernetes, Docker, Runc, and the Linux kernel.

Kubernetes: Co-started the Product Security Team, started all the initial documentation and process around handling vulnerabilities in the project. Now on the team that helps with triage, fixing bugs, and disclosure. Started and was lead of the Multi-Tenacy Working Group, which is in charge of defining the models of multitenancy that Kubernetes will support. We discuss and execute upon any remaining work that needs to be done to support these models. Create conformance tests that will prove that these models can be built and used in production environments.

Conferences: I have spoken and keynoted at many conferences including re:Invent, Google NEXT, LinuxConf AU, O'Reilly Velocity, OSCON, Dockercon, O'Reilly Security, Kiwicon, CraftConf, Linuxcon, and Github Universe, as well as a bunch of others. My most popular talk is on running Docker containers on the desktop. https://blog.jessfraz.com/post/talks/

## Experience

Zoo
4 years

Co-Founder and CEO
December 2022 - Present (2 years 5 months)
Los Angeles, California, United States

Co-Founder
May 2021 - December 2022 (1 year 8 months)
San Francisco, California, United States

Oxide Computer Company
5 years 8 months

Co-Founder
August 2022 - Present (2 years 9 months)

Co-Founder and Chief Product Officer
September 2019 - July 2022 (2 years 11 months)
Emeryville, California

Embedded Ventures
Advisor
November 2020 - Present (4 years 6 months)

Global skunkworks of deep tech venture capital. Helping companies have strategic venture capital investments and the best founders build hard tech startups.

GitHub
Staff Software Engineer
October 2018 - January 2019 (4 months)

Built a custom orchestrator for the backend of the actions product, at scale it saves over a billion dollars per year. It runs workloads securely and isolated and can be used for third party code.
Helped out with the merge to Microsoft.
Talked at re:Invent and keynoted Microsoft Connect.

Microsoft
Principal Developer Advocate
September 2017 - October 2018 (1 year 2 months)

Primarily helped on containers. Seeing as I am one of the experts on the internals of Linux containers and know a great deal about Linux. I helped the cloud compute teams find and fix bugs in Linux running in Hyper-V.
I was in charge of writing up and researching the performance between kvm and Hyper-V. This included spinning up infrastructure with the two. Tweaking kernel configs as well as hypervisor tunables to make performance better across both.
I communicated between teams internally to track progress on all things Microsoft is working on involving containers. I met with various teams internally and help them architect their goals on Linux.
I helped architect and design a multi-tenant cluster for running third party code. This involved work to lock down the cluster so customers data will be secure.
I threat-modeled some products.
I was a "go-to" person for last minute feature when no one else can do it. One being:
https://docs.microsoft.com/en-us/azure/aks/http-application-routing
I was one of the core engineers on virtual-kubelet: https://github.com/virtual-kubelet/virtual-kubelet Unfortunately, they moved it to a new repo and squashed all the commits before the release.
I built an unprivileged container image builder with the open source community: https://github.com/genuinetools/img.
I was on the architecture committee for Kata Containers. This is a project which uses kvm+QEMU to isolate workloads.
Made various contributions to open source projects.
Keynoted LinuxConf AU and the Container Security Summit and talked at O'Reilly Velocity Conf.

HBO
Technical Consultant
June 2017 - June 2018 (1 year 1 month)

Wrote code for character's screens for the show Silicon Valley. Resulted in getting an IMDB page: https://www.imdb.com/name/nm9730652/

Google
Software Engineer
June 2016 - September 2017 (1 year 4 months)

Worked on a default package manager for Golang: dep. This was an effort between the Go community and Google. It will be integrated into the Go toolchain.

Working on adding the same security features I added to Docker to Kubernetes. This includes seccomp, apparmor and no_new_privs.

Worked on Kubernetes service catalog. The end-goal of the service catalog project is to provide a way for Kubernetes users to consume services from brokers and easily configure their applications to use those services. Specifically I worked on the integrations of the service catalog API into the core Kubernetes API. This involved writing design proposals, getting them through the approval process, and then implementing the design into the core Kubernetes code base.

Made various contributions to open source projects.

Mesosphere
Software Engineer
March 2016 - June 2016 (4 months)

Built the concept of secrets storage into DC/OS and Mesos for the Enterprise product. This involved creating a secrets API, integrating it through plugins into Mesos, and adding bootstrapping to a cluster to allow for encrypted secrets by default.

Made dcos-docker: https://github.com/dcos/dcos-docker. Which allows you to run DC/OS in Docker containers.

Docker, Inc
Software Engineer/Core Maintainer
November 2014 - March 2016 (1 year 5 months)

Was one of the top contributors to the project, focusing on the container runtime, specifically cgroups, seccomp, apparmor, networking, and namespace creation. This included maintaining the secure-by-default profiles for seccomp, apparmor, and SELinux. I also worked on libcontainer which became the runc project. I also created the entire CI for the open source project which consisted of over 50 servers of all different Linux distributions and Windows machines. I worked with the Windows kernel engineers on their

development of namespaces in the Windows kernel, design/architecture etc. I was also in charge of the hosting and infrastructure for the apt and yum repositories. They saw over 2.5 million requests per day. I ran over a dozen releases of the project.

Yhat, Inc.
Software Engineer
November 2013 - September 2014 (11 months)

The company's first employee. We ran docker and lxc in production. Worked with creating AMIs and virtual images of a server. Wrote the daemon for the server which was a mix of different services in python, go, and node. Wrote client libraries for deploying analytical data models in R and python. I also made and designed the whole front end of the website.

Barrel
Web Developer
January 2013 - November 2013 (11 months)

Built sites for various different clients ranging from front-end on scroll animations to huge back-end content management systems.

Socialtyze
Web Developer
January 2012 - December 2012 (1 year)

Built turn-key applications for brands that connected to several social API's.

Salt River Project
Web Developer Intern
May 2011 - August 2011 (4 months)

Spent the summer converting Visual Basic apps to ASP.NET.

Camelback Village Pharmacy
Pharmacy Technician
August 2005 - May 2011 (5 years 10 months)

---

# Education

University of Arizona
Mathematics · (2008 - 2011)

University of California, Los Angeles

Economics · (2009 - 2009)

NYU Stern School of Business
Finance · (2007 - 2007)