# EXHIBIT 28

## Contact

www.linkedin.com/in/spahl (LinkedIn)
github.com/spahl (Other)

## Top Skills

Python
C
Linux

## Languages

French (Native or Bilingual)
German (Native or Bilingual)
English (Native or Bilingual)

## Patents

Secure session capability using public-key cryptography without access to the private key

# Sébastien Pahl

Founder, Hacker, Builder
Seattle, Washington, United States

## Summary

Worked at Cloudflare, Mesosphere, Red Hat and GitLab. Building teams and projects.
Co-founded Opstrace (acquired by GitLab) and Docker, both Y-Combinator startups.
Passionate about large scale platforms, developer tools, automation, open source, distributed systems and cooking.

---

## Experience

**GitLab**
Principal Product Manager
December 2021 - December 2022 (1 year 1 month)
Seattle, Washington, United States

**Opstrace, Inc**
Co-Founder/CEO
February 2019 - December 2021 (2 years 11 months)
San Francisco Bay Area

Acquired by GitLab

Secure Observability Deployed in your Network
Private, secure and cost-effective

An open source alternative to SaaS solutions like Datadog, SignalFx, ...

https://opstrace.com

**Red Hat**
Director Of Engineering
April 2018 - February 2019 (11 months)
San Francisco Bay Area

Lead the Operator SDK and Framework teams.
https://github.com/operator-framework

Mesosphere, Inc.

3 years 1 month

### Director of Engineering
November 2015 - March 2018 (2 years 5 months)
San Francisco Bay Area

DCOS & Kubernetes

### Engineering Manager
March 2015 - November 2015 (9 months)

CloudFlare, Inc.

3 years 1 month

### SRE Manager
November 2013 - March 2015 (1 year 5 months)

### Systems Engineer
March 2012 - November 2013 (1 year 9 months)

Building and maintaining the metrics collection, storage and display infrastructure.

Building a various amount of backend services like distributed background jobs, tools for infrastructure automation and introspection...

### Docker, Inc
Co-Founder
November 2008 - December 2011 (3 years 2 months)
San Francisco Bay Area

### EPITECH
Teacher assistant
April 2007 - May 2010 (3 years 2 months)

Teacher assistant for students from first to third year at Epitech.

Main subjects taught: C/Unix programming, C++, Security Basics.

### INRIA
R&D Developer
January 2008 - December 2008 (1 year)

Research and development at project IMARA (Mathematics, Computer Science and Control for Autonomous Driving).

Distributed & Wireless Communication System for driverless cars in an urban environment.

Rift Technologies
R&D Developer
March 2007 - December 2007 (10 months)

Distributed Jobs System

Semantic Database and Query Language

CEIS
Developer
June 2005 - February 2007 (1 year 9 months)

Collaborative internet realtime monitoring and crawling solution

## Education

Y Combinator
 · (June 2019 - August 2019)

Y Combinator
 · (June 2010 - August 2010)

EPITECH - European Institute of Technology
Master, Computer Science · (2004 - 2009)

Université Paris Nanterre
Economics, English · (2003 - 2004)

Lycée Français de Hambourg
 · (1990 - 2003)