# EXHIBIT 33

# John Beck

Network Architect at IBM
San Jose, California, United States

## Contact

www.linkedin.com/in/john-beck-50450b (LinkedIn)

## Top Skills

Unix
Shell Scripting
C

## Summary

20 years Solaris development experience, participating in and overseeing F/OSS, kernel, network configuration, virtualization & e-mail utilities.

---

## Experience

**IBM**
7 years 6 months

Network Architect
April 2018 - Present (7 years 1 month)
San Jose, CA

Senior Software Engineer
November 2017 - Present (7 years 6 months)
San Jose, CA

**Oracle**
Principal Software Engineer
2010 - October 2017 (7 years)

**Sun Microsystems**
Staff Engineer
December 1996 - February 2010 (13 years 3 months)

**OpenSolaris Community**
OGB member
2008 - 2010 (2 years)

---

## Education

**UC Santa Barbara**
MS, Electrical & Computer Engineering · (1987 - 1989)

Caltech

BS, Engineering & Applied Science · (1983 - 1987)

Albany High School

· (1979 - 1981)