# EXHIBIT 34

## Contact

www.linkedin.com/in/danielbprice (LinkedIn)

## Top Skills

Kernel
Unix
Software Engineering

## Languages

English

## Publications

Solaris Zones: Operating System Support for Consolidating Commercial Workloads

# Daniel Price

Principal Engineer at Infoliage
San Carlos, California, United States

## Summary

Software Gardener.  Technical debt payment plans.

---

## Experience

Infoliage
Principal Software Engineer
February 2025 - Present (3 months)

Self-Employed
Independent Contractor
December 2023 - February 2025 (1 year 3 months)

Continuing work started at Coros: with a small team, brought a custom machine vision solution to production, powering receiving operations in 10 facilities.  The work is for a major US food wholesaler.

Coros
Principal Engineer
May 2021 - December 2023 (2 years 8 months)
Mountain View, California, United States

Coros built a cloud-connect appliance platform implementing machine vision applications for warehouse logistics.

Took over a pre-existing Azure-based cloud which had been built by a subcontractor.  Helped hire an in-house team to clean up the resulting mess.  Team responsibilities also included the company's customer-facing UI, support tools, and an Android tablet application.

Rewrote the core cloud services of the company to depend upon Postgres (Timescale variant) instead of Cassandra.  Migrated and cleaned all data.  This resulted in vastly improved real-time monitoring of the appliance fleet and powered all customer queries.  This project replaced a 20-CPU Apache Spark cluster and 12-CPU cassandra cluster with a single CPU Timescale database.

Analyzed and reduced monthly Azure spend to roughly 30% of peak levels with no degradation of service.  Selected Datadog, and engineered application changes to emit useful logs and traces.  Implemented Grafana, and built a comprehensive set of Support and QA dashboards which were used company-wide.

Refined a machine learning service; added distributed tracing, and improved performance of an image OCR and assessment pipeline by ~50% by correcting bugs.  Converted prototype ad-hoc services to be fully Terraform-managed.

Tools: Golang, Python, Java, Timescale, Postgres, Grafana, Datadog, Azure, Kubernetes, Helm, Terraform

DeepMap, Inc.
Staff Software Engineer
October 2020 - May 2021 (8 months)
Palo Alto, California, United States

Data Analytics Team.  This team was tasked with data engineering, data science, and data QA for metrics emitted by the map-making pipeline.  Worked on ETL pipelines, metrics definition and refinement, and data quality.  Debugged end-to-end company metrics such as "how many miles of map did we make today?".  Chased down map-making pipeline engineers to fix broken metrics.  Created realistic answers to questions like "are our human map editors getting faster at their job over time?"  Rewrote all internal analytics dashboards, using Looker; worked with executives to  answer ongoing questions, as well as quickly responding to their ad-hoc queries.

Brightgate Inc.
Software Engineer
September 2017 - September 2020 (3 years 1 month)
Burlingame, California, United States

"Full stack" development of cloud software (mostly Golang, Postgres, and similar on GCS) in a software team of four.  Modern Javascript/HTML/CSS (with Vue).  Devops as needed.  Built a single UI capable of running on-appliance and in cloud.

Dell EMC
Sr. Consultant, Software Engineer, DSSD
May 2014 - September 2017 (3 years 5 months)
Menlo Park, CA

Senior developer for appliance administrative software stack, responsible for requirements gathering, design, implementation and mentoring. Leadership for system serviceability, hardware fault management, system upgrade, release engineering, software tools and techniques.

DSSD, Inc.
Software Engineer
October 2012 - May 2014 (1 year 8 months)
Menlo Park, CA

Oracle Corporation
Senior Principal Engineer, Solaris Kernel Engineering
March 2010 - October 2012 (2 years 8 months)

Technical lead for core team implementing Solaris software container technologies across kernel and userland. Inclusive leadership style focused on growth opportunities for team members.

Sun Microsystems
Solaris Kernel Engineer
August 1998 - March 2010 (11 years 8 months)

―――

## Education

Brown University
ScB with Honors, Computer Science · (1994 - 1998)

Friends' Central School
 · (1985 - 1994)