# EXHIBIT 42

# Brian Schmidt

Engineering Executive | Scaled Teams to ~300 | 10x Revenue Growth | 10x Eng Productivity | Strategic Innovation | Cross-Functional Leadership | Ex-Google & YouTube
Sunnyvale, California, United States

## Contact

www.linkedin.com/in/briankschmidt (LinkedIn)

## Top Skills

Data-driven Decision Making
Mobile Application Development
Mobile Payments

## Publications

A Compiler for Creating Evolutionary Software and Application Experience

Empirical Analysis of Overheads in Cluster Environments

How to Cascade External Storage with Serial ATA

An Architecture for Distributed, Interactive, Multi-Stream, Multi-Participant Audio and Video

A Method and Apparatus for Measuring Media Synchronization

## Patents

Method and apparatus for encoding or decoding data in accordance with an NB/(N+1)B block code, and method for determining such a block code

Error detection in physical interfaces for point-to-point communications between integrated circuits

Covert channel for conveying supplemental messages in a protocol-defined link for a system of storage devices

Scheme for zero-copy adaptive bitrate video streaming

Capture, recording and streaming of media content

## Summary

Engineering Executive with 30 years of success in scaling teams, driving revenue growth, and fostering innovation across Big Tech and high-growth companies. Key highlights include:

• Current Role: VP of Engineering at Upwork, leading a global team of ~300 engineers and overseeing products that drive ~90% of company revenue of ~$700M. Achieved significant operational improvements, enhancing productivity and quality by up to 10x.

• Big Tech Expertise: Former Director of Engineering at YouTube, where I scaled live streaming teams and technology, achieving 15x growth in live streams and channels. Drove 10x growth in both watch time and revenue to $x.xB while expanding the organization by 5x.

• Strategic Innovation: 30+ patents across mobile, streaming, cloud, and embedded technologies, underscoring a career-long commitment to advancing technical innovation and product strategy. Led groundbreaking projects such as Upwork AI Companion, Video Premieres, Collaborative Streaming, Live Shopping, and Mobile Screencasting.

• Cross-Functional Leadership: Known for aligning engineering and business objectives, fostering cross-functional collaboration, and building high-performing, results-driven engineering cultures. Skilled at navigating complex organizational landscapes to deliver impactful results in revenue and user growth.

Currently focused on leveraging advanced AI and machine learning to drive product innovation, enhance monetization strategies, and deliver unmatched user engagement.

———

## Experience

Databricks
Product Engineering
January 2025 - Present (4 months)

Upwork
VP of Engineering
October 2022 - December 2024 (2 years 3 months)

VP of Engineering overseeing a global team of nearly 300 engineers for Upwork's Talent Marketplace, developing products that connect businesses with skilled freelancers and driving ~90% of total company revenue.

Key Responsibilities:
• Lead cross-functional engineering teams on client tools, messaging, ads, monetization, and search products, enhancing platform capabilities and driving high user engagement.
• Spearhead new product innovation with the Emerging Businesses team, such as LLM integrations
• Drive engineering productivity and quality through Agile methodologies, fostering efficient execution and a culture of operational excellence.
• Partner with product and business leadership to ensure engineering alignment with strategic goals, positioning engineering as a core driver of revenue growth.

Business Impact:
• Generated $xxxM in additional revenue from new product launches, contributing to total revenue of ~$700M and underscoring engineering's central role in Business Growth.
• Achieved 10x improvements in engineering Productivity and Quality through targeted process optimizations and efficiency measures.
• Maintained a competitive edge in the marketplace by launching an average of one new feature per day, continually enhancing platform offerings.
• Integrated AI throughout the product via tuning LLMs on Marketplace data, including Uma chat companion, Job Post Generator, and Profile Assistant.
• Drove 75% growth in Ads revenue

YouTube
7 years 10 months
Director Of Engineering

October 2018 - October 2022 (4 years 1 month)

Director of Engineering overseeing YouTube's Live Streaming product, leading a large distributed team of engineers. Focused on driving high-impact innovations to enhance viewer engagement, grow creator revenue, and scale live streaming capabilities.

