# EXHIBIT 43

## Contact

www.linkedin.com/in/jimhanko (LinkedIn)

## Top Skills

Embedded Systems
Unix
Solaris

## Honors-Awards

President's Award
Distinguished Member of Technicolor's Fellowship Network

## Publications

The Integration of High Resolution Video into the Workstation
Integrated Multimedia at Sun Microsystems
Making Unix Secure
A High Resolution Video Workstation
SVR4 UNIX Scheduler Unacceptable for Multimedia Applications

## Patents

Method and system for balancing storage data traffic in converged networks
Network repository for metadata
On screen displays associated with remote video source devices
On screen displays associated with remote video source devices
Software-based encoder for a software-implemented end-to-end scalable video delivery system

# Jim H.

Programmer
Redwood City, California, United States

## Experience

Retired
Programmer
July 2022 - Present (2 years 10 months)
Redwood City, California, United States

Twitter
Senior Staff Software Engineer
January 2021 - August 2022 (1 year 8 months)
San Francisco Bay Area

DriveScale, Inc.
Fellow Engineer
April 2014 - January 2021 (6 years 10 months)

Technicolor
Fellow Engineer
March 2012 - March 2014 (2 years 1 month)
Part of the Office of the CTO in the Connected Home Division
• Member of a small team that developed concepts for home automation products, and produced a prototype of a distributed set of modules to implement them. This technology was used in Technicolor's 2013 CES demo to highlight Qeo, a communications infrastructure used in the prototype. The prototype significantly influenced the development of Technicolor's IZE product, announced at CES 2015. See:
• http://www.engadget.com/2013/01/10/engadget-interview-ceo-frederic-rose-technicolor-qeo/
• http://www.technicolor.com/en/who-we-are/press-news-center/news/technicolor-receives-2015-ces-innovation-award-its-digital-life-solution
* Developed a prototype for an audio event detection mechanism. The audio event detector could recognize events such as a door closing, a door bell ringing, a baby crying, etc. by their sound signature, and notify a homeowner of the events' occurrence. The event detector used machine learning techniques to classify the events, and worked without ever revealing the actual room sounds, thereby protecting the occupants' privacy.

Page 1 of 3

Trident Microsystems
Distinguished Engineer
April 2010 - March 2012 (2 years)

Member of CTO Office. Part of a small group that designed and implemented an Android distributed programming framework, and used it to create a prototype of a multi-screen entertainment experience. Among the items that the framework was used to provide: Near-Field Communication (NFC) controls, cross-device UI elements (including: gestures, remote touch-screen, universal remote control, etc.) for tablets and smart phones, and follow-me TV. Also, consulted with various product groups to help solve critical problems within Trident.

Silicon Image
Distinguished Engineer
February 2002 - March 2010 (8 years 2 months)

• Member of a small team that created Silicon Image's LiquidHD technology.
• Developed an ultra-small operating system (called MFS) that is used in several Silicon Image embedded products.
• Member of a small team that created the RAID 0/1/10 disk management software that is the basis of many of Silicon Image's SteelVine storage processors.
• Developed disk access optimization mechanism for Silicon Image's storage controllers, which typically improves overall performance by about 20%.

Kealia
Senior Engineer
July 2001 - February 2002 (8 months)

Video server software

Sun Microsystems
Senior Staff Engineer
1991 - July 2001 (10 years)

OS and application development for the DARPA-funded High Resolution Video (HRV) Workstation project

Solaris MP scheduler improvements

Developed Sun Media Center (VOD server) disk scheduling and error recovery algorithm

NetCam IP network security camera

Part of a small group that created the Sun Ray ultra-thin client

Olivetti
Principal Engineer
1989 - 1991 (2 years)

UNIX SVR4 MP development

MassComp / Concurrent Computer Co.
Engineer
1987 - 1989 (2 years)

Alpha Real Time OS Project

Edge Computer Inc.
Principal Engineer
1985 - 1987 (2 years)

Developed a version of UNIX for Edge's multiprocessor computer systems. Edge's computers were based on a family of CPUs developed by Edge which were compatible with the 68000 family of microprocessors.

Motorola Semiconductor
Engineer
1981 - 1985 (4 years)

Compiler and UNIX OS development

Boeing
Engineer
1979 - 1981 (2 years)

Compiler development, networking software, navigation software.

---

## Education

Penn State University
M. S., Computer Science · (1977 - 1979)

Penn State University
B. S., Computer Science · (1973 - 1977)