IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.<br><br>                Plaintiff,<br><br>   v.<br><br>ORACLE CORP.<br><br>                Defendant. | Case No.  7:24-cv-000339-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VENUE DISCOVERY**

Pursuant to Section III of the Court's Standing Order Governing Patent Proceedings, Plaintiff VirtaMove Corp. ("VirtaMove") hereby provides notice that it will serve venue discovery requests upon Defendant Oracle Corp.'s ("Defendant" or "Oracle"), and that this venue discovery will delay its response to Oracle's pending Motion to Transfer (ECF No. 25). Oracle filed its Motion to Transfer on April 25, 2025 as Dkt. 25, and on April 25, 2025, Oracle filed Declaration of Diana Rutowski in support of its Motion to Transfer with 70 exhibits as Dkt. 28. Under OGP § III, the venue discovery period runs for 10 weeks from April 25 through July 7, 2025 (extended from July 4 due to a federal holiday), and the deadline for VirtaMove to respond to the transfer motion is thus delayed to July 21, 2025.

Dated: April 28, 2025

                                        Respectfully submitted,

                                      By: */s/ Qi (Peter) Tong*

                                      Reza Mirzaie (CA SBN 246953)
                                      rmirzaie@raklaw.com
                                      Marc A. Fenster (CA SBN 181067)

mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                     */s/ Qi (Peter) Tong*
                                                     Qi (Peter) Tong (TX SBN 24119042)
                                                     **RUSS AUGUST & KABAT**
                                                     8080 N. Central Expy., Suite 1503
                                                     Dallas, TX 75206
                                                     Telephone: (310) 826-7474

                                                     *Attorneys for Plaintiff VirtaMove, Corp.*