IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORACLE CORP.<br><br>　　　　　Defendant. | Case No. 7:24-cv-000339-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION OF TIME TO FILE
## REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Oracle Corp. ("Oracle") hereby provides notice that the deadline for Oracle to file its reply in support of the Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 24) is extended from May 16, 2025 to May 30, 2025. The parties have conferred and VirtaMove, Corp. does not oppose this extension.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines because (1) it is unopposed, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Darryl J. Adams*

Darryl J. Adams
TX Bar No. 00796101
dadams@sgbfirm.com
**Slayden Grubert Beard PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel: 512-402-3550

Jared Bobrow
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Counsel for Defendant Oracle Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                */s/ Darryl J. Adams*
                                                Darryl J. Adams