UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br>         Defendant. | Case No. 7:24-cv-00339-ADA <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION FOR VENUE DEADLINES

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, VirtaMove Corp. and Oracle Corp. hereby stipulate to the following extension of venue deadlines:

1) Venue discovery is extended from July 7, 2025 to July 21, 2025.

2) VirtaMove's response to Oracle's Motion to Transfer is extended to August 4, 2025.

3) Oracle's Reply in Support of its Motion to Transfer will be due on August 21, 2025.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines because (1) it is agreed to by the parties, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event. The proposed Markman date is on October 6, more than one month after Oracle's Reply is due.

Jointly submitted via the undersigned counsel on July 2, 2025.

| | |
|---|---|
| */s/ Peter Tong* | */s/ Darryl J. Adams* |
| Reza Mirzaie (CA SBN 246953) <br> rmirzaie@raklaw.com | Darryl J. Adams <br> TX Bar No. 00796101 <br> dadams@sgbfirm.com |

<div style="columns:2">

Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

**Slayden Grubert Beard PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel: 512-402-3550

Jared Bobrow (*pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (*pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (*pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Counsel for Defendant Oracle Corporation*

</div>

## CERTIFICATE OF SERVICE

 I certify that on July 2, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

              */s/ Darryl J. Adams*
              Darryl J. Adams