# Exhibit F



# 9 results for "7784058"

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 069631/0379 | Aug 2, 2018 | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE DATA PREVIOUSLY RECORDED ON REEL 47157 FRAME 192. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY INTEREST. | VIRTAMOVE CORP. (FORMERLY APPZERO SOFTWARE CORP.) | 7519814 | 20050060722 | 2 |
| 047157/0192 | Aug 2, 2018 | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR NAME PREVIOUSLY RECORDED AT REEL: 046938 FRAME: 0923. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY INTEREST. | APPZERO SOFTWARE CORP. | NONE | 20060253858 | 6 |
| 046938/0923 | Aug 2, 2018 | RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | APPZERO SOFTWARE CORP. | NONE | 20060253858 | 6 |
| 069380/0009 | May 8, 2018 | CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | VIRTAMOVE CORP. | 7519814 | 20050060722 | 2 |
| 036611/0598 | Sep 4, 2015 | SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | COMERICA BANK | NONE | 20060253858 | 6 |

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 025126/0481 | Aug 20, 2010 | CORRECTIVE ASSIGNMENT TO CORRECT THE ERROR IN NAME OF ASSIGNEE APPZERO SOFTWARE CORP. PREVIOUSLY RECORDED ON REEL 025095 FRAME 0106. ASSIGNOR(S) HEREBY CONFIRMS THE NAME OF ASSIGNEE APPZERO SOFTWARE CORP.. | APPZERO SOFTWARE CORP. | 7784058 | 20050066303 | 6 |
| 025095/0106 | Aug 20, 2010 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | APPZEROSOFTWARE CORP. | 7784058 | 20050066303 | 6 |
| 069337/0245 | Mar 2, 2009 | CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | APPZERO CORP. | 7784058 | 20050066303 | 1 |
| 015821/0686 | Sep 15, 2004 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | TRIGENCE CORP. | 7784058 | 20050066303 | 1 |