IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.<br><br>  Plaintiff,<br><br>  v.<br><br>ORACLE CORP.<br><br>  Defendant. | Case No.  7:24-cv-000339-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF QI (PETER) TONG IN SUPPORT OF PLAINTIFF VIRTAMOVE, CORP.'S OPPOSITION TO ORACLE'S MOTION TO TRANSFER**

I, Qi (Peter) Tong, declare and state as follows:

1. I am a member of the State Bar of Texas, an attorney at the firm of Russ August & Kabat, and one of the attorneys for Plaintiff VirtaMove, Corp. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Motion to Transfer. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 001 is a true and correct copy of Ninad Adhav's LinkedIn profile.

3. Attached as Exhibit 002 is a true and correct copy of Paul Bersiwell's LinkedIn profile.

4. Attached as Exhibit 003 is a true and correct copy of Jayant Bhopale's LinkedIn profile.

5. Attached as Exhibit 004 is a true and correct copy of David Cabelus's LinkedIn profile.

6. Attached as Exhibit 005 is a true and correct copy of Jason Cotton's LinkedIn profile.

7. Attached as Exhibit 006 is a true and correct copy of Dennis Creary's LinkedIn profile.

8. Attached as Exhibit 007 is a true and correct copy of Stephen Cross's LinkedIn profile.

9. Attached as Exhibit 008 is a true and correct copy of Erin Dawson's LinkedIn profile.

10. Attached as Exhibit 009 is a true and correct copy of Trey DeJohn's LinkedIn profile.

11. Attached as Exhibit 010 is a true and correct copy of Vishwa Gandhi's LinkedIn profile.

12. Attached as Exhibit 011 is a true and correct copy of Karthikeyan Govindaraj's LinkedIn profile.

13. Attached as Exhibit 012 is a true and correct copy of Gregory King's LinkedIn profile.

14. Attached as Exhibit 013 is a PDF printout of an article "Announcing Fully Automated Disaster Recovery for Oracle Kubernetes Engine using OCI Full Stack DR," by Gregory King, dated March 26, 2025, retrieved from https://blogs.oracle.com/cloud-infrastructure/post/fsdr-announces-single-click-dr-for-oke.

15. Attached as Exhibit 014 is a true and correct copy of an Oracle Blog by Gregory King, retrieved from https://blogs.oracle.com/authors/gregory-king.

16. Attached as Exhibit 015 is a true and correct copy of Olga Gupalo's LinkedIn profile.

17. Attached as Exhibit 016 is a true and correct copy of an article "Create Kubernetes Clusters and Deploy Containers to Oracle Cloud from VS Code" by Olga Gupalo, dated November 29, 2024.

18. Attached as Exhibit 017 is a true and correct copy of Austin Hinckley's LinkedIn profile.

19. Attached as Exhibit 018 is a true and correct copy of Mark Hura's LinkedIn profile.

20. Attached as Exhibit 019 is a true and correct copy of Oracle's Executive Leadership web page, retrieved from https://www.oracle.com/latam/corporate/executives.

21. Attached as Exhibit 020 is a true and correct copy of Kailas Jawadekar's LinkedIn profile.

22. Attached as Exhibit 021 is a true and correct copy of an article "Introducing the best platform for AI workloads – OCI Kubernetes Engine (OKE)" by Kailas Jawadekar, dated September 10, 2024.

23. Attached as Exhibit 022 is a true and correct copy of Rod Johnson's LinkedIn profile.

24. Attached as Exhibit 023 is a true and correct copy of Adao Oliveira Junior's LinkedIn profile.

25. Attached as Exhibit 024 is a true and correct copy of an Oracle Website for its "Multicloud Applications Using OCI Traffic Steering and a Container Platform" Session by David Cabelus and Adao Oliveira Junior.

26. Attached as Exhibit 025 is a true and correct copy of the posting "Oracle Cloud World 2023 Speaker Sessions – Adao" from Adao Oliveria Junior's LinkedIn profile.

27. Attached as Exhibit 026 is a true and correct copy of the posting "Multicloud Applications Using OCI Traffic Steering and a Container Platform" from Adao Oliveria Junior's LinkedIn profile.

28. Attached as Exhibit 027 is a true and correct copy of the posting "Oracle CloudWorld: Securing Your Managed Kubernetes with Falco" from Adao Oliveria Junior's LinkedIn profile.

29. Attached as Exhibit 028 is a true and correct copy of the posting "Create a Kubernetes Cluster with APIs on Oracle Cloud Infrastructure" from Adao Oliveria Junior's LinkedIn profile.

30. Attached as Exhibit 029 is a true and correct copy of the posting "Secure Containerized Code with Sysdig, SNyk and OKE" from Adao Oliveria Junior's LinkedIn profile.

31. Attached as Exhibit 030 is a true and correct copy of Dean Kemp's LinkedIn profile.

32. Attached as Exhibit 031 is a true and correct copy of Joanne Lei's LinkedIn profile.

33. Attached as Exhibit 032 is a true and correct copy of an article "Serving LLMs using HuggingFace and Kubernetes on OCI" by Joanne Lei, Part 1, dated April 12, 2024.

