Exhibit 1

## Contact

www.linkedin.com/in/ninad-adhav
(LinkedIn)

## Top Skills

Software Defined Networking
Cloud Computing
Amazon Web Services (AWS)

## Languages

English
Hindi

## Certifications

Red Hat OpenStack Administrator I

## Publications

Comparative study of data transfers
using Wi-Fi modules

## Patents

PERFORMING APPLICATION
AND/OR VIRTUAL MACHINE
MIGRATION BASED ON
MIGRATION COMPLEXITY

# Ninad Adhav

Cloud Solutions Engineer III - North America Cloud Engineering
Austin, Texas, United States

## Summary

Experienced Solutions Engineer with a demonstrated history of
working in the information technology and services industry. Skilled
in Oracle Cloud, Kubernetes, Ansible, Terraform, Linux, Amazon
Web Services (AWS), Python (Programming Language), and
Docker. Strong sales professional with a Master's Degree focused
in Computer Systems Networking and Telecommunications from
Southern Methodist University.

———

## Experience

### Oracle
7 years 1 month

**Cloud Solutions Engineer III - North America Cloud Engineering**
June 2022 - Present (3 years 2 months)
Austin, Texas, United States

**Cloud Solutions Engineer II - ExaCC Dedicated Regions**
March 2021 - June 2022 (1 year 4 months)
Austin, Texas, United States

**Cloud Solutions Specialist Consultant II - Infrastructure and Platform
Services**
June 2019 - March 2021 (1 year 10 months)
Austin, Texas Area

• Develop scalable, end to end automated solutions for Virtual Machine and
Database Lift-and-Shift migrations using Python, Shell Script, Terraform and
Ansible. Automate Infrastructure Deployment ensuring end to end migration of
Oracle Application and Database Servers.
• Testing Lead for Oracle Consulting's "SOAR" tool , which is a proprietary
software that automates Database and Application Migrations from On-Prem /
ExaCC / ExaData / Amazon and Oracle Gen-1  to the Oracle Gen-2 Cloud.

**Cloud Solutions Specialist Consultant I - Infrastructure and Platform
Services**
July 2018 - March 2021 (2 years 9 months)

Austin, Texas

• Part of the Cloud Infrastructure and Platform Migrations Team under the North America Consulting Organization.

• Provide technical and business solutions to clients for moving their entire data center to the Oracle Cloud including all Oracle and Non-Oracle application environments and supporting and connected technologies.

• Guide clients through the migration process, starting with the software installation , preparing the environments for the cloud, defining and planning a migration strategy and finally migrating to the Oracle Cloud.

• Also part of the Consulting Pre-Sales Team that drafts and compiles Bid Profitability Workbooks and Ordering Documents for Cloud Migration Projects, by understanding customer estate requirements and current capabilities, conducting gap analysis and creating staffing plans for customer deals.

## Ericsson
### Cloud Engineer Intern
May 2017 - May 2018 (1 year 1 month)
Plano, Texas

• Part of the Cloud-NFVi Infrastructure and Orchestration Team which handles Cloud Deployment and Management tasks.

• Worked on exploring and integrating Kubernetes Container Technologies with existing internal products.

• Used Calico and Flannel for networking between pods, Fluentd for logging and Prometheus for monitoring as extended components in the Kubernetes Cluster. Used Helm Charts and Terraform to setup and execute Infrastructure and applications.

• Implemented Istio service mesh with use of an Envoy Proxy as a sidecar to provide load balancing and secured endpoints.

• Performed Cloud Orchestration Tasks using the Ericsson Cloud Manager Tool by building Virtual Infrastructure Environments.

• Created detailed Method-of-Procedures, Bill of Materials and other documentations of products for client and internal use.

• Deployed various POC cloud projects on OpenStack and AWS, also using OpenDaylight as networking service instead of Neutron.

## Protege Sports Networks
### Network Engineer
January 2016 - July 2016 (7 months)
Pune Area, India

• Worked in the domain of Network Engineering and Wearable Computing.

• Developed a wearable device for Football players which calculates the total distance run, heart-rate and also plots a GPS map of the total area covered during a game.

• Responsibilities included creating the embedded circuit, coding the device, handle the data transfer to the server.

• Create a server to which all these devices will connect to store the data which the clients can then access to analyze their performance

Mphasis
Technical Support Engineer
June 2014 - September 2014 (4 months)
Pune Area, India

• First point of contact with the client.

• Understand the issue and troubleshoot its cause by taking control of the clients computer remotely.

• Create tickets of the issue for future use in case the client faces the same issue again.

• Forward the issue to higher level dedicated teams if the issue is not resolved at that instance.

• Make sure the SLA's are met and that the issue is resolved by the Level-2 teams by contacting the team as well as the client

———

# Education

### Southern Methodist University

Master's Degree, Computer Systems Networking and Telecommunications · (2016 - 2018)

### Trinity College of Engineering and Research

Bachelor of Engineering (BE), Electronics and Communications Engineering · (2010 - 2014)