# Exhibit 2

Contact

www.linkedin.com/in/pberis (LinkedIn)

Top Skills

Communication
Linux System Administration
Computer Science

Languages

Arabic (Limited Working)

Certifications

ISO 9001
CCNA

Patents

Method and system for configurable network intrusion detection
Method and system for configurable network intrusion detection

# Paul Beriswill

Principal Site Reliability Engineer at Oracle Cloud Infrastructure Community
Cedar Park, Texas, United States

## Summary

ISO 9001 trained software professional with a consistent record of transcending customer expectations.
- Taught Arabic to Department of Defense students.
- Creative provider of object oriented software solutions, specializing in data-centric, high performance, multi-threaded applications and memory management in heterogeneous hardware environments.
- Gifted with a unique combination of technical and artistic aptitude that provide the ability to readily identify efficient solutions to extremely complex problems.
- Talent for identifying customer needs and translating their expectations to systems requirements, functional and design specifications that result in complete, tested solutions.

Specialties: OpenStack, Continuous Integration, Continuous Testing, Continuous Development, High performance, multi-threaded, data-centric, advanced c++, Template development, python, php, java, javascript, sql, cloud computing, cloud storage, swift, docker, lxc, vmware, virtualization, network, protocols, security, firewall, intrusion prevention, routing, sql cluster, REST, object storage, database, mysql, agile, C++, C

---

## Experience

**Oracle Cloud Infrastructure Community**
Principal Site Reliability Engineer
December 2020 - Present (4 years 8 months)
Austin, Texas, United States

Email Delivery (ED)
Built Testing Initiative from the ground up

Designed and implemented testing environment capable of targeting and stressing individual components of a cloud based, multi-layered, high performance commercial EMail delivery system

Designed a set of prototype tests, with concrete instances, to test various control plane and data plane components. Mentored groups of developers to tailor these tests to specific requirements such as HTTPSending, HTML attachments, Opens & Clicks tracking, etc. to provide increasingly thorough testing of each component of the product.

Leveraged Oracle Cloud Infrastructure Container Engine for Kubernetes (OKE) managed clusters to automate scaling of test resources and provide advanced live metering and reporting of results.  This is the first, major step in our integration of performance and stability testing into the CI/CD pipline for the Email Delivery service.

Workflow as a Service (WFaaS)
Worked with a team focused on deployment, security and maintenance of one of the most heavily utilized services supporting most services offered in the Oracle Cloud Infrastructure.  Heavily focused on deployment management using Terraform and Shepherd.

Trend Micro
QA Automation Engineer - TippingPoint IPS
October 2016 - December 2020 (4 years 3 months)

Hewlett Packard Enterprise
Development Team Lead, Python Architect
April 2015 - May 2016 (1 year 2 months)

Team Lead and Senior Python Architect for a cloud computing continuous testing suite.

Tightly integrated with the HP Public Cloud, Managed Private Cloud and Helion Lifecycle Management initiatives to provide acceptance testing and continuous monitoring tooling and infrastructure.

Evaluate client software and API's, explore available functionality, map potential and likely cross-product interaction, observe usage patterns to determine common and probable use cases.  Define edge conditions and potential points of failure.

Design test cases that closely mimic likely usage patterns, with emphasis on probing likely failure scenarios. Design modules that exercise test cases using

synthetic transactions; approximating, as closely as possible, customer usage patterns.

### Scouter Research
Chief Technology Officer
August 2012 - December 2015 (3 years 5 months)

Provide guidance and direction for research and development of leading edge cybersecurity appliances and devices.

Scouter Research is a leading provider of advanced technology cybersecurity solutions. Applicable to virtually any type of data stream, our solutions provide you with an encrypted, safe, secure and reliable closed-loop communications system.

### PDF Complete, Inc.
Sr Software Engineer, Network Engineer, System Architect
October 2012 - February 2015 (2 years 5 months)

Primary Engineer building high security, high availability, long term cloud-based storage solutions.

Network Engineer:
Designed and implemented a scalable high performance, high availability (HA) network infrastructure tuned to the needs of our multi-level, multi-region object storage services.
Planned the network infrastructure tuned to our green computing solutions. Solution adds very exacting physical constraints to the high performance, low latency requirements of a PaaS deployment.
· Built HA firewall, Intrusion Prevention, VPN solutions.
· Implemented initial datacenters using the above components.

System Architect
Architect for our Secure, Green and HA Cloud Based Storage product. Defined product requirements, evaluated emerging technologies in object storage, designed a solution using Openstack Swift at multiple layers. Specified API's for each layer of the system. Identified storage, messaging and database requirements for each component.
· Built a redundant, multi-master, database cluster to meet performance, reliability and HA requirements.

· Constructed a prototype of the entire system, using a combination of physical and virtual hardware, for development and testing.
· Deployed an initial multi-center prototype of system components.

Sr Software Engineer
· Developed WSGI middleware for Openstack Swift to add business logic into the pipeline.
· Wrote monitoring and management software to instrument and help maintain the entire system using Python, PHP, C/C++ and additional scripting as required.

