# Exhibit 3

## Contact

www.linkedin.com/in/jayant-bhopale (LinkedIn)

### Top Skills
OKE
Ruby
Cloud Migration

### Languages
Hindi (Full Professional)
Marathi (Native or Bilingual)
English (Full Professional)

### Certifications
Typescript
Advanced Java

### Honors-Awards
Best Project
Best Project
Runner up

### Publications
Handwritten Gujarati Character Detection Using Image Processing and Recognition Using HOG, DHV Features and KNN

# Jayant Bhopale
Site Reliability Engineer at Oracle cloud [Kubernetes Engine]
Austin, Texas, United States

## Experience

**Oracle**
Site Reliability Engineer
July 2024 - Present (1 year 1 month)
Austin, Texas, United States

**NCR Voyix**
3 years 1 month

Software Engineer II
March 2024 - July 2024 (5 months)
Dallas-Fort Worth Metroplex

• Automation & Improvement: Led automation efforts for customer management, patching, booting, deployments, security certificate renewal enhancing operational efficiency. Implemented Rundeck jobs with Ruby back-end across four Azure environments, optimizing workflows.
• Incident Management & Recognition: Monitored Azure and GCP infrastructure health, creating tailored alert rules and resolving 20 critical incidents and 60 minor incidents during on-call duty. Received recognition for teamwork and leadership during the data center recovery effort.
• Cloud budgeting & Cost reduction: Identified and analyzed the cloud resources to reconfigure the Azure infrastructures saving nearly $5Millions across Hospitality products.

Software Engineer
July 2021 - March 2024 (2 years 9 months)
Dallas-Fort Worth Metroplex

• Infrastructure Deployment & Management: Utilized Terraform to deploy 400 VMs and configure 50 failover SQL clusters across six products during a company-wide data center outage. Scripted connection strings, server mapping, domain joining, and software installation for new infrastructure.

• Emergency Response: Participating in on-call rotations and being available to respond to emergencies outside of regular working hours. Incident Analysis and Postmortems: Conducting thorough analyses of incidents to identify root

causes and contributing factors, and implementing preventive measures to mitigate future occurrences.

## HHAeXchange
Software Engineer Intern
August 2020 - May 2021 (10 months)
Dallas, Texas, United States

Revamped communication infrastructure by transitioning from Sendbird to XMMPServer & ConverseJS, enhancing functionality and integration within the web application.
• Developed and implemented 20 APIs to facilitate seamless creation and modification of chat user and group accounts, with robust permission controls.
• Established a comprehensive reference table to efficiently manage over 10,000 users and their associated chat accounts and rooms on the Openfire chat server.
• Engaged in proactive collaboration within the scrum team, contributing to sprint planning and execution of assigned tasks.

## MNK Infotech
iOS Engineer Intern
June 2020 - August 2020 (3 months)
Irving, Texas, United States

Led the development of a cutting-edge iOS application focused on delivering an enhanced learning experience.
• App Design: Collaborated with the CTO to architect the app's framework, user flow, and UI prototypes, shaping the iOS Quiz app's vision for advanced learning.
• User Login: Engineered a password-free One Time Password-based login and registration system, prioritizing user convenience and security.
• Custom Theme: Designed and implemented three customizable global themes, empowering users to personalize their app experience to suit their preferences.
• API Integration: Orchestrated seamless integration of various functionalities including OTP authentication, user dashboard, leaderboard, quizzes, and profiles via REST API communication.
• Offline Capability: Spearheaded the development of offline quiz downloading functionality, enabling users to access quizzes without an internet connection, with seamless score updating upon reconnection.

The University of Texas at Dallas

9 months

Graduate Teaching Assistant
January 2020 - May 2020 (5 months)
Dallas, Texas, United States

Graduate Teaching Assistant
September 2019 - December 2019 (4 months)
Dallas, Texas, United States

• Conducted and graded lab sessions, assignments and projects for the undergraduate C++ Programming class
• Managed the record for 100+ students in two semesters and solved course relevant issues and queries

Tata Consultancy Services
Software Engineer
June 2018 - July 2019 (1 year 2 months)
Mumbai, Maharashtra, India

• Formulated transactions in ISO8583 standard for Automatic Teller Machines, Credit and debit cards, Unified Payment Interfaces, Mobile banking, and Internet banking interfaces usingJava, COBOL, and DB2
• Mentored the team of 3 members to automate the call center application that processes more than 1000 customer requests simultaneously. Minimized the wait and response time by60%for processing requests
• Planned and programmed One Time Password based debit and credit card PIN change through ATM machines

Tata Institute of Fundamental Research
Research And Development Intern
June 2017 - June 2018 (1 year 1 month)
Mumbai Area, India

• Worked in a team of four to create an application to extract handwritten text from images into the editable file format
• Performed image processing using OpenCV with C++ and Machine Learning using Multi-class SVM
• Achieved 81% accuracy for hand written text and 94% for digital text recognition. Won the best project award

Tata Consultancy Services
Software Engineer Intern
February 2017 - June 2017 (5 months)
Mumbai Area, India

Worked in a team of 4 members as a Project Intern to develop an android app. The objective was to create a sequence of timeline that will keep a track of all daily activities. The project was successfully developed and deployed in given time period.

## Education

The University of Texas at Dallas

Master of Science - MS, Computer Science · (2019 - 2021)

Fr. Conceicao Rodrigues Institute of Technology

Bachelor of Engineering - BE, Information Technology · (2014 - 2018)