# Exhibit 4

## Contact

www.linkedin.com/in/davidcabelus (LinkedIn)

## Top Skills
Competitive Analysis
Product Vision
Product Leadership

# David Cabelus
Experienced Product Management and Strategy Professional
New Hope, Pennsylvania, United States

## Summary

Experienced Product Management professional with demonstrated successes in managing new and existing cloud services and enterprise software products, developing go-to-market plans, increasing product revenue, releasing products on time, and supporting sales engagements. Adept at defining strategy and translating strategy into product plans. Credited for being a collaborative and inspirational leader, building strong business relationships, and impacting and influencing direction. Comfortable in a spectrum of company lifecycle stages, from startup to global leader. Experience interacting with both US and international audiences, from developers and end users to C-level executives.

## Experience

**Oracle**
17 years 2 months

Senior Principal Product Manager
January 2020 - Present (5 years 7 months)

Oracle Verrazzano Enterprise Container Platform
Led the Verrazzano Enterprise Container Platform project from inception to market launch, including:
• Developed the product strategy
• Produced and evolved the product roadmap and release plans
• Cultivated reference customers
• Created and executed a go-to-market plan
• Integrated the product into Oracle's sales systems
• Created and presented materials at various conferences
• Supported sales activities with materials and direct customer engagements
• Championed the product to analysts, partners, and internal product groups
Noteworthy "firsts:"
• Created Oracle's first on-premises subscription offering on the Global Technology price list. All previous on-premises offerings were for license and

support, with a large up-front cost. The on-premises subscription enabled customers to consume as part of their operating expenses.

• Created Oracle's first name-branded product in about 20 years. All Oracle products are typically named using a descriptive name. With Verrazzano, we added a unique brand to the portfolio, resulting in positive feedback from analysts.

Product background: Oracle Verrazzano Enterprise Container Platform is an open-source, easy-to-adopt container platform for managing applications and Kubernetes clusters across clouds. It is a true platform with a consolidated lifecycle that meets the needs of enterprises while still making it easy for developers and DevOps teams to leverage as the fast path to multi-cloud Kubernetes. Verrazzano provides extensive automation at provision time and at app deployment time. It is fully integrated into Kubernetes, which means it marries well with DevOps and GitOps processes, tools, and policies.

Senior Principal Product Manager
May 2016 - January 2020 (3 years 9 months)

Oracle Developer Experience and Oracle Container Engine for Kubernetes

Led various projects to add value to Oracle Cloud Infrastructure, especially for developers, including:
- Observability for distributed Java applications
- Managed Kubernetes in on-premises appliances
- Kubernetes audit logging
- Kubernetes add-on management

Managed and mentored a small team of product managers to achieve improved customer satisfaction and greater consumption of cloud services.

Senior Principal Product Manager
June 2008 - May 2016 (8 years)

Part of a product team that grew revenue faster than market growth, increased market share from 36% to 43% over 4 years, and maintained market leadership by adapting WebLogic Server product strategy to:

• Support private and public cloud, and Platform as a Service trends, with a focus on density, efficiency, multitenancy, automation (DevOps), and new product delivery and licensing options
• Incorporate new application trends, including mobile enablement, Internet of Things, Microservice Architecture

- Enable sales penetration into existing customer base with the creation of product add-ons

With the adapted strategy, Gartner identified Oracle as a Magic Quadrant leader in Enterprise Application Servers.

Launched new product features, packaging, and add-on SKUs, from conception through product delivery, including marketing requirements, product requirements, customer focus groups, beta program, pricing, go to market planning, sales enablement, sales training, and deal support.

Enabled the sales team to exceed current annual objectives through collateral creation, sales enablement training, social media engagements (Youtube, Twitter, blogs), and customer engagements in the US, Europe, and Latin America. Targeted SKUs achieved 17% yoy growth.

Recognized by the sales organization as a trusted presenter to all levels within customer organizations. Was consistently requested to support license renewal efforts.

Enabled partnership with Microsoft to extend sales of Oracle products on Windows Azure (Microsoft's public cloud), including the adoption of subscription pricing and new product delivery models for the cloud.

Partnered with several select enterprise customers to further define and adapt products to meet customer needs. Facilitated successful projects at customers in financial services, banking, logistics, telecommunications, ecommerce, and retail industries.

BEA Systems
Senior Product Manager
July 2001 - June 2008 (7 years)

Senior Product Manager, BEA Systems, Inc.,
Liberty Corner, NJ.
May 2007 to June 2008
Promoted to Senior Product Manager after demonstrating success in increasing revenue related to product integration technologies, and after increasing usability of diagnostics and monitoring functionality in WebLogic Server. Established a reputation as a leader within the product group.

Selected to evaluate the WebLogic Server SKU set and related policies on licensing for multi-core processors.

Chosen to act as a liaison between the WebLogic group and two other product groups in the company.

Product Manager, BEA Systems, Inc.,
June 2005 to May 2007
Worked in a team of five product managers, managing the business aspects of WebLogic Server. Responsibilities included managing the Messaging (asynchronous integration), Database Connectivity, Transactions, Configuration & Management, Deployment, and Diagnostics subsystems within WebLogic Server.

As product manager, drove the strategy and direction for each of these components within the overall product strategy, which included:

• Analyzing the competition – feature analysis, most difficult threats for the sales team
• Monitoring industry trends
• Evaluating innovation and acquisition opportunities
• Identifying long-term strategy and short-term tactics
• Defining, verifying, and prioritizing product requirements
• Creating sales enablement collateral

Maintained and increased revenue during this time period.
Aside from the broader responsibilities described above, also supported the product and sales teams with new release tours, assistance in technical product calls, evaluation of customer enhancement requests, and so forth.

Kana Communications
Other
2000 - 2001 (1 year)

Alliant Tech
Product Manager
1999 - 2000 (1 year)
Burlington, NJ

Product Manager, Alliant Technologies, Inc.,
Burlington, NJ.

After demonstrating a keen eye for user interaction expectations and design, selected to manage the features and priorities of a "dot-com boom" internet community portal project; presented the product to clients, designed and taught training classes, provided technical support, defined requirements, defined the application interface and flows, participated in Scrum meetings, and assisted with the QA effort.

---

## Education

### Drexel University - College of Business and Administration
Master of Business Administration (MBA), Executive MBA · (2010 - 2012)

### Trenton State College
Bachelor of Arts (BA), English, Minor in Economics · (1989 - 1994)