# Exhibit 5

## Contact

www.linkedin.com/in/jasoncotton (LinkedIn)

## Top Skills

Integration
Management
Telecommunications

# Jason Cotton

Senior Director Software Development, Identity and Access Governance at Oracle
Austin, Texas Metropolitan Area

## Summary

Experience in starting new teams across a wide breadth of technologies.  My career started at a large telecommunication company and I was involved in the building of GPRS and UMTS core networking components.  From here, I moved to a start up company hiring and building my teams for embedded Linux systems, front end web with html/js solutions, mobile applications for iOS & Android and back office converged service centers.  I then moved to a new company to lead a large team (300+) to deliver products used by large Service Providers.  As this company was purchased, I transitioned to start the Business Analytics team and currently drive that product.  This product introduced docker containers, public cloud deployments and other current technologies into the development process.

---

## Experience

**Oracle**
Senior Director Software Development
July 2022 - Present (3 years 1 month)

**NETSCOUT**
Senior Director Of Engineering
July 2015 - July 2022 (7 years 1 month)
Plano, TX

Engineering Leader for Business Analytics Program
- Responsible for Business Analytics Program from Product Requirement through Field Delivery
- Developed a platform used in Service Provider, Enterprise and Security domains
- Developed platform strategy using docker containers and a path to cloud deployments
- Work with multiple Product Management and Other Development teams to deliver solutions in all domains

- Work with multiple Sales Engineering teams to understand constraints to further refine Platform Requirements
- Management external partners used within overall platform
- Own Development, QA and Sustaining efforts for product

### Tektronix Communications
Director Of Engineering
November 2014 - July 2015 (9 months)
Plano, TX

Lead large engineering team (300+) across multiple countries

Worked with Product Management teams to develop POI/POR

Developed Project Management/Reporting Structure to bring order to large distributed team

Managed program delivery to large Service Providers

Supported sustaining efforts for Customer Engagements and Escalations

### Prodea Systems
7 years 10 months

Director of Software Engineering
August 2012 - November 2014 (2 years 4 months)
Plano, TX

Responsible for software development for all Prodea products.  Prodea's offers an overall solution for managing the digital home.  This solution provides applications capable of delivering content to the tv, web and mobile environments.  The service delivery network for the solution entails development for the cloud, home gateway, home set top box, android client, iOS client, windows client and mac client.  The solution uses a wide variety of technologies integrated together to provide a homogeneous solution.

Core Network Development Director
February 2008 - November 2014 (6 years 10 months)

Responsible for creating the cloud environment used in Prodea's Service Delivery network.  This part of the solution hosts the off premise application logic used in Prodea Applications as  well as Applications used to manage the life cycle of the subscriber.  This includes billing and provisioning systems that interface to third parties.

Network Integration Director
February 2007 - November 2014 (7 years 10 months)

Responsibilities include integrating interfaces between the Service Delivery Network and Service Partners as well as developing integration points

between the deployed network and the customer's network.  This role is focused on working with customers to complete integration between the networks.

Nortel

9 years 2 months

Senior Manager Packet Core Validation

January 1998 - February 2007 (9 years 2 months)

Lead Test organization responsible for validating UMTS and GPRS Core Network.

Product Test Manager

1998 - 2006 (8 years)

Created test strategies and built automation suites for testing of UMTS and GPRS core networks.

---

# Education

The University of Texas at Austin

Bachelor of Science (BS), Electrical Engineering · (August 1993 - December 1997)