# Exhibit 6

## Contact

www.linkedin.com/in/denniscreary (LinkedIn)

## Top Skills
Account Planning
Cloud Computing
New Business Development

# Dennis Creary
Global Key Account Director at Oracle
New York, New York, United States

## Summary

Results Oriented Sales Executive: Proven ability to build executive relationships and strong business ties, close seven-figure deals, and expand market share for professional consulting services, software and product-centric technology firms.  Experienced in start-up, high-growth, and Fortune 500 environments and industries as diverse as financial services, manufacturing, retail and wholesale distribution.

Global Accounts Team Builder: Build international partnerships and sales campaigns in Europe, Latin America, and Asia. Internationally traveled and culturally sensitive businessperson, experienced in building worldwide sales teams that succeed in meeting and exceeding both revenue targets and client expectations.

Respected Leader: Develop and motivate a highly professional sales team. Communicate a clear, strategic sales vision to a cross-functional team. Skilled public speaker, equally comfortable in front of small groups or large audiences.

Excellent Account Manager: Manage large-dollar accounts to profitability while maintaining high client satisfaction. Establish strong relationships with clients and alliance partners; successful background in selling complex technology solutions and services. Reputation for uncovering new opportunities and projects.

Specialties: New Business Development
Global Account Expansion
Cloud Computing
Executive Leadership
Intra-Company Cross Functional Team Builder #Winning Proposals/
Contract Negotiations
High-Impact Presentations
Leading-edge Hi- Tech Sales
Pricing Strategies
Sales Mentor

Account Planning
Multi-industry experience
Project & Portfolio Mgt

---

## Experience

### Oracle
Global Key Account Director
March 2020 - Present (5 years 5 months)
New York, New York

### Blacks on Wall Street, Inc
Founder, President and CEO
January 2017 - Present (8 years 7 months)
Manhattan, NY

The long-term goal of BWS is to bridge the income divide of minorities in both the Financial and Technical industries by arming our youth with the skillsets that enable them to create black wealth.

### NEGRO ENSEMBLE COMPANY INC
Chairman of the Board Of Directors
June 2019 - December 2022 (3 years 7 months)

### Infor
Director, Major Accounts
October 2018 - March 2020 (1 year 6 months)
Greater New York City Area

### Dun & Bradstreet
Global Sales Executive
February 2017 - May 2018 (1 year 4 months)
New York, New York

### Oracle
6 years 2 months

Global Key Account Director
September 2014 - February 2017 (2 years 6 months)
Greater New York City Area

Key Account Director
November 2012 - September 2014 (1 year 11 months)

Owns overall leadership for a Key Account across all products, services, and support.

Day-to-day senior Oracle executive responsible for success at the Key Account.

Chartered to facilitate and own both the strategic planning process as well as the subsequent execution.

Responsible for communication inside the Oracle global organization as well as all organizations within the Key Account.

Develops deep customer knowledge and then influence the Key Account through creation of broad executive relationships to
increase Oracle's reputation as a proven partner, increase customer satisfaction, and grow Oracle revenues.

### Lead Account Executive - BNY Mellon
November 2011 - November 2012 (1 year 1 month)

Responsible for growing all lines of Oracle's business within BNY Mellon. Drives sales strategy and leads a team of 25 Intra-Company sales and services professionals to achieve aggressive sales quotas. This includes PeoplSoft, Siebel, Weblogic, BI, Oracle Database and Security Applications, Engineered Systems, and Oracle Sun Hardware and Storage. Utilizing vast long-term "C" relationships, grew pipeline X4 in 7 months, with major wins in the firms Market Risk Initiative and Asset Servicing.

### Senior Account Executive
January 2011 - October 2011 (10 months)
New York, NY

Handled Goldman Sachs, Morgan Stanley and BNY Mellon

## CA, Inc
3 years 5 months

### Account Director
November 2009 - January 2011 (1 year 3 months)

Responsible for growing CA's business within a diverse set of named accounts (Includes The United Nations, Bloomberg, Jefferies, Lazard and Oppenheimer). Drives sales strategy and work with Intra-Company sales and services teams to achieve aggressive sales quotas. Established CA's PPM solution as a Global UN Secretariat standard. Established executive relationships, where none existed - COO/CIO/CFO/CTO and MD

### Account Director - Citi
November 2008 - October 2009 (1 year)

Planned, prioritized and managed sales activities and resource allocation in order to consistently attain CA's financial and customer satisfaction goals across Citigroup's NA Region. Guide sales staff in acquiring knowledge of Citi's businesses and competitive landscape and operational processes. Built and maintained relationships with key executives and decision makers. Prioritized efforts to pursue the most pervasive customer needs that CA can successfully address within Citi.

Account Director

September 2007 - October 2008 (1 year 2 months)

Covered DTCC, Bear Stearns, Merrill Lynch, Guardian and BBH. Responsible for growing CA's vast software portfolio that helps clients Govern, Manage and Secure their environment.

Hewlett-Packard

17 years 1 month

Enterprise Account Manager

September 2001 - September 2007 (6 years 1 month)

Handled the Bank of New York Globally

Account Execuitve

January 1999 - September 2001 (2 years 9 months)

Account Executive

September 1990 - December 1998 (8 years 4 months)

Wang Labs

Associate Marketing Representative

1988 - 1990 (2 years)

———