# Exhibit 7

## Contact

www.linkedin.com/in/stephencross (LinkedIn)
www.oracle.com (Company)

## Top Skills

Cloud Computing
SaaS
Oracle

## Languages

English (Native or Bilingual)

## Honors-Awards

WKA 2012 Canadian National Champion
WKA WTKA WKU 2013 Canadian National Champion
WKU 2014 Canadian National Champion

## Patents

Communications network monitoring
Method and apparatus for managing at least part of a communications network

# Stephen Cross

Director Product Management, Oracle Health
Ottawa, Ontario, Canada

## Summary

Experienced hands-on product leader with a passion for new technology, with over 25 years experience leading software development, partner ecosystem business development, and product management in multiple industries including communications, software technology, SaaS, and cloud infrastructure.

---

## Experience

**Oracle**
18 years 6 months

Director Product Management, Oracle Health
May 2025 - Present (3 months)
Ottawa, Ontario, Canada

Director of Product Management, Oracle Cloud Infrastructure
August 2018 - May 2025 (6 years 10 months)
Ottawa, Canada Area

Leading the Oracle Cloud Infrastructure (OCI) Multicloud and Migration services product management team, responsible for delivering multiple products and services to enable and assist customers deploying multi-cloud workloads with Oracle Cloud Infrastructure (OCI) and moving workloads to the cloud. Responsible for the Oracle Database@Azure, Oracle Cloud VMware Solution, Oracle Cloud Marketplace, Oracle Cloud Migrations service, and the OCI Designer Toolkit open source project.

Technical Director, Oracle Cloud Partner Enablement
April 2012 - August 2018 (6 years 5 months)

Responsible for expanding the Oracle Public Cloud partner ecosystem. Focused on partner integration with Oracle Cloud Applications (SaaS) for CX, Platform Services (PaaS) for Oracle Database and Java Cloud, and Oracles Classic and Generation 2 Cloud Infrastructure (OCI) services (IaaS). Launched and ran daily operations for the Oracle Cloud Marketplace for on-boarding new partners, and drove strategic partner initiatives including launching Oracle Cloud support for Terraform with HashiCorp.

Technical Director, Platform Products
August 2008 - April 2012 (3 years 9 months)
Ottawa, Canada Area

Responsible for Partner Enablement with Oracle Technology partners in the Communications Industry building and integrating solutions with Oracle Database, Middleware, BI, Oracle Public Cloud, and Engineered Systems

Senior Development Manager, IP Activation
February 2007 - August 2008 (1 year 7 months)

MetaSolv Software
5 years 1 month

Senior Development Manager, IP Activation
March 2004 - February 2007 (3 years)

Senior Development Manager, Service Assurance
February 2002 - March 2004 (2 years 2 months)

Nortel Networks
7 years 7 months

Development Manager, Service Assurance
June 2000 - February 2002 (1 year 9 months)

Software Engineer
August 1994 - June 2000 (5 years 11 months)
Harlow, England

Bell Northern Research
Software Engineer
August 1992 - August 1993 (1 year 1 month)
Harlow, England

---

## Education

The University of Oxford
MSc, Software Engineering · (1998 - 2001)

Nottingham Trent University
BSc, Computing Systems · (1990 - 1994)