# Exhibit 8

## Contact

www.linkedin.com/in/dawsontech (LinkedIn)

## Top Skills

Editing
Copy Editing
Proofreading

## Languages

Spanish (Limited Working)

## Certifications

Duolingo Spanish Fluency: Advanced (Estimated)

## Publications

Book Review

Fight and Flight: The Strange Comfort of Academic Rigor and the Strange(r) Unknown of Technical Communication

# Erin Dawson

# Java DevRel || Composer
Pittsburgh, Pennsylvania, United States

## Summary

Not afraid of the command line.

---

## Experience

**Oracle**
4 years 4 months

Sr. Developer Marketing Manager
November 2024 - Present (9 months)

Communications Manager - Developer Relations
April 2021 - November 2024 (3 years 8 months)

**eBay**
Technical Writer
September 2020 - April 2021 (8 months)

**Ring**
Technical Writer III
November 2019 - September 2020 (11 months)

• Write internal documentation for IT service agents—guides, SOPs, FAQs, design docs, runbooks, and knowledge base articles

• Assist in migration of Jira Cloud to Jira Server instances

• Document HR, Facilities, and Talent Acquisition team processes outside of Ring I

**Hulu**
Technical Writer/Associate Quality Assurance Engineer
July 2019 - November 2019 (5 months)
Santa Monica, California

• Wrote internal documentation for developers in SOX audit retooling

• Created training materials (slide decks for webinars, narrated videos) for workshops

• Broke down complex system architecture for Marketing, Finance, and Accounting teams

ServiceTitan
Technical Writer
November 2018 - July 2019 (9 months)
Glendale, California

• Acted as the lead technical writer for assigned product areas, including all documentation for new features and documentation updates.
• Produced high impact documentation that helps drive self-service and efficiency for end users and internal employees
• Conducted documentation audits to ensure optimization of content architecture and accuracy of content.
• Wrote easy-to-understand and customer-facing user guides and help articles.
• Collaborated with product managers and internal teams to obtain an in-depth understanding of the product and documentation requirements.

Everbridge
Technical Writer
March 2017 - November 2018 (1 year 9 months)
Pasadena, CA

• HTML/CSS/JavaScript and Markdown used to write embedded and online help for flagship risk management application
• Windows Server (2012 rn) used to configure back-end of application
• Solely responsible for organization's technical communication tools and their purchasing decisions

ACI Worldwide
Information Developer
May 2014 - January 2017 (2 years 9 months)
Charlotte, NC

• Authored object-oriented help topics using DITA XML in CMS
• Conducted user research in collaboration with UX colleagues

New South Media Inc.
Intern: Managing Editor Assistant
September 2013 - January 2014 (5 months)
Morgantown, WV

I work among an intimate group of co-workers (typically, one staff person per job) to ensure timely and quality publication in a deadline-focused environment. More specifically, I work alongside the magazine's managing editor as a writer and editor. As a writer, I author spotlights, feature articles, and (music) blog entries; as an editor, I vet lifestyle publications and specialty

publications (e.g., WV WEDDINGS) and provide fact-heavy content--e.g., event calendars--for two of New South Media's four publications.

### West Virginia University
English Instructor
August 2011 - August 2012 (1 year 1 month)
Morgantown, WV

For this composition and rhetoric course, I designed detailed syllabi including: course goals, required texts, grading procedures, classroom policies, daily schedule of reading assignments and related course work (i.e., essays, portfolios, short writes, and peer-reviews); implemented culturally relevant electronic texts as a basis for class curriculum; and established a teacher-student dynamic by frequently communicating with students via email, office hours, and student conferences

### West Virginia University Press
Acquisitions Assistant Intern, West Virginia University Press
May 2010 - August 2010 (4 months)
Morgantown, WV

I worked closely with the press' director in a small office environment to vet manuscripts by copy editing and proofreading them, and later fact checked academic journal article citations for Victorian Poetry, one of the press' quarterly publications. Other duties included communicating with authors by email and phone, following style guides, and using Creative Suite tools and software like A Better File Rename to ensure quality publications by their respective and deadlines and to organize the press' SFTP client.

---

## Education

West Virginia University
Master of Arts (MA), English: Professional Writing and Editing · (2011 - 2013)

West Virginia University
BM, Music Performance · (2006 - 2011)

West Virginia University
BA, English: Professional Writing and Editing · (2006 - 2011)