# Exhibit 9

## Contact

www.linkedin.com/in/treydejohn (LinkedIn)

## Top Skills

Big Data
IoT
Blockchain

## Languages

English (Native or Bilingual)
Latin (Limited Working)

## Certifications

Oracle Class Of Training Program - February 2017

# Trey DeJohn

Regional VP | Helping companies implement solutions which reduce IT costs and drive innovation
Austin, Texas Metropolitan Area

## Summary

I strive to exceed customer and employer expectations by delivering second-to-none service, maintaining customer satisfaction in all initiatives and interactions while simultaneously increasing the customer base.

---

## Experience

**Oracle**
8 years 6 months

**Regional Vice President - Strategic Accounts**
June 2021 - Present (4 years 2 months)
Austin, Texas, United States

As a Regional Vice President, my teams are responsible for Strategic Accounts across various Industry Verticals within the US & CA. Our Organization's mission is to evangelize Oracle's Technology Portfolio to our existing client base to solve their complex business problems and improve their overall technology footprint.

**Regional Manager - Oracle Eastern Canada, High Growth Accounts**
September 2020 - June 2021 (10 months)
Austin, Texas, United States

As a Regional Manager, I lead a team of 7 fantastic individual contributors that are responsible for Oracle's Technology Portfolio across Eastern Canada. My efforts are primarily concentrated in the following areas; coaching, lead generation, opportunity progression, relationship building, and continuous personal & professional development. My account managers work with both install and net-new accounts to solve complex business problems with Oracle's technology products. Our team's guiding principles are to help our partners get to market faster, increase their market share, and grow their revenue.

**Account Manager - Oracle SMB, Greater Toronto Area**
January 2018 - September 2020 (2 years 9 months)
Austin, Texas Area

As an Account Manager, I directed all sales efforts in the Greater Toronto Area territory across ISV, Channel, and Cross-Pillar verticals of Oracle for the Core Technology Portfolio. I helped companies create go-to-market strategy for the fiscal year that exceeds revenue targets and grows the business in linearity. I developed C-Level relationships and executed value-based selling to generate pipeline in transactional and strategic engagements all while collaborating with Product Management and Senior Architects for extensive Oracle engagements to drive additional revenue and growth to the current Oracle customer base.

Core Technology Consultant
February 2017 - January 2018 (1 year)
Austin, Texas

As a Core Tech BDC in the ITBDC division, I worked closely with Oracle Marketing to develop Commercial & Public Sector accounts in both The United States and Canada. I was responsible for assisting SMB, National, Enterprise, and Public Sector accounts with simplifying their IT-infrastructures to optimize operational efficiency. I organized and executed an account plan to help clients deliver maximum revenue potential with improved solutions in our Hardware, Middleware, Database, and Business Intelligence divisions both On-Premise and in the Cloud.

Met performance metrics of generating opportunities, pipeline, and revenue for Oracle Digital sales resulting in the accolades listed below.
• Awarded Early Achievers:
- FY17 Q4
- FY18 Q1
- FY18 Q2
- FY18 Q3
• Quota Achievement:
- Q4 FY17 - 139%
- Q1 FY18 - 331%
- Q2 FY18 - 301%
• Team MVP (12 People):
- FY17 Q4
- FY18 Q1
• ITBDC Organization MVP (Approx. 80 People):
- FY18 Q1
• MVP of Tech North America (Approx. 400 People):
- FY18 Q2

## Education

### Indiana University Bloomington
Bachelor of Science (B.S.), Finance

### Indiana University-Northwest
Accounting and Finance

### Portage High School