# Exhibit 10

## Contact

vgandhi@ncsu.edu

www.linkedin.com/in/vishwa-
gandhi-0271b319a (LinkedIn)

## Top Skills

Containerization

Minikube

Leadership

## Languages

Sanskrit (Elementary)

Hindi (Full Professional)

English (Full Professional)

## Certifications

Getting Started with Deep Learning

Kubernetes for app developers

Certificate in C++

Introduction to natural language
processing

Certified Kubernetes Application
Developer

# Vishwa Gandhi

SDE at Oracle | Kubernetes | Containers | Cloud technologies
Austin, Texas, United States

## Summary

I'm the kind of person who can explain Kubernetes over coffee and
convince you to join a board game night by dessert.

Hi, I'm Vishwa Gandhi — part-time software engineer and full-
time curious human. I live at the intersection of cloud-native tech,
DevOps, and storytelling. Whether I'm deploying workloads on
Oracle Kubernetes Engine (OKE), debugging YAML at 2 AM, or
breaking down container orchestration like it's a strategy game — I
thrive on making the complicated simple (and sometimes funny).

Outside the terminal, I'm probably upside down in aerial yoga or
deeply invested in a 3-hour board game (yes, I play to win). I'm
building towards technical excellence and community impact — one
open terminal, fierce board game win, and loud laugh at a time.

Let's connect if you want to talk infrastructure, Kubernetes quirks, or
which board games reveal someone's true personality.

———

## Experience

### Oracle

1 year 2 months

Oracle Women's Leadership Board member - Programming lead
January 2025 - Present (7 months)

- Programming lead of Oracle Women Leadership ATX team.

- Brainstorming and coordinating events for OWL.

Software Developer 2
June 2024 - Present (1 year 2 months)
Austin, Texas, United States

- Working on container services within the Netsuite infrastructure development
team.

### North Carolina State University

Teaching Assistant
August 2023 - May 2024 (10 months)
Raleigh, North Carolina, United States

### Hewlett Packard Enterprise

11 months

Software Engineer Co-op
August 2023 - March 2024 (8 months)
Raleigh-Durham-Chapel Hill Area

Developed code line stability portal with Django, HTML, JavaScript, CSS and SQL database for visualizing test build results through a heatmap.

Software Engineer Intern
May 2023 - August 2023 (4 months)
San Jose, California, United States

- Developed a series of testing tools for object storage product in Python, JAVA, NodeJS, and Go SDKs to analyze the TCP connection behavior of AWS S3 clients using Wireshark which decreased response time by 60% resolving load balancing issues.

### North Carolina State University

5 months

Teaching Assistant
January 2023 - May 2023 (5 months)
Raleigh, North Carolina, United States

Research Scholar
January 2023 - May 2023 (5 months)
Raleigh, North Carolina, United States

- Engaged in a research project under the supervision of Dr. Edward Gehringer which involves a comparative analysis of peer assessment applications such as Kritik, Feedback Fruits, Ripple, and PeerGrade.io
- Researched the implementation of artificial intelligence in these applications, focusing on identifying ways to distinguish high-quality reviewers to enhance the performance of Expertiza peer application.

### TMedia Business Solution Pvt. Ltd.

Software Engineer Intern
February 2022 - May 2022 (4 months)
India

- Led end-to-end development of Django microservice for user management and loan origination functionalities. Orchestrated the creation of sub-services for customer contact, address, education, employment, and loan expenses.
- Leveraged Django REST framework, fast API, SQL server, Postman, Swagger UI, and generated Docker images for deployment.
- Created logic for user verification with a KYC verification module in Python, to ensure secure validation of unique national identity numbers. Elevated code coverage from 81% to 87% by executing 150 test cases utilizing Pytest framework.

Maxgen technologies Pvt. Ltd.
Software Engineer Intern
May 2021 - June 2021 (2 months)
India

- Devised Python scripts using Python-Gitlab, and Pandas to extract, and store Gitlab insights, project and member details, commit history, contribution metrics, coding language used and individual contributions increasing user interactions by 30%.

---

## Education

### North Carolina State University

Master of Science - MS, Computer Science · (August 2022 - May 2024)

### Gujarat Technological University

Bachelor of Engineering - BE, Computer Engineering · (August 2018 - June 2022)

### Asia English School