# Exhibit 11

## Contact

www.linkedin.com/in/gkarthiks (LinkedIn)
medium.com/@github.gkarthiks (Blog)
about.me/karthikeyangovindaraj (Personal)

## Top Skills

Kubernetes
Docker
Cloud-Native Architecture

## Certifications

Docker Essentials: A Developer Introduction
Cloud Core
Software Bill of Materials
Getting Started with Containers on IBM Cloud
Speaker: Open Source Summit 2021

# Karthikeyan Govindaraj

CKA | KCNA | CNCF Speaker | Open-Source Enthusiast & Advocate | Cloud Engineer | Developer | Writer
Austin, Texas Metropolitan Area

## Summary

Experienced DevOps & Cloud Native developer with a demonstrated history of working in the financial services industry. Skilled in Kubernetes, Docker, OpenShift and public cloud infrastructures. An Open Source Software enthusiast and writer.

---

## Experience

**Oracle**
Principal SRE
September 2022 - Present (2 years 11 months)
Austin, Texas, United States

**BlackRock**
6 years 1 month

Vice President | Lead SRE
June 2019 - September 2022 (3 years 4 months)
San Francisco, California, United States

Responsible for delivering the architecture for an opinionated Authentication and Authorization platform for the Aladdin APIs that are exposed to end clients of Aladdin.

Responsible for delivering Multi-tenant solutions for the Kubernetes Clusters at BlackRock at the enterprise level in a more secure and scalable way thus reducing the cost of operating multiple clusters and ending well know phenomena of the clusters sprawl.

Responsible for architecting and delivering the "Zero-to-kubeconfig on day-0" solution to the development teams to embark on the enterprise Kubernetes clusters at BlackRock with out-of-the-box features like CI/CD via GitOps, Metrics, Monitoring, Observability, etc., with opt-in mechanism using annotations.

Also leading the Inclusive Language Council at BlackRock where the "Inclusivity" is brought into code by eliminating the non-inclusive language.

Also responsible for supporting the operations team to maintain and identify the risk of workloads deployed on the deprecated APIs in the Kubernetes Cluster.

Additionally, focusing on the cloud-native developer experience to bring in the standard and impartial developer experience for container-native developers across various operating systems. Aiming to utilize the vCluster to provision virtual clusters, kaniko and other tools for a VDI/ thin client users.

Associate
February 2017 - June 2019 (2 years 5 months)
San Francisco, California, United States

Responsible for delivering the complete container-native solution for the Self-Servicing Data Platform to the quantitative researchers.

The platform aims to serve data to the research community at BlackRock, focusing on the data delivery and enhanced data discovery by indexing the metadata about the data programmatically into a cataloging solution built-in, providing an in-house data index with search capability. The platform also takes care of the data Authentication and Authorization and provides the proper access.

Along with the discovery and delivery aspect, the platform offers the capability to bring market research data into BlackRock and creates a virtual data lake across vendor data and Aladdin Data to the quantitative researchers.

Thus solving the problem of Data Discovery, Data Advertising, and Data Delivery BlackRock's quantitative research could be able to see the data usage and cut down the cost of duplicated vendor contracts.

Responsible for maintaining the stability of the OpenShift Container Platform (OCP), a RedHat's distro of Kubernetes in the Development Environment for BlackRock.

Responsible for pioneering container-native solutions for various teams at BlackRock.

Associate

September 2016 - January 2017 (5 months)
San Francisco, California, United States

Responsible for delivering PICKET(Process Integration Control Kit and Execution Tool), a metadata-driven platform that serves as a one-stop solution for integrating all workflows, processes, and data and acts as a single to provide lineage, monitor execution, control them, subscribe to notifications and provide a unified reporting.

Works on the controller-agent model and uses the protobuff for seamless integration with all agents.

Toyota North America
Senior Associate
May 2016 - September 2016 (5 months)
Greater Los Angeles Area

Responsible for delivering a new platform for managing and designing the accessories to Toyota's Corporate Accessory Department (CAD).

