# Exhibit 12

## Contact

www.linkedin.com/in/gregory-v-king-oracle (LinkedIn)
www.youtube.com/user/PoorFrodo (Personal)
www.oracle.com/technetwork/server-storage/vm/overview/index.html (Company)
blogs.oracle.com/PoorFrodo/ (Blog)

## Top Skills

Product Management
Product Design
Product Marketing

## Languages

English

## Certifications

Cloud Architecture: Design Decisions

## Publications

Oracle VM 3: Quick Start Guide

Oracle VM 3: Looking "Under the Hood" at Networking in Oracle VM Server for x86

Oracle VM 3: Installing and Enabling Oracle Site Guard for DR with Oracle VM and Private Cloud Appliance

Oracle VM 3: Installing and Configuring EMC PowerPath

Oracle VM 3: Disaster recovery video interview

# Gregory King

Senior Principal Product Manager
Littleton, Colorado, United States

## Summary

My excitement for high availability, disaster recovery and mission critical computing has drawn me back into product management where my passion for business continuity can be exercised.

Oracle Full Stack Disaster Recovery Service is a Disaster Recovery as a Service (DRaaS) built from the ground up for Oracle Cloud Infrastructure

Recruiters:

I am very happy where I am and not looking for job opportunities or financial advice.

─────

## Experience

Oracle
21 years 9 months

Senior Principal Product Manager for OCI Full Stack DR
July 2024 - Present (1 year 1 month)
Colorado, United States

DR as a Service (DRaaS) for Oracle Cloud Infrastructure

Principal Product Manager for OCI Full Stack DR
May 2022 - July 2024 (2 years 3 months)
Colorado, United States

DR as a Service (DRaaS) for Oracle Cloud Infrastructure

Software Development Manager
February 2020 - May 2022 (2 years 4 months)
Broomfield, Colorado, United States

I managed a team of very talented, dedicated sustaining developers fixing bugs and adding new features to Oracle Linux Virtualization Manager (OLVM) and Oracle Private Cloud Appliance (PCA/PCC)

### Principal Software Engineer for Oracle virtualization
June 2019 - February 2020 (9 months)
Broomfield, Colorado

I worked with a small team of software engineers specializing in Oracle VM as well as Oracle Linux Virtualization Manager and Oracle Private Cloud Appliance.

### Senior Software Engineer for Oracle virtualization
February 2017 - June 2019 (2 years 5 months)
Denver, Colorado

Specializing in Oracle VM as well as Oracle Private Cloud Appliance

### Principal Product Manager for Oracle VM
March 2011 - February 2017 (6 years)
Denver, Colorado

Gregory King joined the Oracle VM product management team as a senior best practices technical consultant specializing in Oracle VM Server.  Mr. King has a significant amount of hands-on experience with high availability, networking, storage and storage networking including SAN boot technology and server automation in production data centers since 1993.  Mr. King's primary responsibility with the team is to develop and document integration solutions including best practices as well as foster a deeper understanding of the inner workings of Oracle VM with the goal of helping people become more successful with the product.

Mr. King is also responsible for all inbound and outbound activities associated with product development for Oracle VM disaster recovery using Oracle Site Guard for both standard Oracle VM as well as the Private Cloud Appliance. This role spans planning and coordinating all aspects of the product life cycle including product direction, feature enhancements, product documentation, promotion and socializing the product world wide.

### Senior Systems Administrator, Global Information Technology
November 2003 - March 2011 (7 years 5 months)
Colorado Springs & Denver

Gregory King first joined Oracle as a senior Unix systems administrator with the Global Information Technology organization; GIT was charged with production data center operations worldwide.  Greg was brought on to work with the great and powerful Yoda managing the EMC Symmetrix and Celerra storage environment along with what production HP-UX servers remained at the time.

Mr. King eventually had the pleasure of helping manage servers and systems for the Customer Environment Lab with the equally great and powerful Eeyore where he was responsible for managing a broad swath of operating systems including HP-UX (PA-RISC & Itanium), AIX, RedHat Linux, Oracle Linux, Tru64 & Solaris.  Greg specialized in storage networking, documenting best practices and procedures as well as developing automated server provisioning using a variety of tools including SAN boot, kickstart and Ignite/UX

## DIS Research, Ltd.
### Senior Practice Director in Professional Services
July 1999 - July 2001 (2 years 1 month)
Manhattan, New York

My primary responsibilities at this Hewlett-Packard channel partner were focused on creating, pricing, positioning and promoting value based, reusable packaged professional service offerings.  I was also responsible for the timing and execution of nationwide product roll outs including coordinated efforts with the marketing staff, training professional service consultants and developing business with the national sales force.

My areas of expertise included mission critical computing as well as the storage, storage networking and backup/recovery practices.  I developed a suite of professional service offerings and custom applications for high availability and business continuance solutions using standard products from Hewlett-Packard which I branded as SentinelTools.  The storage networking and storage related service offerings were branded as SentinelStore.

I also worked closely with the sales force to develop incremental business with new and existing major accounts including contract negotiation and acquisition.  I was also responsible for resolving escalated customer issues surrounding the execution of any of the professional services related to my practices.

## Bloomfield Computing Solutions (Logical USA)
### Professional Services Manager
March 1998 - July 1999 (1 year 5 months)
Denver, Colorado

I was responsible for managing a small group of professional services consultants at this Hewlett-Packard channel partner for the western region.  We were entirely focused on the design and implementation of MC/

ServiceGuard, HP OpenView IT Operations and IT Administrator for all customers west of the Mississippi.

I was also involved in pre-sales efforts, writing contracts and the development of a custom application for MC/ServiceGuard to build and deploy custom MC/ServiceGuard packages in minutes instead of hours or days.

Excel Professional Services
Professional Services Consultant
February 1996 - March 1998 (2 years 2 months)
Denver, Colorado

I specialized exclusively in the design and implementation of MC/ServiceGuard.  I was subcontracted to a wide variety of other professional services companies on a short term basis including Hewlett-Packard's professional services organization.

I spent a significant amount of time with HP's PSO engaged with a wide variety of customers.  This was a very fun job since my sole purpose was to engage with very angry customers nationwide, placate the situation and then redesign and re-implement MC/ServiceGuard.

———

# Education

CU Denver
MS Enterprise Technology Management (in progress), Information Technology · (2010 - 2013)