# Exhibit 14

| Oracle Blogs



### Gregory King

Senior principal product manager for OCI Full Stack Disaster Recovery

I have been speicializing in high availability & disaster recovery since 1996. I also have a systems and storage administration/networking background and worked in various roles including 8 years in production systems administration and IT operations here at Oracle.   I began my product management experience with Oracle VM in 2011, including a brief stint as software devloper in virtualization for 5 years, returning to product management in time to launch Full Stack DR October 2022.

Show less

      

# Recent Blogs



### Full Stack DR News for May 2025: Custom prechecks, reserved public ...

The latest Full Stack Disaster Recovery feature enhancements released during the last week of April 2025. Includes a quick rundown of new features for reserved public IPs, support for customer managed keys, custom user-defined prechecks and other anticipated capabilities.

May 7, 2025, 12:00 PM



### Announcing Fully Automated Disaster Recovery for Oracle Kubernetes ...

Fully Automated OCI Cloud Native Disaster Recovery for Oracle Kubernetes Engine using OCI Full Stack Disaster Recovery

March 26, 2025, 1:00 AM



### Full Stack DR: Greatest Hits in 2024

We added significant enhancements and accomplished some important milestones over the 2024 calendar year that make Oracle Cloud Infrastructure (OCI) Full Stack Disaster Recovery (Full Stack DR) even easier to use and more cost effective.

January 28, 2025, 5:00 AM



### Full Stack Disaster Recovery adds enhanced DR Plan management

Full Stack DR adds enhanced DR plan management that automatically updates DR Plans after adding or removing member resources to or from DR Protection Groups.

January 7, 2025, 1:00 AM



### Easily see and manage Full Stack DR from Autonomous Database and OCI ...

A look at how Autonomous Database and OCI Compute services improve customer experience by embedding Full Stack Disaster Recovery within their resource pages in the OCI console

November 21, 2024, 1:00 AM

View more +

# Receive the latest blog updates

Subscribe to Oracle Connect email updates ✉

**Resources for**

- About
- Careers
- Developers
- Investors
- Partners
- Startups

**Why Oracle**

- Analyst Reports
- Best CRM
- Cloud Economics
- Corporate Responsibility
- Diversity and Inclusion
- Security Practices

**Learn**

- What is Customer Service?
- What is ERP?
- What is Marketing Automation?
- What is Procurement?
- What is Talent Management?
- What is VM?

**What's New**

- Try Oracle Cloud Free Tier
- Oracle Sustainability
- Oracle COVID-19 Response
- Oracle and SailGP
- Oracle and Premier League
- Oracle and Red Bull Racing Honda

**Contact Us**

- US Sales 1.800.633.0738
- How can we help?
- Subscribe to Oracle Content
- Try Oracle Cloud Free Tier
- Events
- News

© 2025 Oracle    Privacy  / Do Not Sell My Info    Cookie Preferences    Ad Choices    Careers