# Exhibit 15

## Contact

www.linkedin.com/in/olga-gupalo
(LinkedIn)

## Languages

Russian (Native or Bilingual)
Ukrainian (Native or Bilingual)
French (Limited Working)
English (Full Professional)

# Olga Gupalo

Principal Technical Writer at GraalVM, Oracle
Lviv, Lviv, Ukraine

## Experience

Oracle
7 years 11 months

Principal Technical Writer
September 2022 - Present (2 years 11 months)

Senior Technical Writer
December 2020 - September 2022 (1 year 10 months)
Lviv, Ukraine

The project website maintainer which involves manual usability testing,
providing online content, creating user-facing pages.
Maintain the existing and create new features documentation for a project.
Responsible for documentation accessibility (Oracle's accessibility program).

Content management through different publishing systems.
Involved in marketing activities to optimize the user experience.
Participate in DevRel activities, as producing public content
social media campaigns, participation in off-site/online events.

Member Of Technical Staff
September 2017 - December 2020 (3 years 4 months)
Ukraine

Lviv State University of Physical Culture
6 years

Language Teacher
August 2012 - July 2018 (6 years)
Lviv, Ukraine

English and French language teacher at Lviv State University of Physical
Culture, Department of Foreign Languages

Teaching Assistant
January 2013 - June 2014 (1 year 6 months)
Lviv, Ukraine

Teaching assistant at Ivan Franko National University, Department of English
Philology

TemplateMonster.com
Technical Support Operator & General Assistant
July 2014 - September 2017 (3 years 3 months)
Lviv, Ukraine

The position required communication with clients in English & French through chats, tickets, phone. The main duties included providing assistance in setting up static websites (HTML 5), landing pages, blogging platforms (Joomla, Wordpress, Drupal) or online shops (WooCommerce, Shopify, Prestashop) from scratch, and helping clients with further customisation services. Other duty was to prepare technical guides and videos to enrich learning library for customers.

---

## Education

Ivan Franko National University of Lviv
Master's degree, Foreign Languages, Literatures, and Linguistics · (2007 - 2012)