# Exhibit 17

## Contact

www.linkedin.com/in/austin-hinckley-b2780b138 (LinkedIn)

## Top Skills

Docker
Solr
Cascading Style Sheets (CSS)

# Austin Hinckley

Senior Software Engineer at Oracle
Overland Park, Kansas, United States

## Experience

**Oracle**
2 years 10 months

Senior Software Engineer - Service Platform
March 2024 - Present (1 year 5 months)
Kansas City, Missouri, United States

Platform engineer supporting a platform of 300+ Java microservices deployed on Kubernetes in the healthcare space, which involves:
• Traffic management enhancements such as JDBC connection pooling, QoS, and API gateway bulkheads
• Ruby scripting to automate and validate service configuration across multiple environments and geographic regions
• Java/Maven dependency management to perform upgrades, fix vulnerabilities, and address compatibility issues without requiring duplicate work from service teams
• Cloud Native build and deployment tooling that utilizes Jenkins, Docker, Helm Charts, and Spinnaker
• Service platform onboarding to Oracle Cloud Infrastructure (Oracle Kubernetes Engine) to improve performance and integration capabilities
• On-call rotation to troubleshoot issues and answer questions from service owners and consumers
• Extensive collaboration within and outside the team in a DevOps-style culture alongside code reviews and other Agile ceremonies

Software Engineer III - Service Platform
October 2022 - February 2024 (1 year 5 months)
Kansas City, Missouri, United States

**Cerner Corporation**
5 years 3 months

Software Engineer III - Service Platform
April 2022 - September 2022 (6 months)
Kansas City, Missouri, United States

Software Engineer III - Marketing
February 2021 - March 2022 (1 year 2 months)

Kansas City, Missouri, United States

Software engineer in an Agile environment that focused on supporting Cerner marketing teams, which included the following:

• Full-stack web development (.NET MVC, JavaScript, CSS) to implement components for Cerner's public-facing website as part of a redesign

• Customizing the Sitecore content management system to enable marketing teams to use new components and update website content more easily

• Developing automated ETL processes using Microsoft Azure (Functions, Databricks, Data Factory) to provide consolidated reports to marketing teams for ingestion into PowerBI

• Implementing website integrations such as Solr search, Salesforce contact forms, Google Analytics, and OneTrust cookie policy

• Incorporating automated unit tests and Selenium tests in new and existing website features

• Collaborating extensively with designers, product managers, and other engineers through code reviews, design discussions, and Agile ceremonies

### Software Engineer II - Marketing
September 2018 - February 2021 (2 years 6 months)
Kansas City, Missouri, United States

### Software Engineer I - Marketing
July 2017 - September 2018 (1 year 3 months)
Kansas City, Missouri Area

## Missouri State University
Web Developer
November 2015 - May 2017 (1 year 7 months)
Springfield, Missouri Area

Full-stack web development as a student, which involved:

• Implementing new features and designs for the university website and internal legacy applications (.NET, JavaScript, CSS)

• Recreating existing website features for new sites in WordPress (PHP) via custom widgets and themes

• Migrating the university search application to a new search platform (Elasticsearch, .NET MVC, JavaScript)

• Updating campus shuttle routes by exporting coordinates from Google Earth and importing into a SQL database

## University of North Carolina at Charlotte
Summer Research Intern

June 2016 - July 2016 (2 months)
Charlotte, North Carolina, United States

Research Experience for Undergraduates (REU) program for the Video and Image Analysis lab, which involved:
• Research and weekly presentations on Computer Vision techniques to efficiently detect and track objects in video
• Experimenting with those techniques by writing C++ programs, then using cheap hardware (Raspberry Pi's on Linux) to capture images/video and run the programs

---

## Education

### Missouri State University
Bachelor of Science (BS), Computer Science · (2013 - 2017)