# Exhibit 18

## Contact

www.linkedin.com/in/mark-hura (LinkedIn)

# Mark Hura

Executive Vice President & General Manager, Oracle North America
Westlake, Ohio, United States

## Summary

I have the privilege of leading Oracle's North America Cloud and Technology business, including cloud infrastructure, technology licenses, and converged infrastructure hardware. I believe in fostering a collaborative One Oracle culture that puts our customers first and allows us to work together to help them meet and exceed their goals.

I started my career at GE in the Energy business, where I focused on helping the Utilities Industry meet operational efficiencies and customer expectations while improving the overall customer experience with technology, infrastructure and software solutions. It's where I learned first-hand the critical importance of having the right software and technology services to support digital transformation. I take pride in partnering with our customers to help them in their digital transformation journeys and overall experience with Oracle to get the best business results and outcomes possible.

As a leader, I encourage my team to be curious, collaborative, passionate for what they do, and prioritize what is important to them. For me, that means creating the vision and delivering growth in one of Oracle's most strategic areas, while spending meaningful time with my wife and four children.  As a family, we are active supporters of multiple charities related to children's health.  We volunteer with Deck My Room, a philanthropy dedicated to making hospital rooms more welcoming and personalized for children in long-term care.

---

## Experience

Oracle
11 years 8 months

Executive Vice President & General Manager, Oracle North America
June 2025 - Present (2 months)

Page 1 of 3

Executive Vice President, North America Cloud Infrastructure & Technology
June 2021 - Present (4 years 2 months)

Senior Vice President, North America Cloud Infrastructure
June 2020 - May 2021 (1 year)

Senior Vice President, North America Technology
June 2019 - May 2020 (1 year)

Senior Vice President, Utilities Global Business Unit, Global Sales, Consulting & Partners
June 2018 - May 2019 (1 year)

Group Vice President, Utilities Global Business Unit, Global Sales, Pre-Sales, Partners
December 2013 - May 2018 (4 years 6 months)

GE Power

16 years 6 months

General Manager Sales, North America - Digital Energy
April 2012 - November 2013 (1 year 8 months)

Global Sales Leader - Smart Grid
April 2009 - March 2012 (3 years)

Global Sales and Marketing Leader, Transmission & Distribution
February 2007 - April 2009 (2 years 3 months)

Global Sales Leader, Energy Rentals
January 2006 - February 2007 (1 year 2 months)

Regional Sales Director, Transmission & Distribution
January 2004 - December 2005 (2 years)

District Sales Manager, Industrial Systems
June 2003 - January 2004 (8 months)

Six Sigma Black Belt, Industrial Systems
December 2001 - June 2003 (1 year 7 months)

Account Manager, Industrial Systems
June 1997 - December 2001 (4 years 7 months)

## Education

### University of Connecticut

Bachelor of Science - BS, Electrical Engineering · (August 1992 - May 1997)