# Exhibit 19



# Oracle Leadership

## Executive Leaders



**Lawrence J. Ellison**

Chairman of the Board and Chief Technology Officer

Read Larry's bio



**Safra A. Catz**

Chief Executive Officer

Read Safra's bio



**T.K. Anand**

Executive Vice President, Healthcare and Analytics

Read T.K.'s bio



**Colleen Cassity**

Global Head of Oracle Social Impact, Executive Director of the Oracle Education Foundation

Read Colleen's bio



**Jae Evans**



**Evan Goldberg**



**Mark Hura**

**Mary Ann Davidson**
Chief Security Officer

Global Chief Information Officer and Executive Vice President

Executive Vice President, Oracle NetSuite

Executive Vice President, North America Cloud Infrastructure

Read Jae's bio

Read Evan's bio

Read Mark's bio

Read Mary Ann's bio


**Garrett Ilg**
Executive Vice President, Japan and Asia Pacific


**Rod Johnson**
Executive Vice President, Cloud Applications, North America


**Juan C. Jones**
Executive Vice President, Global Support Renewals


**Doug Kehring**
Executive Vice President, Head of Operations

Read Garrett's bio

Read Rod's bio

Read Juan's bio

Read Doug's bio


**Stuart Levey**
Executive Vice President and Chief Legal Officer


**Juan Loaiza**
Executive Vice President, Oracle Database Technologies


**Kim Lynch**
Executive Vice President, Government Defense and Intelligence


**Clay Magouyrk**
Executive Vice President, Oracle Cloud Infrastructure Development

Read Stuart's bio

Read Juan's bio

Read Kim's bio

Read Clay's bio


**Jason Maynard**
Executive Vice President, Revenue Operations


**Luiz Meisler**
Executive Vice President, Latin America


**Gary Miller**
Customer Success Officer and Executive Vice President, Oracle Customer Success Services


**Steve Miranda**
Executive Vice President, Oracle Applications Development

Read Jason's bio

Read Luiz's bio

Read Gary's bio

Read Steve's bio



### Edward Screven
Executive Vice President, Chief Corporate Architect



### Mike Sicilia
Executive Vice President, Oracle Global Industries



### Maria Smith
Executive Vice President and Chief Accounting Officer



### Richard Smith
Executive Vice President, Technology, Europe, Middle East, and Africa

Read Edward's bio

Read Mike's bio

Read Maria's bio

Read Richard's bio



### Maz Songerwala
Senior Vice President, Oracle Applications Service Experience



### Matt Stirrup
Executive Vice President, Global Business Finance



### Jonathan Tikochinsky
Executive Vice President, Oracle Strategic Initiatives Group



### Seema Verma
Executive Vice President and General Manager, Oracle Health and Life Sciences

Read Maz's bio

Read Matt's bio

Read Jonathan's bio

Read Seema's bio



### Traci Wade
Group Vice President and Global Head of Culture and Inclusion



### Cormac Watters
Executive Vice President, Applications, Europe, Middle East, and Africa



### Joyce Westerdahl
Executive Vice President, Human Resources

Read Traci's bio

Read Cormac's bio

Read Joyce's bio

| Recursos para | Por qué usar Oracle | Aprendizaje | Noticias y eventos | Contáctanos |
|---|---|---|---|---|
| Oportunidades profesionales | Informes de analistas | ¿Qué es una nube soberana? | Noticias | 🇺🇸 US Sales: +1.800.633.0738 (US) |
| Desarrolladores | El mejor ERP basado en la nube | ¿Qué es la seguridad de confianza cero? | Oracle CloudWorld | Ventas: +57 60 1 611 6734 |
| Inversionistas | Economía de la nube | Cómo la IA transforma las finanzas | Oracle CloudWorld Tour | ¿Cómo podemos ayudarlo? |
| Socios | Impacto social | ¿Qué es una base de datos vectorial? | Oracle Health Summit | Suscríbase a los correos electrónicos |
| Investigadores | Cultura e inclusión | ¿Qué quiere decir multicloud? | Oracle Dev Tour | Línea de ayuda de integridad |
| Estudiantes y educadores | Prácticas de seguridad | ¿Qué son los agentes de IA? | Eventos | Accesibilidad |

© 2025 Oracle    |    Términos de uso y privacidad    Cookie Preferences    Opciones para los anuncios    Oportunidades profesionales

