# Exhibit 20

## Contact

www.linkedin.com/in/kailasj (LinkedIn)

## Top Skills

Software as a Service (SaaS)
Cloud Computing
Virtualization

## Languages

Hindi
Marathi
English

# Kailas Jawadekar

Director Product Management | Product Marketing @ Oracle | MBA, Cloud Computing

Austin, Texas, United States

## Summary

With over twenty years of work experience in product management, product marketing, business development, and solutions management, I am passionate about creating and delivering innovative solutions that address the needs and challenges of customers in the cloud computing, telecom, and data center markets. As the Director of Product Management at Oracle, I lead the product management/marketing efforts for Oracle's Arm platform, helping shape the future of the cloud-native software ecosystem for Arm-based compute platforms. I hold an MBA from the University of Florida and a Postgraduate Program in AI for Leaders from the University of Texas at Austin, and I am always eager to learn new skills and technologies that can enhance my performance and impact.

In my current role, I am responsible for conceiving and developing marketing campaigns, strategies, and driving internal product improvements to accelerate the adoption of Oracle's Arm offerings. I work closely with internal and external stakeholders, including engineering, sales, partners, and customers, to understand their requirements, expectations, and feedback, and to communicate the value proposition and differentiation of Oracle's Arm solutions. I leverage my skills in cloud computing, SaaS, software development, and AI to create compelling and engaging content, presentations, demos, and case studies that showcase the benefits and features of Oracle's Arm platform. I also monitor and analyze the market trends, competitive landscape, and customer behavior, and use the insights to inform and optimize the product marketing strategy and roadmap.

_____

## Experience

Oracle
3 years 2 months

Director of Product Marketing - Developer Marketing at OCI
February 2024 - Present (1 year 6 months)
Austin, Texas Metropolitan Area

Director Product Management | Product Marketing - Arm
June 2022 - February 2024 (1 year 9 months)
Austin, Texas Metropolitan Area

Helping shape the future of Oracle's Arm platform. Responsible for conceiving and developing marketing campaigns, strategies and driving internal product improvements to accelerate the adoption of Oracle's Arm offerings.

Arm
Strategic Alliances | Business Development | Solutions Management
December 2020 - June 2022 (1 year 7 months)

Experienced Business Development and Solutions Management professional focused on growing Arm infrastructure market share for hyperscalers, data center and Telco operators by driving Cloud Native Software Ecosystem for Arm Neoverse based platforms.

Dell EMC
Principal Product Manager |  Telecom Service Providers
July 2016 - December 2020 (4 years 6 months)

Principal Product Manager responsible for the development of Service Provider focused Compute HW products and solutions for virtual and cloud native infrastructure for Service Providers from Core to Edge. Solutions consist of Dell Technologies enterprise hardware and software assets, services and third-party offerings from various technology partners with a distinct value proposition.

Focused on helping service providers transform the way they architect, design, build, implement and operate their networks with solutions involving Software Defined Networking (SDN), Network Function Virtualization (NFV), Edge Computing, Video Transcoding/CDN, Data-driven Automation, Analytics and Service Assurance.

Responsibilities:

• Driving Dell EMC Telco Edge Compute roadmap including Computer HW, Accelerators, OSs, Certifications, etc. Developed business cases for new concepts: opportunity size, financial impacts by BU, market share, cost of sales, profitability expectations. Specifying Service Provider market

requirements for current and future products by conducting market research supported by intimate knowledge of customers/prospects.

• Driving Telco Edge virtualization and cloud native solutions roadmap with Telco partners such as Red Hat, VMware, Altiostar, Affirmed, etc. Drove collaborative solution development with our partners at RedHat, Altiostar, NEC and Netcracker to successfully define, validate, and build a reusable reference architecture for Open vRAN. Currently working on the next generation version of this architecture on Red Hat OpenShift as well as developing a VMware Tanzu based solution. Evaluated various accelerator options such as Intel FPGAs, eASICs, Xilinx FPGAs and NVIDIA GPUs for Forward Error Correction (FEC) or Fronthaul processing and Sync/Time NICs from Intel/Silicom for Open vRAN.

• Developing go-to-market plans including positioning and sales motion to enable market adoption of the roadmap and work with all relevant teams to ensure execution.

Citrix
3 years 3 months

Principal Product Marketing Manager - Cloud Services
May 2013 - July 2016 (3 years 3 months)

Principal Product Marketing Manager focused on positioning Citrix as the go-to leader for any organization looking to improve business productivity with cloud-based management and secure delivery of apps and data.

Responsible for driving the adoption and success of Citrix's cloud product portfolio and solutions through key programs, content, thought leadership, sales collateral, and communications to sales, partners, and service providers.

Key Responsibilities include:
Develop messaging and product positioning of Citrix Cloud products and solutions portfolio to worldwide Citrix sales teams, channel partners, enterprise customers and service provider customers

Plan and program manage product launches, go-to-market activities, sales trainings and demand
generation programs. Assess and report the launch readiness and work with Corporate Marketing and Sales team to drive product launch and campaign execution.

Create and manage the production of collateral to highlight benefit of Citrix Cloud products and solutions both horizontally for general customer education, as well as within particular vertical markets or industry segments. Examples include solutions briefs, case studies, white papers, customer presentations, videos, blogs, wikis and webcasts.

Assess go-to-market requirements, establishing market awareness plans and strategies, producing sales enablement tools and marketing collateral.

Own and maintain current information about competitive offerings and ongoing competitive positioning.

Work closely with key marketing stakeholders (product management, field marketing, marketing communications, business development, etc.) to package and promote the collateral to ensure it is effectively delivered to key stakeholders and global sales force.

### Sr. Product Marketing Manager - Cloud Platforms
May 2013 - October 2014 (1 year 6 months)

Sr. Product Marketing Manager focused on positioning Citrix as the go to leader for any organization looking to build, manage and deploy cloud infrastructure and solutions.

### Dell
3 years 7 months

### Marketing Manager - Converged Infrastructure, Cloud, and workloads
March 2011 - May 2013 (2 years 3 months)

Product Marketing Manager with global responsibilities for enabling the selling of Dell's portfolio of Converged Infrastructure Solutions, Cloud, and application workloads on Dell Converged Infrastructure solutions - VDI, Unified Communications and Collaboration, SAP HANA, etc.

Key responsibilities include:
Promote differentiated value propositions to the market and by providing Dell's business units with the right sales and marketing assets and support.

Development of marketing assets such as whitepapers, ROI/TCO tools, videos, sales training materials, and marketing claims, and proof points.

Internal and external evangelism of Dell's Converged Infrastructure solutions and workloads, through  customer presentations, support of events and webinars, and social media channels such as Chatter, Twitter, and blogs.

Enablement of the next generation compute solutions sales  organizations through training, direct field support, and marketing programs.

Drive the launch of new products and solutions.

Key aggregation point for customers' and sales' feedback on Dell's Converged Infrastructure, Cloud, and workloads offerings.

Solutions Engineer Sr. Consultant
November 2009 - February 2011 (1 year 4 months)

Citrix Systems
Sr Software Engr.
2002 - December 2009 (7 years)

Microsoft Corp.
Software Engineer Consultant
2000 - 2001 (1 year)

Ruksun Software Technologies
Software Engineer
1998 - 1999 (1 year)

---

## Education

University of Florida - Warrington College of Business
Master of Business Administration - MBA

Savitribai Phule Pune University
Bachelor of Engineering, Electronics and Telecom.

University of Florida
MBA

The University of Texas at Austin
Postgraduate Program in AI for Leaders  · (May 2022)