# Exhibit 21

Oracle Cloud Infrastructure Blog

# Oracle Cloud Infrastructure Blog

Follow:   

Developer Tools and Solutions, Product News

# Introducing the best platform for AI workloads – OCI Kubernetes Engine (OKE)

September 10, 2024 | 2 minute read


**Kailas Jawadekar**
Director of Product Marketing

The technology landscape is undergoing a transformation with rapid advancements in AI. Our customers are taking advantage of Oracle AI Services, deploying sophisticated models on our flexible, cost-effective, and high-performance infrastructure. We're seeing an uptick in the adoption of our managed Kubernetes platform, now called the Oracle Cloud Infrastructure (OCI) Kubernetes Engine (OKE) for the deployment of training and inferencing workloads.

Today, we're sharing some updates to OKE to further enable our customers to meet the demands of their AI and machine learning (ML) workloads.

## Why OKE for your AI and enterprise workloads

OKE offers the following features and benefits:

- **Optimized for AI workloads:** OKE offers built-in observability and health checks for your container environments with the capability to track current and historical RDMA and GPU errors to improve operability for customers using GPUs.
- **Ubuntu support:** Ubuntu is one of the most popular Linux distributions and has become the standard OS for customers running GPU workloads. OKE is adding Ubuntu images to the list of supported images for worker nodes.
- **A comprehensive platform:** OKE is enhanced by a comprehensive suite of cloud-native services tailored for running AI workloads. Build and test images with OCI DevOps, deploy from Container Registry, integrate with Autonomous Database, and more.
- **OKE supports a broad array of AI infrastructure:** OCI AI infrastructure delivers the highest-tier performance and value for AI workloads, including inferencing, training, and AI assistants.
- **Security by design:** OKE with Oracle Cloud Guard is designed to provide a secure and governed container runtime environment giving customers the ability for the automated enforcement of security policies, identification of container-level security problems, and faster remediation.

OKE is a trusted platform, deployed to scale and supports many of our largest customers. Many of Oracle's AI services run on OKE today, and thousands of our customers use millions of GPU and CPU cores on OKE.

## Learn more

This post offers just a snapshot. The new OKE has so many more new features and enhancements than we can list in this blog. To learn more, see the following resources:

- OCI Kubernetes Engine
- OKE documentation
- AI Resource Hub
- Get started with OCI today with our Oracle Cloud Free Trial


**Kailas Jawadekar**
Director of Product Marketing





< Previous Post

**OCI Database with PostgreSQL release new features**

Mike Sorola | 2 min read

Next Post >

**First Principles: Robust data breach protection with Zero Trust Packet Routing**

Pradeep Vincent | 13 min read

**Resources for**
- About
- Careers
- Developers
- Investors
- Partners
- Startups

**Why Oracle**
- Analyst Reports
- Best CRM
- Cloud Economics
- Corporate Responsibility
- Diversity and Inclusion
- Security Practices

**Learn**
- What is Customer Service?
- What is ERP?
- What is Marketing Automation?
- What is Procurement?
- What is Talent Management?
- What is VM?

**What's New**
- Try Oracle Cloud Free Tier
- Oracle Sustainability
- Oracle COVID-19 Response
- Oracle and SailGP
- Oracle and Premier League
- Oracle and Red Bull Racing Honda

**Contact Us**
- US Sales 1.800.633.0738
- How can we help?
- Subscribe to Oracle Content
- Try Oracle Cloud Free Tier
- Events
- News

© 2025 Oracle    Privacy  /  Do Not Sell My Info    Cookie Preferences    Ad Choices    Careers