# Exhibit 22

# Rod Johnson

EVP, Applications North America at Oracle
New York City Metropolitan Area

## Contact

www.linkedin.com/in/rod-johnson-684471 (LinkedIn)
www.oracle.com (Company)

## Top Skills

Cloud Computing
Enterprise Software
SaaS

## Summary

My mission is to understand the complex challenges of our clients and find the best solutions to help them become more agile, resilient, and innovative.

This statement may seem straightforward enough, but it's built on specific expertise built over the past 20+ years working with transformative technology.

UNDERSTANDING COMPLEX CHALLENGES

While I am currently a top-producing sales, marketing, strategy, and business development executive, leading a team of over 4,000 sales and account professionals, I can trace my technology roots back to my time as a researcher and analyst. In that role, I had the opportunity to explore the varied and complex business challenges of my clients – their nuances and similarities across industries. I also got to dig deeply into the available and emerging technologies that these clients were considering, quickly and objectively separating the wheat from the chaff to uncover the solutions that brought them the greatest business value.

EMBRACING INNOVATION

This background of delving into the weeds with a variety of enterprise technologies has allowed me to recognize true innovation, not just from a functional perspective, but also from its ability to transform. I've been able to work with and for industry-leading technology companies and am thrilled to be able to bring the most comprehensive, integrated, and innovative suite of cloud-based applications to help our clients navigate their rapidly changing business environments.

LEADING CHANGE

It would be impossible for any one individual to serve the needs of the 30,000+ organizations relying on Oracle Cloud Applications. I'm fortunate to lead an incredibly talented team that is obsessed with their customers' success. In this role, my primary function is to remove the barriers and provide the resources my team needs to help them deliver the greatest value to our clients.

SPECIALTIES INCLUDE:
• Leading Change
• GTM Strategy & Planning
• Strategic Product & Industry Marketing
• Enterprise & SaaS Software
• Executive / Solution Selling
• Storytelling & Content
• Business / LOB Marketing

## Experience

Oracle
EVP, North America Applications Sales & Consulting
December 2021 - Present (3 years 8 months)
New York City Metropolitan Area

Infor
3 years 4 months

Global President, Chief Revenue Officer
October 2020 - September 2021 (1 year)
New York City Metropolitan Area

My number one job is to ensure that we create value and better business outcomes for our 68,000 customers around the globe.

President of the Americas
May 2020 - October 2020 (6 months)
New York City Metropolitan Area

My primary responsibility is to ensure we create value and better business outcomes for our 68,000 customers around the world.

Head of the Americas & GM
August 2019 - May 2020 (10 months)
New York, New York

Our mission is to partner with our customers to solve the most pressing operational challenges in their business. We provide a range of leading SaaS solutions including ERP, SCM, EAM and HCM. I lead a team of talented and diverse sales, engineering, and services professionals who share the goal of delivering better business outcomes.

### EVP Manufacturing and Supply Chain / Infor Nexus Business Unit
June 2018 - May 2020 (2 years)
New York, New York

### Oracle
11 years 1 month

### SVP - North America ERP, EPM, & SCM Enterprise Sales
December 2015 - June 2018 (2 years 7 months)
Redwood Shores, CA

Proud leader of the fastest growing cloud business in the Industry. Oracle's ERP, EPM, & SCM Cloud business has over 5,000 customers, including 135 of the Fortune 500. Our mission is to help finance, operations and technology executives modernize their business to meet the challenges of the digital age.

### GVP, Global Cloud GTM - SaaS
January 2013 - January 2016 (3 years 1 month)
redwood shores, ca

Oracle is a leader in enterprise cloud computing with over 18k customers, 60m users, and over $2B in revenue. As the GVP of Applications Business Group, responsibilities include driving GTM strategy, product marketing, and sales enablement for our cloud application portfolio including:

- Oracle Sales Cloud
- Oracle Service Cloud
- Oracle Marketing Cloud
- Oracle Talent Cloud
- Oracle Global HR Cloud
- Oracle ERP Cloud

### VP, Industry Strategy & Marketing
June 2011 - April 2013 (1 year 11 months)

Developed, implemented and managed the Industry Solution GTM model; ensuring maximum output via repeatable, scalable, and credible solution offerings, resulting in 2x doubling our win rates and deal sizes.

VP, Key Accounts & Oracle Client Advisors
June 2007 - June 2011 (4 years 1 month)

Lead a global team that is working with our top accounts on key business transformation programs.

AMR Research
VP & GM, EMEA Research & Sales
November 2004 - February 2007 (2 years 4 months)

AMR Research (now Gartner Group) is the leading research and advisory firm focused on E-Business, Value Chain and Enterprise Technology. AMR's clients include 50% of global 1000, where we provide research and insights into best practices in the adoption of new processes and systems. The role encompassed all aspects of the business strategy development and execution, including sales, customer support, and research.

AMR Research, Inc
6 years 1 month

VP, Product Marketing
June 2003 - August 2004 (1 year 3 months)

Research Director, Enterprise Apps
August 1998 - June 2003 (4 years 11 months)

Lead research and consutling efforts with clients in manufacturing, distribution, retail, media, communications, and technology. Areas of expertise: ERP, CRM, SCM, E-commerce, and Integration.

Infor
Business Development Director - Intentia
July 1996 - August 1998 (2 years 2 months)
Chicago, Illinois

Pivotpoint Inc.
Product Marketing
1995 - 1996 (1 year)

---

## Education

Hobart and William Smith Colleges
Bachelor of Arts (B.A.) in Economics, Economics and Political Science · (September 1990 - June 1994)