# Exhibit 23

## Contact

www.linkedin.com/in/adaojunior
(LinkedIn)
www.oracle.com (Company)
www.ateam-oracle.com/ (Blog)
blogs.oracle.com/cloud-
infrastructure/post/announcing-
the-cis-oracle-cloud-infrastructure-
container-engine-for-kubernetes-
benchmark (Blog)

## Top Skills

Multi Cloud
OpenRewrite
Oracle Cloud Infrastructure (OCI)

## Languages

Spanish
Portuguese
English

## Certifications

Programming Foundations: Open-Source Licensing
LFC191: Open Source Licensing Basics for Software Developers

## Publications

Oracle Cloud Infrastructure - A Guide to Building Cloud Native Applications

# Adao Oliveira Junior

Cloud Solutions Architect | CKA, CKAD, KCNA
Austin, Texas, United States

## Summary

As a Senior Principal Cloud Solutions Architect at Oracle, I leverage extensive experience in cloud computing and solution architecture to drive Oracle Cloud Infrastructure (OCI) innovations. With a career spanning over two decades, including six years focused on Cloud Native solutions, I specialize in multi-cloud integration and application architecture. My recent contributions includes bring AI for developers and advancing OCI's multi-cloud strategy by enabling seamless interoperability with platforms like OCI, Azure, AWS, and GCP, empowering organizations to achieve robust and scalable cloud ecosystems.

I actively contribute to open-source projects and industry initiatives, such as Kubernetes-sig-multicluster, showcasing a commitment to fostering collaboration and innovation in the cloud domain. My expertise in addressing developer adoption barriers and guiding diverse industries through cloud transformation underscores my dedication to delivering impactful solutions. Equipped with multiple OCI certifications, I am driven by a mission to enable organizations to harness the full potential of cloud technologies securely and efficiently.

———

## Experience

**Oracle**
17 years 2 months

Sr. Principal Cloud Solutions Architect
September 2022 - Present (2 years 11 months)
Austin, Texas, United States

Senior Principal Product Manager | Oracle Cloud Infrastructure (OCI) Multi-Cloud
July 2022 - September 2022 (3 months)
Austin, Texas, United States

As Product Manager, I spearheaded the Multi-cloud strategy, focusing on seamless integration of
Oracle Cloud Infrastructure (OCI) with industry giants Azure, AWS, and GCP. I played a pivotal
role in bridging services across platforms, notably championing the integration of Oracle Database
Service with Azure. My contributions extended beyond individual projects, as I actively participated and
contributed to multi-cloud initiatives like Kubernetes-sig-multicluster

Senior Principal Product Manager | Oracle Cloud Infrastructure (OCI) Developer Adoption
November 2020 - July 2022 (1 year 9 months)
Austin, Texas, United States

I've actively engaged in advancing Oracle's presence in the Cloud Native Computing Foundation
(CNCF), fostering crucial relationships and ensuring alignment with Oracle's objectives. My role involves
interfacing with senior management and executives across diverse functions, orchestrating efforts for
successful outcomes. I've been instrumental in guiding customers from various industries through their
cloud transformation journey, leveraging my expertise to address their unique challenges.

My work focuses on identifying and resolving developer adoption barriers, drawing insights from diverse
channels, and effectively prioritizing to drive maximum impact. Collaborating closely with our ecosystem
of ISV alliances, I facilitate seamless integration of OCI Cloud Native Services with complementary
DevSecOps tools, empowering developers with quickstarts and tutorials for streamlined utilization.

Engagement with the external tech community is integral to my approach, ensuring Oracle remains
at the forefront of industry innovation. I actively represent Oracle at conferences, meetups, and open-
source communities, fostering valuable connections and staying informed of emerging trends and

opportunities. Additionally, had several contributions to CNCF projects, like Falco.

Informed by comprehensive market analysis and feedback loops from customers and the community,
I drive product insights that shape our strategic direction. I ensure timely project/product completion
within budgetary constraints through meticulous organization and coordination of interdepartmental
activities.

At the core of my responsibilities lie the communication and realization of product strategy and
functionality. I play a pivotal role in orchestrating successful product releases, ensuring they are not just
released, but are aligned with corporate priorities. This emphasis on orchestrating successful releases
should make the audience feel secure about my ability to deliver results.

Cloud Solutions Architect (A-Team)
November 2014 - November 2020 (6 years 1 month)
Austin, Texas, United States

In 2014, I focused on Cloud Solutions, helping customers and designing cloud architectures. In 2016,
I deep-dived into Cloud Native solutions, from Containers and Kubernetes to the components and
security around the ecosystem, strategic customers, and clouds around the globe.

Helped high-profile customers move their workloads to cloud-native or solve significant challenges
in the cloud-native world, from architecture designs and contributions to OSS projects to attending
customer requests to direct implementation of solutions, being considered a trusted advisor on the
continued projects.

Helped high-profile customers move their workloads to cloud-native or
solve big challenges in the cloud-native world, from architecture designs
and contribution to OSS projects to attending customer requests to direct

implementation of solutions, being considered trusted advisor on the continued projects.

Principal Solutions Architect (A-Team)
May 2011 - November 2014 (3 years 7 months)
Redwood City, California, United States

Principal Sales Consultant
April 2010 - May 2011 (1 year 2 months)
Brazil

Senior Sales Consultant
June 2008 - May 2010 (2 years)
Brazil

BEA Systems
Senior Systems Engineer
January 2008 - June 2008 (6 months)

Software AG
Senior Architect SOA & ECM Solutions + Pre-Sales
October 2005 - December 2007 (2 years 3 months)
Madrid, Community of Madrid, Spain

Stellent (Now Oracle)
Systems Engineers Manager
August 1999 - October 2005 (6 years 3 months)

Xerox Comercio e Industria
Systems Analyst
1998 - 1999 (1 year)

---

## Education

Universidade Federal de Viçosa
Bachelor of Science - BS, Physics · (1995 - 1999)