# Exhibit 24

https://reg.rf.oracle.com/flow/oracle/cwoh23/catalog/page/catalog/session/1684447286027001W8vV                    July 2, 2025 at 3:49 PM CDT

 **Oracle CloudWorld**                                                                                                    Register now



# Sessions

← Back to Session Catalog

## Multicloud Applications Using OCI Traffic Steering and a Container Platform [LRN2753]    

As Kubernetes adoption grows and many companies adopt a multicloud strategy, customers are looking for solutions to manage these clusters and to manage applications spread across these clouds. We examine industry and technical trends driving multicluster usage and the technical challenges facing users. We also analyze the broad range of multicluster solutions for Kubernetes, their applications on Oracle Cloud Infrastructure (OCI), and how and when they can be combined to provide a solution greater than the sum of the parts. We include the use of OCI Traffic Steering, OCI Container Engine for Kubernetes, and Oracle Verrazzano as a demonstration environment to tackle these challenges.

**Topic:** Developer Technologies

**Session Type:** Learning Session

**Session Level:** Intermediate

**Job Role:** Developer

**Industry:** Other

**Content Area:** Innovate in the Cloud

David Cabelus, Senior Principal Product Manager, Oracle
Adao Oliveira Junior, Cloud Solutions Architect, Oracle

© 2023 Oracle    |    Event Terms and Conditions    Privacy / Do Not Sell My Info    Cookie Preferences    Ad Choices