Exhibit 25



Oracle Cloud World 2023 Speaker sessions - Adao

Multicloud Applications Using OCI Traffic Steering and a Container Platform [LRN2753]
Intro to Virtual Nodes: Deploying MuShop, an Ecommerce Demo App [HOL2516]
Pixel Streaming on Kubernetes with Unreal Pixel Streaming on OKE [LRN3840]