# Exhibit 27



# Media

## Securing Your Managed Kubernetes with Falco [LRN3637]

Adao Oliveira Junior

**Wednesday, Oct 19 | 2:30 PM - 3:15 PM PDT** | Summit 207, Caesars Forum

SESSION ENDED

We give a hands-on demonstration of using Oracle Cloud Infrastructure Container Engine for Kubernetes with Falco—the cloud native runtime security project from Cloud Native Computing Foundation. See runtime security for detecting unexpected behavior, intrusions, and data theft in real time.

**Experience:** Oracle CloudWorld

**Topic:** Developer Technologies

**Session Type:** Learning Session

**Session Level:** Intermediate

**Job Role:** Developer

**Resources**

LRN3637_Securing your managed Kubernetes with Falco_V4.pdf

Show all 3 languages →

### Oracle CloudWorld: Securing Your Managed Kubernetes with Falco [LRN3637]

We give a hands-on demonstration of using Oracle Cloud Infrastructure Container Engine for Kubernetes with Falco—the cloud native runtime security project from Cloud Native Computing Foundation. See runtime security for detecting unexpected behavior, intrusions, and data theft in real time. https://reg.rf.oracle.com/flow/oracle/cloudworld/session-catalog/page/catalog/session/1657292483743001Jfz4

View

4 of 6

〈 Previous   Next 〉