# Exhibit 28

