# Exhibit 30

## Contact

www.linkedin.com/in/dean-kemp-aa2849 (LinkedIn)

## Top Skills

Product Management
Integration
Unix

## Patents

Method and system for optimizing software upgrades

System monitoring service using throttle mechanisms to manage data loads and timing

System and method for monitoring and managing system assets and asset configurations

# Dean Kemp

Senior Director, Oracle National Security Group (NSG)
Louisville, Colorado, United States

## Summary

Focused on Hybrid Cloud and creating Services for DoD Customers.

Skills: Business Management, IaaS and PaaS Cloud solutions, Cloud Services, Technical Management, Proposal responses, Pricing

---

## Experience

**Oracle**
13 years 8 months

**Sr. Director, Oracle National Security Group**
January 2023 - Present (2 years 7 months)
Broomfield, Colorado, United States

Defining Hybrid Cloud Strategy and creating Services for DoD customers.

**Senior Director, Federal Delivery**
July 2021 - Present (4 years 1 month)
Broomfield, Colorado, United States

Responsible for delivery of solutions for Federal and Department of Defense customers. Deliver solutions in the Cloud and On Premise. Team focused on innovation and delivery of new services.

**Director, Cloud Services**
December 2011 - Present (13 years 8 months)
Broomfield, Colorado

Delivery of On-Premise and Cloud solutions to Federal customers, particularly Department of Defense.  Responsible for implementation and ongoing operations of large mission critical ERP solutions from an IaaS/PaaS perspective.
Managed team to implement Secure Cloud Computing Architecture as a Service. Provides security services and boundary for Defense Customers to use Oracle Cloud.
Developed and manage a high-performance team delivering Private (On Premise) and Public Cloud IaaS and PaaS services for Federal Customers

• Responsible for all aspects of a $55M P&L, measured on revenue, expenses and margin
• Architect for services, pricing and primary author for $271M Dept of Defense (DISA) contract awarded Aug 2019 which includes for bundled delivery of compute, storage and managed services across 15,000 cores and 38 PB raw storage
• Eight years of 'Above Average' performance ratings (CPAR) from Government across contracts
• 7x24 operations support across three primary Government data centers
• Ongoing patching and security updates in NIPR and SIPR environments
• Manage over $20M (list price) in assets
• Responsible for protection of contract related data in Oracle (DFAR 252.204-7012) for extended team
• Design and build custom 'Engineered Solutions' hardware for deployment on most recent contract
• Designed and manage innovative three business unit commissioning model
• Moved 6000 cores and over 10 PB in 'lift and shift' to support closeout of a Data Center
• Implementing significant infrastructure Technical Refresh for new contract (servers, storage and network)
• Team developing with Ansible and other automation tools for improved productivity
• Implemented custom Call Order Management application as contract database of record.
• Responsible for driving innovation through process improvement and automation for security, provisioning and shared services
• Environments support PeopleSoft, eBusiness Suite, SAP and variety of custom Mission Critical applications

Treklogic Advanced Solutions
VP Business Development
February 2007 - December 2011 (4 years 11 months)
Greater Denver Area

Responsible for growing business activities in the US for TrekLogic. Focused on data center consolidation and application environment refresh/migration.

Sun Microsystems
20 years 4 months

Sr. Product Manager/Architect Utility Computing
November 2003 - January 2007 (3 years 3 months)

Greater Denver Area

Created and implemented Utility Computing (Cloud) solutions by integrating hardware, software and services in a pay per use offerings. Solutions designed to be flexible (scale and up down) to meet customer needs. Architected supporting infrastructure (quoting, metering, billing and reporting)  and integration into internal business systems.

Sr. Product Manager, Customer Engineering
October 2002 - November 2003 (1 year 2 months)
Greater Denver Area

Acted as a catalyst to engage and enable teams to solve customer problems not addressed by existing services.

Engineering Manager, SRS Net Connect
September 2000 - September 2002 (2 years 1 month)
Greater Denver Area

Managed a geographically dispersed engineering team to develop, manage and maintain a customer self-monitoring tool for systems, software and storage. Service gathered intelligence to drive new services and refine existing ones. Team submitted 11 Patent Applications.

Product Manager, New Business Development
November 1998 - August 2000 (1 year 10 months)
Greater Denver Area

Incubate, test and develop new customer services. High success rate of bringing new services to market.

Manager Opcom (Customer Engineering)
March 1992 - November 1998 (6 years 9 months)
Toronto, Canada Area

Managed successful world wide program to assist customers in moving from SunOS (BSD Unix) to Solaris 2.x (SVR4). Developed ongoing competitive migration efforts and assisted customer is leveraging new software and hardware technology. Grew organization from 10 to 90 personnel.
• Drove $200+M annually in incremental systems sales via competitive migration services and consulting specials
• Customer application migration
• Customer training and various outreach programs
• Provided 9am – 8 am ET System Admin and Developer Support
• Setup and oversite of world-wide Migration Centers
• Team created and maintained Solaris Migration toolkit
• Created and managed FTP site for public applications and tools

• Implemented several Solaris engineering projects

• Java Licensee support

Senior Systems Engineer
October 1986 - April 1992 (5 years 7 months)
Toronto, Canada Area

Pre and Post Sales support for key customers in Central Canada. Specialist in Hardware, Operating Systems, Data Communications

---

## Education

University of Toronto
Hon BSc, Computer Science, Mathematics · (1978 - 1983)