# Exhibit 31

# Joanne Lei

Master Principal Cloud Architect @Oracle Cloud
Dallas-Fort Worth Metroplex

## Contact

www.linkedin.com/in/love2work123 (LinkedIn)

## Top Skills

Cloud Computing IaaS
Private/Public Clouds
Enterprise Network Architecture

## Languages

English (Native or Bilingual)
Chinese (Native or Bilingual)

## Certifications

Oracle Cloud Infrastructure 2021 Architect Professional

VMware Certified Professional – Network Virtualization

AWS Certified Advanced Networking – Specialty

Cisco Certified Network Professional – CCNP (expired)

AWS Certified Solutions Architect - Professional

## Summary

Hands-on Cloud Architect with expertise in IaaS and GPU technologies. Strong analytic skills and ability to bridge technical and business needs. Goal-oriented and driven by curiosity to innovate and solve complex challenges.

---

## Experience

**Oracle**
Master Principal Cloud Architect - AI | ML | DL
September 2021 - Present (3 years 11 months)

▪ Build and manage GPU compute clusters with RoCE capability for customers to run large model training workloads. Utilize orchestration and job scheduling tools including Kubernetes and Slurm. Assist customers in implementing MLOps platform on OCI.

▪ Design well-architected solutions on OCI tailored to customer's need. Collaborate with customers to understand their objectives and provide guidance on OCI capabilities and best practices. Serve as a technical liaison between customers, engineering and support.

▪ Develop and support customer's POCs to validate architecture, benchmark performance, and demonstrate business value. Create live demos and publish blog posts on reference architectures.  Participate in conferences and public events to promote OCI solutions.

**Amazon Web Services (AWS)**
5 years 5 months

Senior Solution Architect - AWS Partner Network
January 2019 - August 2021 (2 years 8 months)
Dallas/Fort Worth Area

▪ Managed the overall technical relationship between AWS and strategic ISV partner. Participated in technical deep dive and provide architectural guidance on building large scale applications and services on AWS platform.

Page 1 of 4

▪ Worked directly with ISV partners product management leadership, principal architects and senior engineers to influence their roadmaps and drive innovation for new product and feature launched.
▪ Evangelized Partner solution at public events, webinars, and workshops. Created technical content, reference architectures and code samples to educate customer on partner and AWS services. Collaborated with partner development manager to drive field enablement, support co-selling motion and develop overall GTM strategy.

### Senior Cloud Architect - Professional Services
April 2016 - January 2019 (2 years 10 months)
Dallas/Fort Worth Area

▪ Worked as a trusted advisor and technical leader alongside customer business, application and infrastructure teams to develop core competence for deploying, migrating and operating critical workloads in the AWS platform.
▪ Delivered proof-of-concept solutions, topical workshops and short-term projects for using the AWS services and Partner solution that would simplify adoption and drive greater value proposition of the AWS services.
▪ Participated in pre-sales activities to understand customer requirements and propose packaged offering. Collaborated with account teams and partners to position, build and execute migration strategy.

### VCE
3 years 4 months

### Advisory Solutions Architect – Services Portfolio
August 2014 - April 2016 (1 year 9 months)
Richardson TX

▪ Product owner for Foundation Enterprise Hybrid Cloud Solution. Drove new feature requirements, participated in Scrum activities, and coordinated with marketing, pre-sales, and services organization for offerings creation and full product life-cycle management.
▪ Built strong relationship and aligned with engineering, product and practice technical leadership to plan and create the agreed-upon services architecture for solutions based on the portfolio of VCE Converged Platforms.

### Enterprise Infrastructure Architect – Cloud Managed Services
January 2013 - July 2014 (1 year 7 months)
Richardson, Texas

▪ Worked with customers on strategic and architectural design to full execution and deployment as they integrate their environment with the Vblock platforms and onboarded the managed services systems.

▪ Served as escalation for all managed clients' Vblock major incidents. (UCS, Nexus, VMAX/VNX, MDS, ESXi). Provided technical expertise in cross-functional and intra-departmental efforts for performance optimization and capacity planning.

Dell
Network Architect, Global Cloud Group
January 2011 - September 2012 (1 year 9 months)

▪ Designed and implemented the network solution for the company's initial Public Cloud (IaaS). Utilized various cutting-edge data center technologies, including virtual routers, virtual chassis, VRF, multi-chassis port channels, FCoE and iSCSI.
▪ Integrated the physical network with the virtual network to enable multi-tenant isolation using vCloud Director and vShieldEdge.
▪ Implemented and integrated all the network components across multiple vendors, including Juniper (FW and WAN), Brocade/Dell(LAN), and F5 (Load Balancer)

Perot Systems/Dell
Senior Convergence Consultant - Enterprise Technology Consulting
January 2005 - December 2010 (6 years)

Perot Systems
Senior Network Engineer - Enterprise Technology Consulting
January 2001 - January 2005 (4 years 1 month)

NEC Business Solutions
Network Consultant – Business Network Solutions
January 2000 - January 2001 (1 year 1 month)

Accenture
Security Engineer – Global Security Team
January 1999 - January 2000 (1 year 1 month)

Macao Polytechnic Institute
Network/System Administrator
January 1994 - January 1998 (4 years 1 month)

———

## Education

The University of Texas at Austin

B.S., Electrical and Computer Engineering · (1990 - 1993)