# Exhibit 34

### Contact

www.linkedin.com/in/johnlemuth (LinkedIn)

### Top Skills

Scrum
Team Productivity
Cross-functional Collaborations

### Certifications

ITIL
Linux+
Professional Scrum Master I

# John Lemuth

Cloud Operations Manager at Oracle
Austin, Texas Metropolitan Area

## Summary

RHCSA, ITIL, and Linux+ certified.

MBA with concentration in accounting. Eligible for CPA exam.

Strong verbal and written communication skills. Self-motivated worker who enjoys learning new skills and abilities. Quick learner who enjoys problem solving.

---

## Experience

**Oracle**
8 years 9 months

*Manager Cloud Operations*
December 2022 - Present (2 years 8 months)
Austin, Texas, United States

*Cloud Engineer Team Lead*
February 2020 - December 2022 (2 years 11 months)
Austin, Texas Area

*Senior Systems Engineer*
November 2018 - February 2020 (1 year 4 months)
Austin, Texas

*System Engineer*
April 2018 - November 2018 (8 months)
Austin, Texas

*Site Reliability Engineer*
November 2016 - March 2018 (1 year 5 months)
Austin, Texas

**NetSuite**
*Site Reliability Engineer*
April 2015 - November 2016 (1 year 8 months)

Austin, Texas

### Alert Logic
**Appliance Support Engineer**
November 2013 - March 2015 (1 year 5 months)
Houston, TX

• Work with customers to verify networks are set up to ensure our appliances work correctly.
• Troubleshoot hardware and software issues, ensuring the appliance are working efficiently.
• Work with different departments to verify cases are handled correctly, as well as assist in resolving appliance and/or network issues they are experiencing, such as: events not showing for customers or connection issues other departments may be experiencing.
• Assist department managers with time-sensitive projects such as troubleshooting scan issues relating to a customer's network.

### Hostgator.com
3 years 5 months

**Systems Monitor**
November 2011 - October 2013 (2 years)
Houston, TX

• Responsible for keeping 10,000+ servers online, maintaining server performance and stablility
• Developed and maintained a perl script used company-wide across all servers
• Detect and mitigate server attacks
• Responsible for server maintenance such as hardware, network, and file system checks
• Review hardware information and logs to proactively prevent hardware failure
• Maintain and write new articles for company-wide knowledge base
• Train and assist co-workers in Systems Monitor department
• Receive and resolve escalated technical issues across all departments
• Performed duties of shift supervisor; trusted with supervisor-level responsibilities on a daily basis
• Central escalation point for administrators located around the world
• Only Systems Monitor in company trusted with full server permissions to datacenter, allowing for OS reloads and server information changes

**Internal Support**

April 2011 - November 2011 (8 months)
Houston, TX

• Assisted multiple departments in direct resolution of customer issues.

• Worked one on one with Live Support agents to resolve customer issues live, in real time.

• Trained Live Support to better their performance and knowledge.

Security Administrator
December 2010 - April 2011 (5 months)
Houston, TX

• Assisted customers with accounts that had been compromised

• Investigated Spam issues regarding our servers

• Enforced Terms of Service Compliance

Live Support
June 2010 - December 2010 (7 months)
Houston, TX

• Worked directly with customers in a live support environment (online chats and phones).

• Assisted other Live Support agents in resolving customer issues.

Kindrick and Luther
Accounts Payable Accountant
September 2009 - March 2010 (7 months)
Houston, TX

• Contract work with oil and gas company

• Assisted with audits

• Processed invoice statements

• Maintained and organized file room

• Assisted other employees as needed

Maximiliano Jambrina, CPA
Accountant
April 2009 - August 2009 (5 months)
Houston, TX

• Prepared tax forms 990, 1120, 1040, 1040NR, and 1065

• Performed monthly Balance Sheet and Income Statement reviews

• Performed monthly bank reconciliations

• Calculated oil depletion tax allowances

• Analyzed financial information

• Assisted with audits

• Worked independently
• Maintained files for multiple clients
• Strong focus on non-profit organizations

Volunteer Income Tax Assistance
Tax Preparation Volunteer
January 2007 - April 2008 (1 year 4 months)
Houston, TX

• Prepared tax returns for low-income families at the largest US site for free tax assistance.
• Analyzed tax documents on a case-by-case basis to maximize deductions and credits.
• Closed the 2008 tax season with a 96.3% acceptance rate on 1,087 total tax returns.

---

## Education

University of St. Thomas
Master of Business Administration (M.B.A.), Accounting · (2005 - 2008)

University of St. Thomas (TX)
Bachelor of Business Administration (B.B.A.), Management Information Systems and Accounting · (2005 - 2008)

Menlo College
General Studies · (2001 - 2003)