# Exhibit 35

## Contact

www.linkedin.com/in/mark-lindros-aa70845 (LinkedIn)

### Top Skills
Weblogic
Integration
Oracle Fusion Middleware

### Certifications
Oracle WebLogic Server Administration (expert to 12.2.1)

# Mark Lindros
Architect at Oracle: Consulting Member of Technical Staff
Georgetown, Texas, United States

## Summary

Mark has almost 30 years of experience in all phases of design, development, implementation, and troubleshooting of enterprise applications, which includes over 20 years experience using Java/Java EE technologies. He has worked for clients within the financial, telecommunications, airline, and retail industries. Prior to working for Oracle, he was with BEA Systems for 13 years, and IMC for 2 years. His areas of expertise include WebLogic Server, WebLogic Portal, Workshop, and Tuxedo. Mark is proficient at facilitating sessions to define system requirements, developing and delivering end-user training, creating and maintaining project schedules, preparing and presenting project briefings to executives, and managing multiple resources to complete projects on plan. He has engagement management and technical application architecture and development experience.

Specialties: Proficient at WLS 4.5.1-present (src-code-level), WLP 8.1-10.3, JRockit, OES (ALES) 3.0 (integration with WLS, WLP, ALBPM, ALDSP, Coherence, and UCM), TUXEDO 4.2.1-present, WL RFID 2.1, Coherence 3.4-present, and Kodo 4.1.

Mark also develops using many web technologies, including Ajax, JSON, REST, HTML5, JavaScript, node.js, Apex, CSS, Docker, Kubernetes, Oracle Cloud Infrastructure (OCI), and much more.

---

## Experience

**Oracle**
17 years 2 months

*Architect*
January 2019 - Present (6 years 7 months)
I currently work in Oracle's Document Engineering. Our team develops microservice architectures to process and publish Oracle's documentation on http://docs.oracle.com. Processing takes tech writers' DITA, Markdown, etc,

text-based source and transforms into polished and consistent Oracle LAF documentation.

I am responsible for many projects that surround our publishing process. Agile, Jira, git, Docker, cloud, Kubernetes, Oracle Cloud Infrastructure, Artifactory, DevOps, Jenkins, CI, and more. Enterprise computing, security, OA&M, Akamai, capacity planning, performance, migration, analysis, troubleshooting, QA, code coverage, best practices, design patterns, anti-patterns, numerous technologies, and more.

### Consulting Member of Technical Staff
November 2014 - December 2018 (4 years 2 months)

Work on developing internal Oracle projects that involve integration strategies that enable unified and symbiotic experiences across Oracle customer facing web sites. This position is a jack of all trades type of developer position where you work on several different projects over the course of time. You never know what you are going to do, you learn whatever you need to learn, and you have the breathing room to be creative and implement solutions that get the job done. I am currently working on the Oracle Learning Library (OLL), Oracle Technology Network (OTN), and docs.oracle.com site infrastructure.

Leverage my enterprise computing experience from my consulting days to lead the architecture of our development infrastructure, software development lifecycle, and overall development best practices in our group to build us up to a finely tuned set of processes that ensure consistency and reliability across all of our applications. I work with other architects and developers to enable smooth data integration and processing across various technical, political, and physical topologies. Technologies involved include Java, Java EE, WebLogic Server, OES, Oracle Database, Python/Jython, WLST, REST, HTTP/CSS, JavaScript, Node.js, jQuery, Selenium, PL/SQL, Apex/ORDS, Linux, bash, Jenkins, Groovy, ALM, Git, and basically whatever else gets the job done best.

### Consulting Curriculum Developer
January 2014 - November 2014 (11 months)

As part of product development I develop the curriculum designed to teach the use of Oracle Fusion Middleware Products to internally and externally facing audiences. This assists customers and the Oracle technical field to be successful with Oracle FMW products. I also spearhead several projects that facilitate more efficient learning of our products.

### Principal Curriculum Developer

October 2009 - January 2014 (4 years 4 months)

As part of product development I develop the curriculum designed to teach the use of Oracle Fusion Middleware Products to internally and externally facing audiences. This assists customers and the Oracle technical field to be successful with Oracle FMW products.

Consulting Technical Manager
June 2008 - October 2009 (1 year 5 months)

Technical consulting lead. Responsibilities include leading teams of other senior-level consultants, architecting enterprise applications, project management, full SDLC from inception to production, troubleshooting, performance tuning, debugging, mentoring, training development and delivery, trusted advisor, and developer.

BEA Systems
8 years 3 months

Principal Consultant
October 2007 - June 2008 (9 months)

Staff Engineer / Principal Development Technologist
April 2000 - October 2007 (7 years 7 months)

Liaison with distributed engineering teams to learn new features of pre-release software, at the source code level, in order to develop and deliver internal training worldwide. This enabled the BEA technical field to sell, support, consult, and educate customers on the features of various BEA products, including WebLogic Server 5.1-10.0, RFID 2.0, TUXEDO 7.0-8.1, Kodo 4.1, and more.

Used technical product and technology subject matter expertise to assist the technical field with finding information and provided solutions for their customer issues.

Served as project manager, architect, developer, QA, mentor, and instructor during all phases of process improvement and courseware projects.

BEA Systems NY Metro
Managing Principal Consultant
September 1999 - April 2000 (8 months)

BEA Systems

4 years

Principal Consultant
June 1996 - September 1999 (3 years 4 months)

Support Engineer
October 1995 - June 1996 (9 months)

Onsite and offsite troubleshooting of customer problems with BEA TUXEDO product. Found and repaired bugs in product.

IMC
Stuff
1994 - 1995 (1 year)

———