# Exhibit 36

## Contact

www.linkedin.com/in/
jasonamaynard (LinkedIn)
www.oracle.com (Company)

## Top Skills

SaaS
Cloud Computing
Financial Modeling

## Languages

English (Native or Bilingual)

# Jason Maynard

Executive Vice President
Nashville, Tennessee, United States

## Experience

Oracle
10 years 1 month

Executive Vice President, Revenue Operations
June 2022 - Present (3 years 2 months)

Global sales operations and marketing

SVP Global Field Operations - Oracle (NetSuite Global Business Unit)
July 2015 - June 2022 (7 years)
Nashville, Tennessee, United States

• Led global sales, marketing, Industry Strategy/SuiteSuccess, and business development teams for NetSuite Global Business Unit. Helped scale revenue from sub $1b in 2016 to the multi billions while increasing operating margins. The NetSuite customer base has grown from 11k to 41k post the Oracle acquisition.

Wells Fargo
Equity Research Analyst - Software
2010 - June 2015 (5 years)

• Participated in IPOs and other equity offerings for a number of high-profile tech companies including ServiceNow, Workday, Veeva, and Facebook
• Covered a wide range of software sectors including CRM, ERP, business intelligence, ecommerce, supply chain, industry-focused applications, cloud computing, data technologies, middleware, operating systems and systems management

Credit Suisse
Equity Research Analyst - Software
2005 - 2009 (4 years)
San Francisco Bay Area

• Lead software analyst with coverage responsibility of Microsoft, Oracle and Salesforce, among others
• Served as the IPO analyst for VMware, NetSuite, Deltek and Demandtec
• Launched the Credit Suisse Software OnDemand Index to measure the rise of on demand business models

• Named Bloomberg's Top Technology Analyst in 2006

### Merrill Lynch
Equity Research Analyst - Software
2003 - 2005 (2 years)

• Global Director of Software Research and lead software analyst
• Launched the Merrill Lynch OnDemand Index (MLODI) in 2004 to highlight growing trends of on demand computing
• Recognized as the first Wall Street analyst to advocate for the growing trend of software as a service
• Named Information Week's Influencer and Innovator in 2005

### Wells Fargo
Equity Research Analyst - Software
2000 - 2003 (3 years)

• Focused on Internet software stocks, web services, platform middleware, CRM, and analytics.

### Verix Software
VP Marketing
1997 - 1999 (2 years)
Santa Monica, CA

• Co-founded a Java-based CRM application software company that was sold to Inference Corporation (INFR) in January 1999
• Helped Verix become the foundation product for Inference's launch into e-commerce

### Skunk Technologies
Director of Business Development
1996 - 1997 (1 year)

• Managed strategic and operational marketing activities and customer relationships
• Provided market feedback and tracked emerging trends, proposed and developed new strategic partnerships, crafted long-term plans for startup business development

-------

## Education

USC Marshall School of Business
MBA, Business · (1995 - 1998)

California State University-Sacramento

BS, Business · (1989 - 1992)