# Exhibit 37

# Sophia M. Otero

Technical Program Management | Product Management | Cloud Infrastructure | AI/ML
New Orleans, Louisiana, United States

## Contact

smbay418@gmail.com

www.linkedin.com/in/sophia-otero (LinkedIn)

## Top Skills

Cloud Infrastructure
Large Scale System Integration
Customer Relationship Management (CRM)

## Languages

Spanish (Professional Working)
English (Native or Bilingual)

## Certifications

Transitioning to Product Management
Oracle Cloud Infrastructure 2023 Certified Foundations Associate
Scrum: The Basics
SQL Essential Training
Interviewing for Product Management Jobs

## Summary

The most attractive qualities of my professional career are the ability to teach myself new things and learn on the go.  It's where I flourish and the biggest benefit I bring to new businesses and teams.  From showing up to my first ship in the Navy at age 22 where I was a leading systems engineer, managing 25 Sailors, to utilizing my statistic-heavy graduate degree to teach myself how to build AI/ML/deep learning models, I've always been able to adapt and learn quickly.  To that end, these traits led me to achieve the following:

-10 years of experience as a product manager within the defense and technology sectors.
-6 years of experience as a data scientist within both the start-up and technology sectors.
-13 years of experience as a people manager across DoD & technology sectors.
-10 years of active duty service in the U.S. Navy
-121st woman to graduate from The Citadel

_____

## Experience

**Oracle**
Principle Technical Program Manager; Oracle Cloud Infrastructure
October 2023 - Present (1 year 10 months)
New Orleans, Luisiana

Overview: Senior TPM leading our feature request program for OCI's largest revenue-generating & most strategic customers.

-Implemented a consolidated tier-0 customer feature request program to improve roadmapping of customer service requests across OCI engineering service areas. Working cross-functionally with compute, storage, networking, Kubernetes, identity & security, and Oracle database teams, we standardized our feature intake, scoping, and prioritization processes, boosting engineering

Page 1 of 5

efficiency, mitigating duplicative work, and increasing OCI ROI and customer satisfaction.

-E2E prioritized and managed OCI migration to single and dual-stack IPv6 availability for all key engineering services; networking, identity & security, storage (block, object, file, archive), compute, Kubernetes, and Oracle database systems.

-Customer engagement lead for one of our strategic GPU customers. Managed all of their needs including feature requests, GPU repairs, and supply & demand forecasting for their GPU needs, ensuring their business workloads remained operable and scalable.

## Meta
### Senior Program Manager - Global Markets, Trust & Safety
September 2020 - July 2023 (2 years 11 months)
San Diego, California, United States

Overview: Directed cross-functional teams, including software engineers, data scientists, quality, policy, business intelligence, and trust & safety to architect and implement a machine learning system to surface and triage errors in the human and automated evaluation of user and advertiser-generated content.

Key achievements:
-From 0-1, Mitigated $350 million of ad-revenue loss by leading and managing a 60-member contractor team, validating content enforcement decisions across 50 violation areas, preserving brand integrity, and optimizing revenue generation.

-Orchestrated the design and execution of a strategic growth plan by leveraging data-driven metrics and comparative analyses to expand into 44 new content moderation areas and 6 new verticals, elevating team scope by 50%.

-Managed a multinational team of 50 content reviewers, operating in 45 markets, to conduct comprehensive A/B testing across 20 different violation types; identified and rectified root errors, resulting in a significant 30% reduction in false positive and false negative rates.

-Led our authenticity initiative to verify user accounts across 50 global markets, reaching consistent 97% accuracy for human and automated reviewers, which reduced the prevalence of impersonators and bad actors.

-Collaborated cross-functionally to remove violating content in Instagram reels, bolstering user activity by 20%.

-Leveraged supervised and unsupervised machine learning algorithms to enhance classifier performance, resulting in a significant reduction in harmful content across Facebook, Facebook marketplace, and Instagram.

-Selected as an interim primary manager; led a team of reviewers while the direct manager was on extended leave.

BrainGu
Data Scientist - AI/ML/Deep Learning
July 2018 - September 2020 (2 years 3 months)
Washington D.C. Metro Area

Overview: Self-taught, Data Scientist, responsible for building AI/ML/deep-learning models requested by various companies.

Key achievements:
-Developed and implemented a Convolutional Neural Network Image Segmentation model using Keras and OpenCV to bolster onsite safety standards at an oil fracking site. The model detected humans entering hazardous areas, triggering alarms and shutdown protocols to mitigate the risk of injury.

-Used live video feed to design a supervised machine learning algorithm to predict the time of replacement for ropes used on merchant maritime ships. This directly reduced travel expenses for qualified rope inspectors by 30% and enhanced supply-chain forecasting accuracy.

-Achieved a 20% boost in crew efficiency at a plywood manufacturer by implementing an AI-powered system. Trained an algorithm to recognize moisture indicators on plywood through live video feed, enabling automatic sorting and optimizing production timelines.

US Navy
Manager & Technical Program Manager

May 2010 - September 2020 (10 years 5 months)
California, Virginia, Singapore, Washington, DC

Overview: 10-year Naval Officer who served as an Engineer aboard various U.S. Navy ships; managing managers & ICs, and creating & executing roadmap objectives.

Key achievements:
-Senior systems engineering manager leading 4 junior managers and 150 Sailors.  Safely managed the entire engineering plant of a warship, its preventative & corrective maintenance schedules, system updates and integrations, and supply part forecasting of engineering parts across all shipboard systems; primarily engines, generators, water filtration, combat systems cooling equipment, and sewage systems.

-Managed a team of 25 Sailors, driving shipboard damage control initiatives and ensuring the upkeep of mechanical, electrical, and electronic equipment; delivered comprehensive training to 280 Sailors, equipping them with essential skills in basic damage control procedures.

-Technical Program Manager for the Navy's autonomous aviation suite. Collaborated with key stakeholders and vendors to develop technical and gaming requirements for training simulators, optimizing immersive learning experiences and achieving a 25% increase in trainee performance.

-Orchestrated the development and execution of a comprehensive training roadmap, ensuring readiness for Middle East deployments; successfully trained 4,200 Sailors, 3,500 Marines, and five amphibious ships, meeting all Middle East operational requirements.

―――

## Education

Naval Postgraduate School
Master of Science (M.S.), Data Science · (June 2014 - March 2017)

National University of Singapore
Master of Science (M.S.), Systems Engineering · (March 2015 - May 2016)

The Citadel
Bachelor of Science (B.S.), Health exercise and sports science · (August 2006 - May 2010)