Exhibit 38

## Kontakt

www.linkedin.com/in/marcel-
boermann-a7501473 (LinkedIn)

## Top-Kenntnisse

Microservices
Softwareentwicklung
Datenarchitektur

# Marcel Boermann

Y gwir yn erbyn y byd

Nordhorn, Niedersachsen, Deutschland

## Zusammenfassung

Marcel Boermann-Pfeifer likes to deal with various database-related
APIs for Java and in general with the
topics around system integration, data integration, classic
middleware and microservices or containerization.
With great enthusiasm he talks about family, Wu Shu, traditional
Chinese medicine, eastern and western philosophy, creative
philosophy, creative work on the car and plays some rhythm
instruments like Bodhrán and washboard.

────────

## Berufserfahrung

Oracle
31 Jahre 7 Monate

Master Principal Technology Solution Engineer
Juni 2024 - Present (1 Jahr 2 Monate)
Düsseldorf, Nordrhein-Westfalen, Deutschland

Principal Sales Consultant
Januar 1994 - Juni 2024 (30 Jahre 6 Monate)
Nordhorn, Niedersachsen, Deutschland

────────

## Ausbildung

Akademie für Datenverarbeitung Böblingen
IT Kaufmann, IT Kaufmann · (1992 - 1994)