# Exhibit 40

## Contact

www.linkedin.com/in/steve-phillips-b13ab56 (LinkedIn)

## Top Skills

Disaster Recovery
COBOL
Enterprise Architecture

## Languages

English

## Certifications

Oracle Certified Database Professional
Hybrid Cloud Infrastructure Foundations with Anthos
Essential Google Cloud Infrastructure: Foundation

## Publications

Expert Oracle GoldenGate

# Steve Phillips

Enterprise Architect at Oracle
Plano, Texas, United States

## Summary

Steve provides technical depth and industry knowledge to help Oracle clients maximize the value of their investment in Oracle. The NA Technology Enterprise Architecture team works closely with the North American Sales Teams and our clients to propose, demonstrate, and deliver solutions spanning Oracles Technology portfolio - including on-premise, hybrid, and public cloud deployments.

Steve is based in Plano, TX and brings over 20 years of Enterprise Architecture and IT Management experience with a diverse technology background, business acumen and sales engineering expertise to the Strategic Accounts team.

In his previous role, Steve worked at DXC where he was a Principal Product Architect responsible for developing Managed Cloud Services on GCP and DXC's Managed Oracle Cloud including Oracle Database, OpenShift, SQL Server, Kubernetes, and Docker. Steve is a Oracle and GCP Certified Cloud Architect. He is also an author on GoldenGate and has been a speaker and panelist at several technology conferences.

---

## Experience

**Oracle**
Enterprise Architect
February 2021 - Present (4 years 6 months)
Frisco, Texas, United States

**DXC Technology**
Software Architect - Cloud Apps Offerings
June 2013 - February 2021 (7 years 9 months)
Plano, Tx

Product Owner for Managed Google Cloud, Oracle Cloud, Red Hat Openshift, and Pivotal Cloud Foundry offerings. Lead global engineering teams in

developing automated solutions for managed cloud offerings. Lead key projects for cloud engineering team.

---

## Education

Naveen Jindal School of Management, UT Dallas
MS, Management Information Systems · (1990 - 1994)