# Exhibit 41

## Contact

www.linkedin.com/in/kellsey-ruppel-30a85021 (LinkedIn)

## Top Skills

Enterprise Content Management
Enterprise 2.0
Enterprise Software

# Kellsey Ruppel

Principal Product Marketing Director at Oracle
Cumberland, Wisconsin, United States

## Experience

Oracle
Principal Product Marketing Director
March 2007 - Present (18 years 5 months)

Oracle, a global provider of enterprise cloud computing, is empowering businesses of all sizes on their journey of digital transformation. Oracle Cloud Infrastructure (OCI) provides leading-edge capabilities in software as a service, platform as a service, infrastructure as a service, and data as a service.

- Product implementation and strategy: Participate in lead generation programs, working collaboratively with cross-functional teams; generating product launch marketing materials; creating sales collateral and product positioning; presenting at and attending marketing events to evangelize OCI products and solutions.

- Product support: Develop programs and execute campaigns to educate field sales force; act as product expert for OCI; update company Websites with new product information; keep partner channels current on product updates and other product news.

- Social media strategy: Manage and create the OCI social media plan, including organizing weekly themes and contributors, and using various tools & platforms for posting to social media channels (blog, Twitter, Facebook, LinkedIn, etc.); help grow our social community reach to 1,940,000+ members.

- Partner and field enablement: Serve as the point of contact for requests for product marketing support from sales and partners; create marketing materials for sales teams.

Stellent
Associate Product Marketing Manager
May 2006 - March 2007 (11 months)
Eden Prairie, MN

Stellent, Inc., a global provider of enterprise content management (ECM) software solutions, was acquired by Oracle in March 2007.

- Customer support: Defined, developed and managed customer user groups, including annual conferences; coordinated the acquisition of customer testimonials to support product introduction; created white papers, sales presentations, customer use-case examples and other messaging deliverables.

- Field enablement: Developed and delivered product demonstrations that effectively leveraged positioning and messaging strategies; maintained internal RFP wiki to assist in RFP creation; developed competitive intelligence information.

St. Cloud State University
Admissions Representative
December 2005 - May 2006 (6 months)

St. Cloud State University is Minnesota's largest undergraduate and master's level shcool and first choice of more than 15,000 students from Minneapolis to Malaysia; for the past 145 years, the university has been offering academic excellence and educational opportunity.

- Conducted interviews and reviews: Spoke with prospective students and families and discussed University admission requirements, financial aid policies, residency requirements and University policies, and made initial decisions concerning admission status; reviewed scholarship applications and maintained scholarship database.

- Worked collaboratively: Communicated with other campus departments, staff and faculty in administering admissions and recruiting programs and projects.

The Samuel's Intellectual Capital Group, LLC
Marketing Assistant
May 2005 - August 2005 (4 months)

Samuel's Intellectual Capital Group is a professional services and publishing company; books include The College Student's Step-By-Step Guide To Landing A Job.

- Constructed sales materials and database: Developed sales materials targeting one publication's target market, college students; developed a database of key influencers of college students and delivered awareness materials to this group.

Atlanta Sports Medicine & Orthopedic Clinic
Marketing Consultant
January 2005 - May 2005 (5 months)

ASMOC is a nationally recognized center of excellence for treatment of athletic injuries and cartilage repair; team physicians for the Atlanta Falcons (NFL) and Atlanta Thrashers (NHL).

- Developed an integrated marketing plan: Assisted in creating an 18-month marketing plan that included researching marketing trends, developing positioning and branding identity and articulating marketing objectives, strategies and tactics.

―――――

## Education

St. Cloud State University
Bachelor of Science in Marketing, Marketing · (2003 - 2006)