# Exhibit 43

## Contact

www.linkedin.com/in/dbaoracle1 (LinkedIn)
oraclepra.blogspot.com/ (Blog)

## Top Skills

Microsoft Azure
PostgreSQL
Financial Accounting

## Languages

Hindi (Full Professional)
English (Full Professional)

## Certifications

Oracle Fusion Cloud Applications CX Certified Foundations Associate
Human Resource Management
Oracle Cloud Infrastructure 2024 Certified AI Foundations Associate
AI Engineering Workshop
Oracle Fusion Cloud Applications HCM Certified Foundations Associate

# Prasanna Sahu

IT Principal Consultant, Cloud Operations @ Oracle | AI/ML Enthusiast | Multicloud DevOps | GoldenGate DBA.
Austin, Texas, United States

## Summary

At Oracle, my dedication to innovation in cloud operations has been instrumental in enhancing database performance and reliability across complex cloud environments. My expertise in Oracle Cloud Infrastructure and Amazon Web Services underpins a robust approach to cloud solutions, reinforced by my knowledge in Autonomous Database, Oracle Real Application Clusters, Data Guard, and GoldenGate.

Previously, my tenure at Cognizant saw me contribute significantly to high-stakes projects for prestigious clients, where I harnessed my database engineering skills for production support and performance tuning. Our team's commitment to excellence in cloud infrastructure and database optimization has consistently led to elevated levels of client satisfaction and technological advancement.

Cloud Solutions Architect | OCI Multicloud Engineering
• Demonstrated expertise in architecting and implementing cloud solutions, with a focus on
Oracle Cloud Infrastructure (OCI) and Amazon Web Services (AWS).
• Proven track record of delivering successful cloud transformation projects for top-tier
enterprise clients, including Fortune 100 companies.
• Extensive experience with Oracle Database technologies and enterprise cloud architecture.
• Skilled in Infrastructure as Code (IaC) and automation, emphasizing scalable, secure, and cost-
effective solutions.
• Strong communicator with the ability to present complex technical concepts to C-level
executives and diverse stakeholders.
• Adept at thriving in fast-paced, dynamic environments and collaborating across cross-
functional teams.

Page 1 of 4

• Strategic thinker with a deep understanding of cloud industry trends and customer needs.
• Holder of relevant certifications in Oracle Cloud Infrastructure, AWS, and Azure.
• Recognized for leading technical initiatives that bridge business and technology goals within
multicloud environments.

## Experience

### Oracle
4 years 3 months

**IT Principal Consultant, Cloud Operations**
July 2022 - Present (3 years 1 month)
Austin, Texas, United States

In my role as an IT Principal Consultant at Oracle, I led projects focusing on Public Cloud services and container orchestration technologies like Kubernetes and Docker. Collaborating with cross-functional teams, I drove impactful solutions and enhanced communication of technical concepts in a remote setting.

**Senior Site Reliability Engineer**
May 2021 - July 2022 (1 year 3 months)
Austin, Texas, United States

As a SRE at Oracle, I am dedicated to analyzing customer environments, allowing me to deliver effective solutions and ensure smooth operations for Oracle.
• Collaborated with DR and DB Provisioning Team to support DB move tasks within the same cluster or
different clusters within the same AD.
• Led proof of concept for Setup Replication using Oracle GoldenGate Microservices 21.3 - Installation
and Setup, achieving successful unidirectional and bidirectional setups, Implemented table moves
between replicats, Upgraded DB configurations to 19c and OGG configurations to 19c.
• Utilized skills in Autonomous Database Engineering, Golden Gate Administration, Docker, Kubernetes,
Terraform, Python Scripting, OCI, and AWS.
• Executed DR Scale-out OCI and One-off Patch 19.5.2 to 19.11 DB upgrade.

Cognizant
Infra Tech Specialist
September 2011 - April 2021 (9 years 8 months)
Sunnyvale, California, United States

I played a pivotal role in managing and optimizing database systems and cloud infrastructure, leading to significant operational improvements.

• Developed expertise in AWS services, including EC2, RDS, and CloudFormation, enhancing cloud deployment efficiency.
• Utilized Oracle Enterprise Manager for monitoring and tuning, resulting in improved database performance metrics.
• Implemented MongoDB sharding and replication strategies, ensuring high availability and data consistency.

IBM Global Business Services
Oracle DBA/ MySQL DBA
August 2010 - September 2011 (1 year 2 months)
Bangalore , india

In my role as an Oracle DBA at Virgin Mobile USA, I developed Unix Shell scripts to automate database operations and monitoring, ensuring seamless 24x7 production support. I also interacted with customers from different regions to understand their requirements and provide tailored solutions. Additionally, I managed database backups using RMAN and logical backups for disaster recovery, ensuring data integrity and security.

Trimax Data Center Services Ltd
Oracle Database Administrator
April 2009 - August 2010 (1 year 5 months)
Bangalore

In my role as an Oracle Database Administrator at Trimax Data Center Services Ltd in Bangalore, I was responsible for designing, installing, upgrading, monitoring, patching, and cloning Oracle databases. I also planned and led database upgrade operations within our team, ensuring seamless transitions and minimal downtime. Additionally, I designed and managed database security, roles, user management, and profiles to ensure data integrity and confidentiality.

## Education

Indian Institute of Technology, Ropar

Minor in AI, Artificial Intelligence and Machine Learning · (September 2024 - September 2025)

Singapore Business School

Executive MBA, Business Administration and Management, General · (January 2023 - September 2024)

International Business Management Institute (IBMI)

MBA, Business Management · (September 2020 - December 2021)

Maulana Abul Kalam Azad University of Technology, West Bengal formerly WBUT

Bachelor of Technology - BTech, Information Technology