**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

**DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF ORACLE'S
REPLY IN SUPPORT TO ITS MOTION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE,
TO THE AUSTIN DIVISION OF THE
<u>WESTERN DISTRICT OF TEXAS UNDER 28 U.S.C. § 1404(a)</u>**

I, Diana Rutowski, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Defendant Oracle Corp. ("Oracle") in the above-captioned matter. I am admitted pro hac vice to this Court. I submit this declaration based on personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Oracle's Reply In Support To Its Motion to Transfer Venue.

3. Attached as **Exhibit 71** is a true and correct copy of a document titled Order, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 108 (W.D. Tex. May 21, 2025).

4. Attached as **Exhibit 72** is a true and correct copy of a document titled Order, *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033, ECF No. 102 (W.D. Tex. May 7, 2025).

5. Attached as **Exhibit 73** is a true and correct copy of a document titled Defendants' Motion to Dismiss or Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 31 (W.D. Tex. June 7, 2024).

6. Attached as **Exhibit 74** is a true and correct copy of the deposition transcript from the deposition of Susan H. Cameron held July 15, 2025, in *VirtaMove, Corp. v. Oracle Corp.*, No. 7:24-cv-00339.

7. Attached as **Exhibit 75** is a true and correct copy of email correspondence between counsel dated June 26, 2025 in which VirtaMove's counsel confirmed agreement that "O'Leary's October 7, 2024 deposition in the Amazon case will be representative of how Huffman and Woodward would have responded to questions for venue and declaration-related purposes, and that you will be re-filing the declarations from the prior cases and nothing new

from these witnesses in the Oracle case."

8. Attached as **Exhibit 76** is a true and correct copy of the deposition transcript from the deposition of Paul O'Leary, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030 (W.D. Tex. Oct. 7, 2024) bearing Bates VM_ORACLE_0008367 through VM_ORACLE_0008414.

9. Attached as **Exhibit 77** is a true and correct copy of a document titled Joint Motion for Dismissal With Prejudice, *VirtaMove, Corp. v. Microsoft Corp.*, No. 1:25-cv-00794, ECF No. 32 (W.D. Tex. Aug. 20, 2025).

10. Attached as **Exhibit 78** is a true and correct copy of a document titled Defendants' Reply in Support of Motion to Dismiss or Transfer, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030, ECF No. 72 (W.D. Tex. Oct. 25, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025, in Redwood City, California.

_____
Diana Rutowski (admitted pro hac vice)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401