IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.<br><br>                Plaintiff,<br><br>     v.<br><br>ORACLE CORP.<br><br>                Defendant. | Case No.  7:24-cv-000339-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S VOLUNTARY PARTIAL DISMISSAL AFFECTING THE '058 PATENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff VirtaMove, Corp. hereby voluntarily dismisses this action against Defendant Oracle Corp. with respect to U.S. Patent No. 7,784,058 (the '058 Patent) **without** prejudice. Defendant has not yet answered the Complaint or moved for summary judgment. Instead, Defendant filed a Motion to Dismiss. Dkt. 24. Thus, this dismissal is effective immediately, without a Court Order. Fed. R. Civ. P. 41(a)(1)(A)(i).

The part of Defendant's Motion to Dismiss (Dkt. 24) related to the '058 Patent is now **MOOT**. The pending claim construction briefing related to the '058 Patent is also **MOOT**.

This is only a **partial** dismissal of the case. The claims related to U.S. Pat. No. 7,519,814 are **not** affected by this filing and remain in this case. Dkt. 21.

Dated: August 25, 2025                      Respectfully submitted,

                                              By: */s/ Qi (Peter) Tong*

                                              Reza Mirzaie (CA SBN 246953)
                                              rmirzaie@raklaw.com
                                              Marc A. Fenster (CA SBN 181067)

mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*
