# Exhibit 1

Please type a plus sign (+) inside this box ⟶ [+]

PTO/SB/16 (8-00)
Approved for use through10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET
## This is a request for filing a PROVISIONAL APPLICATION FOR PATENT und r 37 CFR 1.53(c).

### INVENTOR(S)

| Given Name (first and middle (if any)) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Donn | Rochette | Fenton, Iowa, USA |
| Dean | Huffman | Kanata, Ontario, Canada |
| Paul | O'Leary | Kanata, Ontario, Canada |

[ ] Additional inventors are being named on the ____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (280 characters max)
USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED LIBRARIES

Direct all correspondence to:    **CORRESPONDENCE ADDRESS**

[X] Customer Number    | 000293 |    ⟶    | Place Customer Number Bar Code Label here |

OR    *Type Customer Number here*

[ ] Firm or Individual Name

| Address | |
|---|---|
| Address | |
| City | | State | | ZIP | |
| Country | | Telephone | | Fax | |

### ENCLOSED APPLICATION PARTS (check all that apply)

[X] Specification  *Number of Pages*  **23**       [ ] CD(s), Number

[X] Drawing(s)  *Number of Sheets*  **6**       [ ] Other (specify)

[ ] Application Data Sheet. See 37 CFR 1.76

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

[X] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check or money order is enclosed to cover the filing fees

[X] The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number    | 04-1577 |

[ ] Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)
**$80.00**

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____ (signature)

TYPED or PRINTED NAME  **Ralph A. Dowell**

TELEPHONE  **(703) 415-2555**

Date  | 09/17/03 |

REGISTRATION NO. | 26,868 |
(if appropriate)
Docket Number:  | 14451PRO |

## USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Provisional Application, Assistant Commissioner for Patents, Washington, D.C.

P19SMALL/REV05

*(handwritten margin note: The PTO did not receive the following listed items (s) — Small Entity Statement)*

*(margin barcode text: 09/22/03 13408 U.S. PTO)*

*(right margin: 60/504213 09/22/03 U.S. PTO)*

- 1 -

USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED LIBRARIES

Field of the Invention

The invention relates to computer software, and more specifically to software that affects and extends services
5  exported through application libraries.

Background of the Invention

Computer systems are designed in such a way that software application programs share common resources. It is traditionally the task of the operating system to provide
10  mechanisms to safely and effectively control access to shared resources.

In some cases the centralized control of elements critical to software applications creates a limitation caused by conflicts for shared resources. Two software applications
15  that require the same file, yet each require a different version of the file will conflict. In the same manner two applications that require independent access to specific network services will conflict. The common solution to these situations is to place software applications that may
20  potentially conflict on separate compute platforms.

Current state of the art defines two architectural approaches to the migration of system elements from an operating system into an application context. In one architectural approach, a single server operating system places
25  critical system elements in the same process. Despite the flexibility offered, the system elements continue to represent a centralized control point. In the other architectural approach, a multiple server operating system places critical system elements in separate processes. While offering even

50357-3

- 2 -

greater options this architecture has suffered performance and operational differences.

Summary of the Invention

In accordance with a first broad aspect, the
5   invention provides a computing architecture that has an operating system kernel having critical system elements and adapted to run in kernel mode; and a shared library adapted to store replicas of at least some of the critical system elements, for use by the software applications in user mode
10  executing in the context of the application. The critical system elements are run in a context of a software application.

In some embodiments, the computing architecture has application libraries accessible by the software applications and augmented by the shared library.

15  In some embodiments, the critical system elements are left in the operating system kernel.

In some embodiments, the critical system elements use system calls to access services in the operating system kernel.

In some embodiments, the operating system kernel has
20  a kernel module adapted to serve as an interface between a service in the context of an application program and a device driver.

In some embodiments, the critical system elements in the context of an application program use system calls to
25  access services in the kernel module.

50357-3

- 3 -

In some embodiments, the kernel module is adapted to provide a notification of an interruption to a service in the context of an application program.

5    In some embodiments, the operating system kernel is adapted to provide interrupt handling capabilities to user mode CSEs.

In some embodiments, the interrupt handling capabilities are initialized through a system call.

