IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

**DEFENDANT ORACLE'S STATUS REPORT**
**REGARDING MOTION TO TRANSFER VENUE**

Pursuant to Section VI of the Court's Standing Order Governing Proceedings (OGP) – Patent Cases, Defendant Oracle Corp. ("Oracle") hereby notifies the Court that its Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Austin Division of the Western District of Texas Under 28 U.S.C. § 1404(a) (Dkt. 25) is fully briefed and ready for adjudication. Plaintiff VirtaMove, Corp. filed its opposition to the motion on August 5, 2025 (Dkt. 44) and Oracle filed its reply in support of the motion on August 25, 2025 (Dkt. 46). Therefore, briefing on the motion is complete. The parties proposed October 6, 2025 for the *Markman* hearing (Dkt. 23-1).

Dated: August 28, 2025

Respectfully submitted,

*/s/ Jared Bobrow*

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

*Attorneys for Defendant Oracle Corp.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on August 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                          */s/ Jared Bobrow*
                                          Jared Bobrow