# Exhibit I

| | |
|---|---|
| **From:** | Christian W. Conkle <cconkle@raklaw.com> |
| **Sent:** | Thursday, August 21, 2025 7:48 PM |
| **To:** | Rutowski, Diana; Oracle-VirtaMove_OHS; Darryl  Adams |
| **Cc:** | Virtamove team |
| **Subject:** | VirtaMove v. Oracle; 7:24-CV-00339 - Claim election |

**[EXTERNAL]**

Counsel for Oracle,

In order to streamline the case and reduce the number of disputes before the Court, VirtaMove amends its election of asserted patents and claims as follows:

- '814 patent: claims 1, 2, 6, 9, 10, and 13.

We believe that in light of this election the Court need not and should not consider claim construction of the '058 patent, and we will not be addressing the '058 patent claims in our responsive claim construction brief. Please let us know if you have any questions.

All best,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474