IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-CV-00339-ADA <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT ORACLE'S NOTICE OF
<u>SUPPLEMENTAL TRANSFER AUTHORITY</u>**

Defendant Oracle Corp. ("Oracle") hereby provides notice that on September 11, 2025, the Federal Circuit denied VirtaMove Corp.'s ("VirtaMove") Petitions for Writ of Mandamus to vacate transfer orders in two related cases. *See In Re VirtaMove, Corp.*, No. 2025-130, Dkt. 17 (Fed. Cir. Sept. 11, 2025); *In Re VirtaMove, Corp.*, No. 2025-138, Dkt. 14 (Fed. Cir. Sept. 11, 2025). These two decisions denying the petitions were filed in VirtaMove's respective cases in this District against *Google* and *Amazon* and are attached hereto as **Exhibits 79** (*VirtaMove, Corp. v. Google LLC*, No. 7:24-CV-00033-DC-DTG, Dkt. 106 (W.D. Tex. Sept. 11, 2025)) and **80** (*VirtaMove, Corp. v. Amazon, Inc.* No. 7:24-CV-00030-ADA-DTG., Dkt. 116 (W.D. Tex. Sept. 11, 2025)).

In the only other remaining case in which VirtaMove asserted the patent at issue, the parties filed a Joint Motion to Stay all Deadlines and Notice of Settlement. That motion is attached hereto as **Exhibit 81** (*VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, Case No. 24-cv-00093-

JRG-RSP, Dkt. 322 (E.D. Tex. Sept. 10, 2025) (VirtaMove Corp. and International Business Machines Corp.'s Joint Motion to Stay All Deadlines and Notice of Settlement)).

Dated: September 12, 2025                           Respectfully submitted,

*/s/ Jared Bobrow*
Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

*Attorneys for Defendant Oracle Corp.*

- 3 -

## CERTIFICATE OF SERVICE

    The undersigned certifies that on September 12, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                    */s/ Jared Bobrow*
                                                  Jared Bobrow