Key Responsibilities:
• Direct engineering for live video creation, viewer experiences, monetization, discovery recommendations, ML quality, real-time chat, and supporting infrastructure
• Partner with product management, business strategy, and data science teams to align engineering efforts with strategic growth and engagement goals
• Expand the engineering team to meet product demands, establishing standards for collaboration, technical excellence, and agile delivery
• Drive product innovation through key feature launches like Premieres, Collaborative Streaming, and Live Shopping, positioning YouTube as a leader in live-streaming technology

Business Impact:
• Achieved ~15x growth in live streams and streaming channels
• Increased live stream watch time and viewership by ~10x
• Drove a ~10x increase in live stream revenue to $x.xB
• Scaled the engineering organization by ~5x to manage product complexity and user growth
• Awarded multiple patents for advancements in live streaming technology

Major product launches:
• Premieres - Created a "movie premiere" experience for new video releases, fostering community engagement; recognized as a Top 10 innovation for YouTube
• Collaborative Streaming - Enabled multi-device live streaming, facilitating real-time interaction similar to video conferencing
• Live Shopping - Allowed creators to offer exclusive deals and merchandise during live streams, boosting creator revenue
• Live Control Room - Developed a desktop tool to help creators manage live streams with greater ease
• Webcam Streaming - Simplified live streaming access by enabling users to go live directly from a web browser and webcam

Senior Staff Engineering Manager

January 2015 - October 2018 (3 years 10 months)

Head of Mobile Live Streaming product engineering, delivering strategic innovations and leading the development of industry-defining mobile streaming features for YouTube.

Key Responsibilities:
• Lead a team of full-stack engineers in the end-to-end development and deployment of mobile live streaming capabilities, enhancing user engagement and experience on YouTube's Android and iOS apps.
• Spearhead innovation as a technical leader, driving groundbreaking solutions in mobile live streaming to position YouTube as a leader in the space.
• Pioneer direct payment capabilities within live streaming, creating substantial new revenue channels for content creators and enhancing platform monetization.
• Collaborate closely with product and design teams to translate strategic objectives into scalable, user-focused features.

Business Impact:
• Mitigated competitive threats in the gaming and mobile sectors by delivering mobile-first streaming innovations tailored to user demands.
• Generated ~50% of live streaming revenue through the direct payment feature, providing streamers with a reliable monetization path.
• Awarded multiple patents for advancements in mobile streaming technology, reinforcing Google's leadership in mobile and live streaming.

Major product launches:
• Mobile Live Streaming – Enabled users to go live directly from the YouTube Android and iOS apps, creating accessible, mobile-first live streaming.
• Super Chat – Introduced purchased chat messages for enhanced visibility during live streams and Premieres, boosting creator revenue.
• Mobile Screencast – Launched live screencasting from YouTube Gaming and Android Play Games apps, extending live streaming to mobile gaming experiences.

Google
Senior Staff Engineer
April 2012 - December 2014 (2 years 9 months)
Chief Architect for mobile technology innovations in the Social Product area

Key Responsibilities:

• Spearhead innovation initiatives as a visionary technical leader, pushing industry boundaries.
• Lead a full-stack engineering team to develop and deploy end-to-end mobile social features, enhancing user experiences.

Notable Achievements:
• G+ 2nd Gen: Chief architect of revised client-server interface for Google + social network, transitioning from client-rendered data protocol to server-rendered presentation protocol. Led seamless full-stack implementation without disruption to millions of legacy users.
• Hangouts Glassware: Engineering lead for popular text, emoji, and photo messaging app on Google Glass. Orchestrated full-stack effort across client, web front end, and chat server backend.
• G+ Glassware: Engineering lead for social networking app on Google Glass, enabling photo sharing, location tagging, and voice-transcribed text. Coordinated full-stack development across client, web front end, and social server backends.
• Video Hangouts: Led engineering efforts for enhancing Hangouts video call experience on Android devices, including tablet support. Presented at 2012 Google I/O.
• Earned multiple patents for UI, networking, and mobile social technology advancements

Experimental Projects:
• Google Here: Designed, planned, and prototyped location-based social network similar to Foursquare.
* Social Video: Pioneered lightweight social exchange of fixed-duration videos, similar to Vine and TikTok.

Multimedia over Coax Alliance
Member, Board of Directors
June 2010 - March 2012 (1 year 10 months)

Trident Microsystems
Principal Engineer
April 2010 - March 2012 (2 years)

System Architect, Office of the CTO
Responsibilities: Provide architectural support to DTV and STB business units. Develop corporate technology initiatives and transfer to product teams.