34. Attached as Exhibit 033 is a true and correct copy of an article "Serving LLMs using HuggingFace and Kubernetes on OCI" by Joanne Lei, Part 2, dated April 12, 2024.

35. Attached as Exhibit 034 is a true and correct copy of John Lemuth's LinkedIn profile.

36. Attached as Exhibit 035 is a true and correct copy of Mark Lindros' LinkedIn profile.

37. Attached as Exhibit 036 is a true and correct copy of Jason Maynard's LinkedIn profile.

38. Attached as Exhibit 037 is a true and correct copy of Sophia Otero's LinkedIn profile.

39. Attached as Exhibit 038 is a true and correct copy of Marcel Boermann-Pfeifer's LinkedIn profile.

40. Attached as Exhibit 039 is a true and correct copy of an article "GenAI onPrem: three free test and runtime environments from Oracle" by Marcel Boermann-Pfeifer, dated January 31, 2025.

41. Attached as Exhibit 040 is a true and correct copy of Steve Phillips' LinkedIn profile.

42. Attached as Exhibit 041 is a true and correct copy of Kellsey Ruppel's LinkedIn profile.

43. Attached as Exhibit 042 is a true and correct copy of an article "EZ Cloud runs its AI-powered A/P platform in a Kubernetes cluster on OCI" by Kellsey Ruppel, dated October 18, 2024.

44. Attached as Exhibit 043 is a true and correct copy of Prasanna Sahu's LinkedIn profile.

45. Attached as Exhibit 044 is a true and correct copy of Himanshu Shukla's LinkedIn profile.

46. Attached as Exhibit 045 is a true and correct PDF printout of an article "Oracle Cloud of Telcos: Key updates and highlights" by Himanshu Shukla, dated February 25, 2024.

47. Attached as Exhibit 046 is a true and correct copy of Maria Smith's LinkedIn profile.

48. Attached as Exhibit 047 is a true and correct copy of Sri K.'s LinkedIn profile.

49. Attached as Exhibit 048 is a true and correct copy of Thakur N.'s LinkedIn profile.

50. Attached as Exhibit 049 is a true and correct copy of Saipriya Thirvakadu's LinkedIn profile.

51. Attached as Exhibit 050 is a true and correct copy of Chibuzo Ufomba's LinkedIn profile.

52. Attached as Exhibit 051 is a true and correct copy of Pavan Kumar Pedda Vakkalam's LinkedIn profile.

53. Attached as Exhibit 052 is a true and correct copy of Lokesh Verma's LinkedIn profile.

54. Attached as Exhibit 053 is a true and correct copy of Brian Wood's LinkedIn profile.

55. Attached as Exhibit 054 is a true and correct PDF printout of an article "Kubernetes cost comparison: Who provides the best value?" by Brian Wood, dated March 20, 2023.

56. Attached as Exhibit 055 is a true and correct copy of a screenshot of an OCI Container Engine for Kubernetes (OKE) Enhanced Cluster Update presentation on YouTube.

57. Attached as Exhibit 056 is a true and correct copy of an article "Serverless Kubernets costs for EKS, AKS, GKE, and OKE" by Brian Wood, dated January 10, 2025.

58. Attached as Exhibit 057 is a true and correct copy of Eric Anderson's (Cedar Park, TX) LinkedIn profile.

59. Attached as Exhibit 058 is a true and correct copy of Eric Anderson's (Austin, TX) LinkedIn profile.

60. Attached as Exhibit 059 is a true and correct copy of Lucas Gomes' LinkedIn profile.

61. Attached as Exhibit 060 is a true and correct copy of Faraz Hemani's LinkedIn profile.

62. Attached as Exhibit 061 is a true and correct copy of Charles Kim's LinkedIn profile.

63. Attached as Exhibit 062 is a true and correct copy of Theo Koulianos' LinkedIn profile.

64. Attached as Exhibit 063 is a true and correct screenshot from the Oracle YouTube video "Infrastructure as Code: Deploy an Enterprise Kubernetes Cluster in Oracle Cloud with Terraform".

65. Attached as Exhibit 064 is a true and correct copy of a screenshot of a video posted on Oracle's Facebook account.

66. Attached as Exhibit 065 is a true and correct copy of Bob Quillin's LinkedIn profile.

67. Attached as Exhibit 066 is a true and correct copy of Brook Rappaport's LinkedIn profile.

68. Attached as Exhibit 067 is a true and correct screenshot of a video posted on Oracle's Facebook account.

69. Attached as Exhibit 068 is a true and correct copy of Wenli Chiou's LinkedIn profile.

70. Attached as Exhibit 069 is a true and correct screenshot showing the result of a search on LinkedIn showing a search for people at Oracle in Texas with the "Container" keyword.

71. Attached as Exhibit 070 is a true and correct screenshot showing the result of a search on LinkedIn showing a search for people at Oracle in Texas with the "Kubernetes" keyword.

72. Attached as Exhibit 071 is a true and correct copy of a search result on Oracle's job postings for Docker jobs near Austin, Texas.