Designed a control infrastructure and application to gather statistics from the component systems. This application is capable of managing power usage of the green systems and supports modules to respond

IDMyPlan.com
Chief Technology Officer, Sr Software Engineer, System Architect
2011 - May 2014 (3 years)
Austin, Texas

Manage technology needs for an emerging personnel development company. Work closely with top level management to determine hardware, software and network requirements; identify providers and coordinate implementation/ transition where appropriate.

Work closely with end users to gather user requirements, develop use cases, design database schema and architect custom cloud based, data centric applications.
- Developed cloud based personnel development management applications
- Created AJAX based remote objects to handle complex server-side data manipulation in real time

Cisco Systems
Sr. Software Engineer
November 1999 - July 2011 (11 years 9 months)

Designed overall architecture for multiple generations of the sensing technology for the Cisco Intrusion Prevention System (IPS) product line evolution. Introduced Object Oriented design paradigms into the product line. Trained senior developers in advanced aspects of template and meta programming in C++.

Widely known as the "Heavy Artillery"; the trouble-shooter brought in to solve the impossible problems.

- Invented the SILVER language to describe vectors and parameters required to dynamically configure an IDS/IPS to detect new attacks (patent # 7,243,341 and 7,320,142); New threat response time reduced from weeks to minutes
- Devised high performance, scalable data flow paradigms that allow the sensing technology to scale from 10Mbps to over 10Gbps.
- Introduced a templated variable infrastructure to enforce type safety of run-time configurable elements, effectively eliminating programming errors caused by inconsistent use of dynamically loaded inspection vectors.
- Invented templated data stores to optimize access to the complex data structures used throughout the product line, reducing memory usage for a single data store by over 70% while simultaneously providing a 5x performance improvement.
- Created a library of common components including shared memory objects, parallel processing objects, and threaded processors that ensured reliable, high performance multi-threaded operation.
- Designed a "no overhead", callback based, memory management infrastructure to efficiently utilize all available memory for processing, resulting in the ability to track 20% more connections

Team Lead, Technology Leader
- Led teams of developers to deliver new technologies on time and under budget.
- Trained Senior Software Engineers in object oriented methodologies and advanced features of C++ and template/meta programming.
- Evaluated emerging technologies for integration into our product lines.

Acxiom
Software Engineer, Smartbase
July 1998 - October 1999 (1 year 4 months)

Developed graphical user interfaces, server side objects and transactional interfaces into multiple relational databases. These tools required the use of Java, C++, CORBA, and embedded SQL running on a variety of platforms including Windows NT, SUN Solaris, and Digital UNIX. Key developer involved in analysis, design, development, testing, and implementation of this highly complex, multi-tiered, distributed system.

United States Air Force
Master Sergeant
July 1978 - October 1998 (20 years 4 months)

ANALYST/PROGRAMMER
- Earned commendable findings from the Air Force Inspector General for an Interactive Study Guide and Testing program written in C which improved testing scores and reduced training time
- Received the Scientific Achievement Award for savings in excess of $500,000 annually achieved through use of a series of graphical analysis and mapping tools written in C

DIRECTOR INFORMATION TECHNOLOGY
- Managed all computer hardware and software resources at the Squadron level.
- Spear-headed the transition from CP/M-based systems to DOS-based Office Automation and XENIX-based mission support systems.
- Developed procedures for porting data across platforms.
- Wrote/directed development of custom dBase/Clipper and C applications to replicate needed functionality and to make use of the new capabilities.

INFORMATION SYSTEM SECURITY OFFICER (ISSO)
- Defined squadron computer security practices.
- Coordinated with command level counterparts to refine wordwide security posture for computer assets.
- Responsible for data and electronic security at the squadron level.
- Developed encryption programs and secure access routines to ensure protected access to sensitive national security data

FINANCE OFFICER
- Managed multi-million dollar annual budgets
- Received Commendable Findings from AF Inspector General for a series of automated spreadsheets used to track expenditures and project shortcomings. These spreadsheets were adopted as the standard for use world-wide

SYSTEMS ADMINISTRATOR
- Performed systems administration tasks for mission essential computer systems and Office Automation systems.
- Coordinated custom script programming, dBase and Macro programming, configuration management, trouble-shooting and systems maintenance

Defense Language Institute/Foreign Language Center
Deputy Chief Technology Integration
1994 - 1998 (4 years)

Directed technical support for eight language schools.  Designed, procured, installed and maintained local area networks and intranets. Taught various aspects of computer technology including: trouble-shooting, maintenance, networking technology and applications.
Taught Arabic to Department of Defense students.
- Developed Language Learning Computer Assisted Study (CAS) software
- Created libraries of custom components and applications in support of continuing CAS software development efforts
- Evaluated emerging technologies, including voice recognition and artificial intelligence, for applicability in a language learning environment

## Education

Naval Postgraduate School
Computer Science

UCSC
Computer Science

Monterey Peninsula College

Anne Arundel Community College

Community College of the Air Force