Additionally, I was a tech lead for improvising the performance of the CAD's existing accessories portal, which was designed with JSF and had complex tree mappings at multiple levels.

Northern Trust Corporation
4 years 3 months

Systems Engineer Development | Onsite Coordinator
May 2015 - April 2016 (1 year)
Greater Chicago Area

Managed multiple projects in parallel through on-shore/off-shore model. Accountable for Architecture, Design, development & deployment, and delivery of Private Equity Desktop, Investment Operations Outsourcing(Bank Loan) platforms.

I was also responsible for designing the "Audit Request" tool for the Private Equity Desktop, which incorporates the entire workflow of auditing, flagging, resolving, and tracing capabilities.

Additionally, was in charge of the batch orchestration in the IOO platform for Bank Loans.

Systems Engineer Development | Onsite Coordinator
June 2014 - May 2015 (1 year)

Chicago, Illinois, United States

Responsible for the development of the "Cash Distribution" platform and also as Onsite Project-Coordinator late in the project.

Cash Distribution in Northern Trust is to provide the dividend of the investment to the stakeholders in the form of Cash. The instruction from the investors on what the breakup should be will arrive at Cash Distribution in the form of "Expected Cash Trade". This will be processed to kick start all the automation processes.

This has sped up the process of providing dividends to investors in a robust way.

I also served as an Onsite Coordinator for the project after moving to Chicago in March 2015.

Gained experience as an Onsite Coordinator managing two teams in different geographies and engaged with stakeholders/users of the platform directly.

Systems Engineer Development | Tech Lead
August 2013 - June 2014 (11 months)
Chennai, Tamil Nadu, India

Responsible for a team of three to enhance the Private Equity Desktop (an internal platform for private equity asset servicing) to add the new functionality for "Capital Call Execution".

This functionality eliminates the manual work and enhances the system by automating the business process and trade processing. The trades in XML format from upstream will be processed in high volumes and interacts with multiple systems and workflows cutting through multiple teams.

Gained experience as a tech-lead to a team of three and hands-on with Java, J2EE, Struts, Spring, Hibernate, JSP, Web services, WebLogic, Oracle 10g, JavaScript, JQuery, TFS, Apache Ant.

Systems Engineer Development
January 2013 - August 2013 (8 months)
Chennai, Tamil Nadu, India

Responsible for delivering an end-to-end platform called "File Extract" for extracting the non-structured data that are uploaded by the London users of

GPA to automate and speed up the workflow for the time-sensitive processes of APAC Clients. Executed the complete project based on the TDD model.

Provided the on-screen report combining data from various systems, created sharable reports using Jasper Tool,

Gained hands-on experience with J2EE, Spring, Struts, Hibernate, JSP, Oracle 10g, POI Frameworks, Jasper, Weblogic, Rapid SQL, Eclipse IDE.

## Assistant Systems Engineer Development
July 2012 - January 2013 (7 months)
Chennai, Tamil Nadu, India

Responsible for a reconciliation project for the "Global Platform for London Alternatives" tool which is an Arch11 application and is mainly designed for its London users. The London user statements will be arriving and should pass certain stages. Each stage has its own functionality like reminding the client about their pending funds, instructions, and so on.

Designed a robust batch orchestrator to make the document move to history once all the stages have been passed.

Gained hands-on experience with Java, J2EE, Hibernate, Struts, Spring, Weblogic, Oracle 10g, Jasper Reports, RapidSQL

## Assistant Systems Engineer Development
February 2012 - July 2012 (6 months)
Chennai Area, India

Responsible for developing multiple modules and unit tests of the "Global Treasury Management" application.

Gained hands-on experience in Java, Struts. JDBC, Oracle 10g, AJAX Query

---

# Education

### K.S.Rangasamy College of Technology
Bachelor's degree, Computer Science · (2007 - 2011)