10    In some embodiments, the kernel module comprises a handler which is installed for a specific device interrupt.

In some embodiments, the handler is called when an interrupt request is generated by a hardware device.

In some embodiments, the handler notifies the service in the context of an application through the use of an up call
15    mechanism.

In some embodiments, function overlays are used to intercept software application accesses to operating system services.

In some embodiments, the operating system kernel is
20    enabled when the software application is loaded into memory.

In some embodiments, the critical system elements stored in the shared library are linked to the software applications as the software applications are loaded.

In some embodiments, in a native form the critical
25    system elements rely on kernel services supplied by the

50357-3

– 4 –

operating system kernel for device access, interrupt delivery, and virtual memory mapping.

In some embodiments, the kernel services are replicated in user mode and contained in the shared library
5    with the critical system elements.

In some embodiments, the kernel services comprise memory allocation, synchronization and device access.

In some embodiments, the kernel services that are platform specific are not replicated.

10    In some embodiments, the kernel services which are platform specific are called by a critical system element running in user mode.

In some embodiments, a user process running under the computing architecture has a respective one of the software
15    applications, the application libraries, the shared library and the critical system elements all of which are operating in user mode.

In some embodiments, the software applications are provided with respective versions of the critical system
20    elements.

In some embodiments, the system elements which are application specific reside in user mode, while the system elements which are platform specific reside in the operating system kernel.

25    In some embodiments, a control code is placed in kernel mode.

50357-3

- 5 -

In some embodiments, the kernel module is adapted to enable data exchange between the critical service elements in user mode and a device driver in kernel mode.

5      In some embodiments, the data exchange uses mapping of virtual memory such that data is transferred both from the critical service elements in user mode to the device driver in kernel mode and from the device driver in kernel mode to the critical service elements in user mode.

10      In some embodiments, the kernel module is adapted to export services for device interface.

In some embodiments, the export services comprise initialization to establish a channel between a critical system element of the critical system elements in user mode and a device.

15      In some embodiments, the export services comprise transfer of data from a critical system element of the critical system elements in user mode to a device managed by the operating system kernel.

In some embodiments, the export services include transfer of data from a device to a critical system element of the critical system elements in user mode.

According to a second broad aspect, the invention provides an operating system comprising the above computing architecture.

25      According to a third broad aspect, the invention provides a computing platform comprising the above operating system and computing hardware capable of running under the operating system.

According to a fourth broad aspect, the invention provides a shared library accessible to software applications in a user mode, the shared library being adapted to store system elements which are replicas of systems elements of an
5   operating system kernel and which are critical to the software applications.

According to a fifth broad aspect, the invention provides an operating system kernel having systems elements and adapted to run in a kernel mode and to replicate, for storing
10  in a shared library which is accessible by software applications in user mode, system elements of the system elements which are critical to the software applications.

According to a sixth broad aspect, the invention provides an article of manufacture comprising a computer usable
15  medium having computer readable program code means embodied therein for a computing architecture.  The computer readable code means in said article of manufacture has computer readable code means for running an operating system kernel having critical system elements in kernel mode; and  computer readable
20  code means for storing in a shared library replicas of at least some of the critical system elements, for use by software applications in user mode.  The critical system elements are run in a context of a software application.

Accordingly, elements critical to a software
25  application are migrated from centralized control in an operating system into the same context as the application.

Advantageously, the invention allows specific operating system services to efficiently operate in the same context as a software application.

50357-3

- 7 -

Critical system elements normally embodied in an operating system are exported to software applications through shared libraries.  The shared library services provided in an operating system are used to expose these additional system
5    elements.

Brief Description of the Drawings

Preferred embodiments of the invention will now be described with reference to the attached drawings in which:

Figure 1 is an architectural view of the traditional
10   monolithic operating system;

Figure 2 is an architectural view of a multi-server operating system in which some critical system elements are removed from the operating system kernel and are placed in multiple distinct processes or servers;

15   Figure 3 is an architectural view of an embodiment of the invention;

Figure 4 is a functional view showing how critical system elements exist in the same context as an application;

Figure 5 is a block diagram showing a kernel module
20   provided by an embodiment of the invention; and

Figure 6 shows how interrupt handling occurs in an embodiment of the invention.