Notable Achievements:
• Android for CE - Chief architect of an industry-wide open software platform for DTV and STB devices based on Android. Led technical promotion efforts with international business partners, resulting in sponsorship by TCL and adoption by the Chinese Smart TV Tech Association for its STV OS standard.
• Trident Middleware - Led a company-wide, cross-functional effort to unify software infrastructure for the DTV and STB business units onto a shared platform. Successfully achieved the consolidation of software infrastructure to streamline operations and enhance efficiency.
• Android Distributed Programming - Designed and implemented programming environment for Android applications that span device boundaries, enabling multi-screen entertainment applications. Results formed key IP for the sale of the company.
• Social Networking - Developed a prototype system in partnership with Facebook to integrate social networking into a multi-screen TV viewing experience. Incorporated innovative features such as a 3D gesture-based UI, automatic content recognition, and Near-Field Communication (NFC). Showcased the results at CES as a top Facebook integration, highlighting the ability to seamlessly merge social media and television experiences.

Silicon Image
Principal Engineer
February 2002 - April 2010 (8 years 3 months)

System Architect, Office of the CTO, driving corporate technology initiatives to transition the company from an IC supplier to a higher-level SoC provider.

Key Responsibilities:
• Design and implement innovative storage, network, and digital media system architectures.
• Collaborate with business partners to establish product direction and partnerships.
• Transfer technology to product groups for launch

Business Impact:
• Contributed to significant company growth, increasing revenue from $50M to $300M+.
• Earned multiple patents related to networking, digital media, storage, and embedded systems

Shipped commercial products:

• LiquidHD(tm) - System for in-home network media distribution and basis for HDMI 2.0 standard. Principal architect of device discovery, command and control, content management, and streaming media components. Implemented core systems, interfaced with customers and international partners, authored specifications, created software APIs, and shepherded product development.

• SteelVine(tm) - Storage architecture providing RAID functionality in a single chip via block-level virtualization of SATA disks. Developed embedded system software for SoC's, interconnection protocol for a storage network of SoC's, port multiplier cascading features, as well as patented in-band communication system for drive configuration. Guided product division to launch.

• SPMT(tm) - Designed communication protocols for a DRAM architecture with high-speed, serial interfaces and internal vector units for media and graphics applications, including a line code for interface reliability and high-level commands for specialized access patterns. Architecture formed basis for the SPMT(tm) memory interface

Developed company technical capabilities:
• MFS - Developed compiler for in-house microprocessor, embedded kernel and network stack using less than 32 KB. These tools enabled product line expansion into feature-rich SoC's

Kealia, Inc.
Staff Engineer
August 2001 - January 2002 (6 months)

Tech lead and primary developer of Layer 2 switching software for a 10G Ethernet switch with large-scale memory for video caching and distribution. When Kealia was acquired by Sun Microsystems, this product formed the basis for the Sun Fire X4500 data server.

Sun Microsystems
Staff Engineer
January 1994 - July 2001 (7 years 7 months)

Research Scientist, Sun Labs
Architect, Desktop Division.

Responsibilities: Develop strategic technologies and lead transfer to commercial products related to computer hardware and software systems

Earned multiple patents related to operating systems, video coding, virtualization, and graphics.

Shipped commercial products:
• SunRay(tm) - Member of small team that created the Sun Ray thin-client, a stateless terminal in which raw pixel updates are transmitted over commodity networks from a multi-user server. Developed methodology to quantitatively evaluate interactive performance of GUI and media applications, demonstrating that human-perceived experience is indistinguishable from traditional workstations.
• NetCam - Member of small team that created one of the first network-attached video cameras, along with motion detection and video indexing for security monitoring. Extended system to support network video distribution.
• Sun Media Server - Developed hierarchical video coding and network delivery system capable of dynamic transparent scaling of bandwidth and QoS.
• Image Processing Library - Created high-performance routines for 2D graphics.

Technology development:
• Process Migration - Created operating system abstraction to virtualize all host-specific interfaces and encapsulate complete state of collections of active processes. Developed Solaris(tm) operating system capable of encapsulating login sessions consisting of standard batch, GUI, and media applications. Sessions could be stored on disk or migrated between hosts.
• Wireless Thin-Client Terminal - Led cross-functional effort with partner team at Oki Data to integrate millimeter wave, high-speed wireless support into SunRay terminals.
• Multimedia Synchronization – Created hardware/software tool that records human-observed display times of audio/video and quantifies multimedia synchronization performance.

---

## Education

### Stanford University
Ph.D., Computer Science

### Emory University
B.S. and M.S., Mathematics and Computer Science