73. Attached as Exhibit 072 is a true and correct copy of a search result on Oracle's job postings for Kubernetes jobs near Austin, Texas.

74. Attached as Exhibit 073 is a true and correct copy of the Order Denying IBM's Motion to Transfer Venue in *VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, USDC EDTX Case No. 2:24-cv-00093-JRG, entered on February 5, 2025.

75. Attached as Exhibit 074 is a true and correct copy of the Order Denying HPE's Motion to Transfer Venue in *VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, USDC EDTX Case No. 2:24-cv-00093-JRG, entered on February 5, 2025.

76. Attached as Exhibit 075 is a true and correct copy of Plaintiff's Second Supplemental Objections and Responses to Defendant's First Set of Venue Interrogatories, served on July 3, 2025 in this case.

77. Attached as Exhibit 076 is a true and correct copy of a printout from TravelMath.com showing the distance between Ottawa, Canada and Midland, Texas.

78. Attached as Exhibit 077 is a true and correct copy of a printout from TravelMath.com showing that the distance between Ottawa, Canada and San Francisco, California.

79. Attached as Exhibit 078 is a true and correct copy of Paul O'Leary's Declaration in Support of Plaintiff's Opposition to Amazon's Motion to Transfer Venue in *VirtaMove, Corp. v. Amazon.com, Inc., et al*, No. 7:24-cv-00030-ADA (W.D. Tex.).

80. Attached as Exhibit 079 is a true and correct copy of Dean Huffman's Declaration in Support of Plaintiff's Opposition to Amazon's Motion to Transfer Venue in *VirtaMove, Corp. v. Amazon.com, Inc., et al*, No. 7:24-cv-00030-ADA (W.D. Tex.).

81. Attached as Exhibit 080 is a true and correct copy of Mark WoodWard's Declaration in Support of Plaintiff's Opposition to Amazon's Motion to Transfer Venue in *VirtaMove, Corp. v. Amazon.com, Inc., et al*, No. 7:24-cv-00030-ADA (W.D. Tex.).

82. Attached as Exhibit 081 is a true and correct copy of Greg O'Connor's Declaration in Support of Plaintiff's Opposition to Amazon's Motion to Transfer Venue in *VirtaMove, Corp. v. Amazon.com, Inc., et al*, USDC WDTX Case No. 7:24-cv-00030-ADA, filed on October 3, 2024.

83. Attached as Exhibit 082 is a true and correct photo of VirtaMove's patent files kept in boxes in paper form.

84. Attached as Exhibit 083 is a true and correct copy of Oracle's Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1 and 4), served on July 10, 2025.

85. Attached as Exhibit 084 is a true and correct copy of ORACLE_VM_00005884 as produced by Oracle.

86. Attached as Exhibit 085 is a true and correct copy of ORACLE_VM_00005886 as produced by Oracle.

87. Attached as Exhibit 086 is a true and correct copy of a notice from the clerk regarding intra-district transfer in *VirtaMove, Corp. v. Microsoft Corporation*, USDC WDTX Case No. 1:25-cv-00794-ADA, entered on May 27, 2025.

88. Attached as Exhibit 087 is a true and correct copy of VirtaMove's Petition for Writ of Mandamus in *In re VirtaMove, Corp.*, USCA Case No. 25-138, filed on July 9, 2025.

89. Attached as Exhibit 088 is a true and correct copy of VirtaMove's Petition for Writ of Mandamus in *In re VirtaMove, Corp.*, USCA Case No. 25-130, filed on June 5, 2025.

90. Attached as Exhibit 090 is a true and correct copy of the Court's Ruling on Discovery in *VirtaMove, Corp. v. Oracle Corporation*, USDC WDTX Case No. 7:24-cv-00339-ADA, dated July 10, 2025.

91. Attached as Exhibit 091 is a true and correct copy of an email from the Northern District of California Court regarding a hearing on a motion for administrative relief in relation to a docket error in transferring *VirtaMove, Corp. v. Google LLC* from the Western District of Texas to the Northern District of California, dated March 4, 2025.

92. Attached as Exhibit 092 is a true and correct copy of Lisa Ripley's July 21, 2025, Deposition Transcript.

93. Attached as Exhibit 093 is a true and correct copy of ORACLE_VM_00004917 as produced by Oracle.

94. Attached as Exhibit 094 is a true and correct copy of David Roth's LinkedIn profile.

95. Attached as Exhibit 095 is a true and correct copy of Ernesto Benedito's LinkedIn profile.

96. Attached as Exhibit 096 is a true and correct copy of Docket 90 from *VirtaMove, Corp. v. Google LLC*, USDC NDCA Case No. 5:25-cv-00860-NW, entered on March 25, 2025.

97. Attached as Exhibit 097 is a true and correct copy of Oracle's Objections and Responses to VirtaMove's First Set of Venue-Related Interrogatories (Nos. 1-5), served on May 29, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on August 5, 2025 at Santa Monica, California.

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong

ptong@raklaw.com<br>
TX SBN 24119042