Detailed Description of the Preferred Embodiments

Embodiments of the invention enable the replication
25   of critical system elements normally found in an operating

50357-3

- 8 -

system kernel to run in the context of a software application. Critical system elements are replicated through the use of shared libraries.  Replication implies that system elements are not replaced from an operating system, rather they become
5  separate extensions accessed through shared libraries.

By way of introduction, a number of terms will now be defined.

Critical System Element (CSE):  Any service or part of a service, normally supplied by an operating system, that is
10  critical to the operation of a software application.

Compute platform:  The combination of computer hardware and a single instance of an operating system.

User mode:  The context in which applications execute.

Kernel mode:  The context in which the kernel portion of an
15  operating system executes.  In conventional systems, there is a physical separation enforced by hardware between user mode and kernel mode.  Application code cannot run in kernel mode.

Application Programming Interface (API):  An API refers to the operating system and programming language specific functions
20  used by applications.  These are typically supplied in libraries which applications link with either when the application is created or when the application is loaded by the operating system.  The interfaces are described by header files provided with an operating system distribution.  In practice,
25  system APIs are used by applications to access operating system services.

50357-3

- 9 -

Application library:  A collection of functions in an archive format that is combined with an application to export system elements.

Shared library:  An application library whose code space is
5   shared among all user mode applications.

Static library:  An application library whose code space is contained in a single application.

Kernel module:  A set of functions that reside and execute in kernel mode as extensions to the operating system kernel.  It
10  is common in most systems to include kernel modules which provide extensions to the existing operating system kernel.

Up call mechanism:  A means by which a service in kernel mode calls a function in a user mode application context.  It is common to provide an up call mechanism within an operating
15  system kernel.

     Figure 1 shows a conventional architecture where critical system elements execute in kernel mode.  Critical system elements are contained in the operating system kernel. Applications access system elements through application
20  libraries.

     In order for an application of Figure 1 to make use of a critical system element in the kernel, the application makes a call to the application libraries.  It is impractical to write applications which handle CPU specific/operating
25  specific issues directly.  As such, what is commonly done is to provide an application library in shared code space which multiple applications can access.  This provides a platform independent interface where applications can access critical system elements.  When the application makes a call to a

50357-3

- 10 -

critical system element through the application library, a
system call may be used to transition from user mode to kernel
mode.  The application stops running as the hardware enters
kernel mode.  The operating system kernel then provides the
5    required functionality.  It is noted that each oval in Figure 1
represents a different context.  There are two application
contexts in the illustrated example and the operating system
context is not shown as an oval but also has its own context.

Figure 2 shows a system architecture where critical
10   system elements execute in user mode but in a distinct context
from applications.  Some critical system elements are removed
from the operating system kernel.  They reside in multiple
distinct processes or servers as discussed in United States
Provisional Patent Application entitled "Drag & Drop
15   Application Management" which is incorporated herein by
reference.  The servers that export critical system elements
execute in a context distinct from the operating system kernel
and applications.  These servers operate at a peer level with
respect to other applications.  Applications access system
20   elements through application libraries.  The libraries in this
case communicate with multiple servers in order to access
critical system elements.  Thus in the illustrated example,
there are two application contexts and two critical system
element contexts.  When an application needs to make use of a
25   critical system element which is being run in user mode, a
rather convoluted sequence of events must take place.
Typically the application first makes a platform independent
call to the application library.  The application library in
turn makes a call to the operating system kernel.  The
30   operating system kernel then schedules the server with the
critical system element in a different user mode context.
After the server completes the operation, a switch back to
kernel mode is made which then responds back to the application

50357-3

- 11 -

through the application library.  Due to this architecture,
such implementations may result in poor performance.  Ideally,
an application which runs on the system of Figure 1 should be
able to run on the system of Figure 2 as well.  However, in
5  practice it is difficult to maintain the same characteristics
and performance using such an architecture.

The invention is contrasted with both of these
architectures in that critical system elements are not isolated
in the operating system kernel in the case of a monolithic
10  architecture (Figure 1), also they are not removed from the
context of an application as is the case with a multi-server
architecture (Figure 2).  Rather they are replicated and
embodied in the context of an application.

Figure 3 shows an architectural view of the overall
15  operation of the invention.  Multiple user processes execute
above a single instance of an operating system.  Software
applications utilize shared libraries as is done in United
States Provisional Patent Application entitled "SOFTWARE SYSTEM
FOR CONTAINERIZATION OF APPLICATION SETS" which is incorporated
20  herein by reference.  The standard libraries are augmented by
an extension which contains critical system elements.  Extended
services are similar to those that appear in the context of the
operating system kernel.

Figure 4 shows functionality above the operating
25  system kernel all of which is run in user mode while the
operating system kernel itself runs in kernel mode.  The user
mode functionality includes the user applications, the standard
application libraries, and a new extended shared library
provided by an embodiment of the invention.  The extended
30  shared library includes replicas of kernel functions.  These
functions can be directly called by the applications and as

50357-3

- 12 -

such can be run in the same context as the applications.  In
preferred embodiments, the kernel functions which are included
in the extended shared library are also included in the
operating system kernel.  Furthermore, there might be different
5  versions of a given critical system element forming part of the
extended shared library with different applications accessing
these different versions within their respective context.

In preferred embodiments, the platform specific
aspects of the critical system element are left in the
10  operating system kernel, for example certain system calls.
Then the critical system elements which are included in the
extended shared library may still make use of the operating
system kernel to implement these platform specific functions.

Figure 5 represents the function of the kernel module
15  (described in more detail below).  A critical system element in
the context of an application program uses system calls to
access services in the kernel module.  The kernel module serves
as an interface between a service in the application context
and a device driver.  Specific device interrupts are vectored
20  to the kernel module.  A service in the context of an
application is notified of an interrupt by the kernel module.

Figure 6 represents interrupt handling.  Interrupt
handling is initialized through a system call.  A handler
contained in the kernel module is installed for a specific
25  device interrupt.  When an interrupt request is generated by a
hardware device the handler contained in the kernel module will
be called.  The handler notifies a service in the context of an
application through the use of an up call mechanism.

50357-3

- 13 -

Function Overlays

A function overlay occurs when the implementation of
a function that would normally be called is replaced such that
an extension or replacement function is called instead.  The
5   invention uses function overlays to intercept software
application accesses to operating system services.  The overlay
is accomplished by use of an ability supplied by the operating
system to allow a library to be preloaded before other
libraries are loaded.  Such an ability is used to cause the
10  loading process (performed by the operating system) to link the
application to a library extension supplied by the invention
rather than to the library that would otherwise be used.

The functions overlaid by the invention serve as
extensions to operating system services.  When a function is
15  overlaid in this manner it enables the service defined by the
API to be exported in an alternate manner than that provided by
the operating system in kernel mode.

Critical System Elements

According to the invention, some system elements that
20  are critical to the operation of a software application are
replicated from kernel mode, by the operating system, into user
mode in the same context as that of the application.

These system elements are contained in a shared
library.  As such they are linked to a software application as
25  the application is loaded.  Figure 3 shows that an extension
library is utilized.

In its native form, as it exists in the operating
system kernel, a CSE uses services supplied by the operating
system kernel.  In order for the CSE to be migrated to user

50357-3

- 14 -

mode and operate effectively, the services that the CSE uses
from the operating system kernel are replicated in user mode
and contained in the shared library with the CSE itself.
Services of the type referred to here include, but are not
5  limited to, memory allocation, synchronization and device
access.  Preferably, as discussed above, platform specific
services are not replicated, but rather are left in the
operating system kernel.  These will then be called by the
critical system element running in user mode.

10      Figure 4 shows that the invention allows for critical
system elements to exist in the same context as an application.
These services exported by library extensions do not replace
those provided in an operating system kernel.  Thus, in Figure
4 the user process is shown to include the application itself,
15  the regular application library, the extended library and the
critical system element all of which are operating in user
mode.  The operating system kernel is also shown to include
critical system elements.  In preferred embodiments, the
critical system elements which are included in user mode are
20  replicas of elements which are still included in the operating
system kernel.

As discussed previously, different applications may
be provided with their own versions of the critical system
elements.  Advantageously, this can make it appear that
25  multiple applications running on a given platform have their
own operating system. However in reality, there is only one
operating system with application specific components in user
mode, and with non-application specific components only
residing in the kernel mode.  It is noted that this allows
30  different applications running on a given platform to operate
in secure separation without clashing for resources and without
versioning problems of libraries.  Previous attempts to address

50357-3

- 15 -

this problem have included building hardware that is capable of
running multiple versions of an operating system, and building
a virtual machine in software which effectively allows each
service to have its own operating system, but in software.  The
5  new solution provided by this embodiment of the invention
yields the same benefits of these two other solutions, but
without the requirement from multiple operating systems.


Kernel module

In some embodiments, control code is placed in kernel
10  mode as shown in Figure 4.  Figure 5 shows that a kernel module
is used to augment device access and interrupt notification.

As a device interface the kernel module enables data
exchange between a user mode CSE and a device driver in kernel
mode.  The exchange uses mapping of virtual memory such that
15  data is transferred in both directions without a copy.

Services exported for device interface typically
include:

⊕ Initialization.  Establish a channel between a CSE in user
mode and a specific device.  Informs the interrupt service
20    that this CSE requires notification.

⊕ Write data.  Transfer data from a CSE to a device. User mode
virtual addresses are converted to kernel mode virtual
addresses.

⊕ Read data.  Transfer data from a device to a CSE.  Kernel
25    mode data is mapped into virtual addresses in user mode.

During initialization, interrupt services are
informed that for specific interrupts, they should call a

50357-3

- 16 -

handler in the kernel module.  The kernel module handles the interrupt by making an up call to the critical system element.

Interrupts related to a device being serviced by a CSE in user mode are extended such that notification is given
5   to the CSE in use.

As shown in Figure 6 a handler is installed in the path of an interrupt.  The handler uses an up call mechanism to inform the affected services in user mode.

A user mode service enables interrupt notification
10   through the use of an initialization function.

The general system configuration of the present invention discloses one possible implementation of the invention.

In some embodiments, the 'C' programming language is
15   used but other languages can alternatively be employed.

Function overlays have been implemented through application library pre-load.  A library supplied with the invention is loaded before the standard libraries, using standard services supplied by the operating system.  This
20   allows specific functions (APIs) used by an application to be overlaid or intercepted by services supplied by the invention.

Access from a user mode CSE to the kernel module, for device I/O and registration of interrupt notification, is implemented by allowing the application to access the kernel
25   module through standard device interfaces defined by the operating system. The kernel module is installed as a normal device driver.  Once installed applications are able to open a

50357-3

- 17 -

device that corresponds to the module allowing effective
communication as with any other device or file operation.

Numerous modifications and variations of the present
invention are possible in light of the above teachings.  It is
5 therefore to be understood that within the scope of the
appended claims, the invention may be practiced otherwise than
as specifically described herein.

50357-3

- 18 -

WE CLAIM:

1.      A computing architecture comprising:

        an operating system kernel having critical system elements and adapted to run in kernel mode; and

5       a shared library adapted to store replicas of at least some of the critical system elements, for use by software applications in user mode;

        wherein the critical system elements are run in a context of a software application.

10  2.      A computing architecture according to claim 1 comprising application libraries accessible by the software applications and augmented by the shared library.

3.      A computing architecture according to claim 1 wherein the critical system elements are left in the operating system
15  kernel.

4.      A computing architecture according to claim 1 wherein the critical system elements use system calls to access services in the operating system kernel.

5.      A computing architecture according to claim 1 wherein
20  the operating system kernel comprises a kernel module adapted to serve as an interface between a service in the context of an application program and a device driver.

6.      A computing architecture according to claim 5 wherein the critical system elements in the context of an application
25  program use system calls to access services in the kernel module.

50357-3

- 19 -

7.        A computing architecture according to claim 5 or 6
wherein the kernel module is adapted to provide a notification
of an interruption to a service in the context of an
application program.

5  8.        A computing architecture according to any one of
claims 5 to 7 wherein the operating system kernel is adapted to
provide interrupt handling capabilities to user mode CSEs.

9.        A computing architecture according to claim 8 wherein
the interrupt handling capabilities are initialized through a
10  system call.

10.        A computing architecture according to claim 9 wherein
the kernel module comprises a handler which is installed for a
specific device interrupt.

11.        A computing architecture according to claim 10
15  wherein the handler is called when an interrupt request is
generated by a hardware device.

12.        A computing architecture according to claim 11
wherein the handler notifies the service in the context of an
application through the use of an up call mechanism.

20  13.        A computing architecture according to any one of
claims 1 to 12 wherein function overlays are used to intercept
software application accesses to operating system services.

14.        A computing architecture according to any one of
claims 1 to 13 wherein the critical system elements stored in
25  the shared library are linked to the software applications as
the software applications are loaded.

50357-3

- 20 -

15.        A computing architecture according to any one of
claims 1 to 14 wherein in a native form the critical system
elements rely on kernel services supplied by the operating
system kernel for device access, interrupt delivery, and
5  virtual memory mapping.

16.        A computing architecture according to claim 15
wherein the kernel services are replicated in user mode and
contained in the shared library with the critical system
elements.

10  17.        A computing architecture according to claim 15 or 16
wherein the kernel services comprise memory allocation,
synchronization and device access.

18.        A computing architecture according to any one of
claims 15 to 17 wherein the kernel services that are platform
15  specific are not replicated.

19.        A computing architecture according to claim 18
wherein the kernel services which are platform specific are
called by a critical system element running in user mode.

20.        A computing architecture according to claim 2 wherein
20  a user process running under the computing architecture
comprises a respective one of the software applications, the
application libraries, the shared library and the critical
system elements all of which are operating in user mode.

21.        A computing architecture according to any one of
25  claims 1 to 20 wherein the software applications are provided
with respective versions of the critical system elements.

22.        A computing architecture according to claim 21
wherein the system elements which are application specific

50357-3

- 21 -

reside in user mode, while the system elements which are
platform specific reside in the operating system kernel.

23.      A computing architecture according to any one of
claims 1 to 22 wherein a control code is placed in kernel mode.

5   24.      A computing architecture according to claim 5 wherein
the kernel module is adapted to enable data exchange between
the critical service elements in user mode and a device driver
in kernel mode.

25.      A computing architecture according to claim 24
10   wherein the data exchange uses mapping of virtual memory such
that data is transferred both from the critical service
elements in user mode to the device driver in kernel mode and
from the device driver in kernel mode to the critical service
elements in user mode.

15   26.      A computing architecture according to claim 24 or 25
wherein the kernel module is adapted to export services for
device interface.

27.      A computing architecture according to claim 26
wherein the export services comprise initialization to
20   establish a channel between a critical system element of the
critical system elements in user mode and a device.

28.      A computing architecture according to claim 26
wherein the export services comprise transfer of data from a
critical system element of the critical system elements in user
25   mode to a device managed by the operating system kernel.

29.      A computing archictecture according to claim 26
wherein the export services comprise transfer of data from a

50357-3

device to a critical system element of the critical system
elements in user mode.

30.      A operating system comprising the computing
architecture of any one of claims 1 to 29.

5  31.      A computing platform comprising the operating system
of claim 30 and computing hardware capable of running under the
operating system.

32.      A computing architecture according to any one of
Figure 1 to 3.

10  33.      A shared library accessible to software applications
in a user mode, the shared library being adapted to store
system elements which are replicas of systems elements of an
operating system kernel and which are critical to the software
applications.

15  34.      An operating system kernel having systems elements
and adapted to run in a kernel mode and to replicate, for
storing in a shared library which is accessible by software
applications in user mode, system elements of the system
elements which are critical to the software applications.

20  35.      A computing architecture according to claim 13
wherein the operating system kernel is enabled when the
software application is loaded into memory.

36.      An article of manufacture comprising:

        a computer usable medium having computer readable
25  program code means embodied therein for a computing
architecture, the computer readable code means in said article
of manufacture comprising:

50357-3

- 23 -

     computer readable code means for running an operating system kernel having critical system elements in kernel mode; and

5     computer readable code means for storing in a shared library replicas of at least some of the critical system elements, for use by software applications in user mode;

     wherein the critical system elements are run in a context of a software application.

*1/6*



**FIG. 1**

2/6



**FIG. 2**

3/6



**FIG. 3**

4/6



**FIG. 4**

5/6



**FIG. 5**

6/6



**FIG. 6**

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/25/2003 EFLORES  00000027 60504213
01 FC:2005                    80.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033