UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 7:24-cv-00339-ADA |

**PLAINTIFF VIRTAMOVE CORP.'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY REGARDING TRANSFER UNDER SEAL**

**I.      Introduction**

Plaintiff VirtaMove seeks leave to file a sur-reply under seal to address 1) new facts and arguments improperly raised by Oracle for the first time in its Reply (Dkt. 46) and 2) to respond to developments reported in Oracle's Notice of Supplemental Transfer Authority. Dkt. 55. VirtaMove's proposed sur-reply is attached as Exhibit 98.

**II.     Law**

Federal Courts disfavor new arguments or evidence first raised in a reply because such tactics deprive the opposing party of an opportunity to respond. *Springs Indus., Inc. v. Am. Motorists Ins. Co.*, 137 F.R.D. 238, 239 (N.D. Tex. 1991). When a party does so, courts routinely permit sur-replies. *Rodriguez v. Hall*, No. CV SA-14-CA-459-OLG, 2015 WL 13796699, at *5 (W.D. Tex. Apr. 15, 2015) ("In granting leave to file a sur-reply, the Court afforded defendants the opportunity to respond to the new argument raised in the plaintiff's reply brief.")

**III.    Oracle's Reply Raised New Facts and Arguments**

Oracle's Reply raised new facts and arguments that warrant a response. These include:

- New citations to pre-*Clarke* cases like *Safecast Ltd. v. Google LLC*, No. 6:22-cv-00678-ADA, 2023 WL 4277349 (W.D. Tex. June 28, 2023). Dkt. 46 at 3.

- Reliance on new excerpts of deposition testimony without important context. Dkt. 46 at 2 (citing parts of 44-6).

- Oracle's new attacks on VirtaMove's methodology. Dkt. 46 at 1, 4.

- New developments related to the *Microsoft* case. (Dkt. 46 at 1, citing new Oracle exhibit 77).

**IV.     Oracle's Notice of Supplemental Authority Affects Legal Disputes**

Oracle's notice of supplemental authority indisputable raises new, recent developments of law and fact. A sur-reply is warranted to explain the impact of the Federal Circuit's rulings from the cases *In re VirtaMove, Corp.*, No. 2025-130, Dkt. 17 (Fed. Cir. Sept. 11, 2025) and *In re VirtaMove, Corp.*, No. 2025-138, Dkt. 14 (Fed. Cir. Sept. 11, 2025).

**V.     Conclusion**

For these reasons, the Court should consider VirtaMove's proposed sur-reply (Ex. 98) as part of the transfer briefing and grant leave for it to be filed under seal.


Dated: September 23, 2025          Respectfully submitted,

By: */s/ Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com
Linjun Xu (CA SBN 307667)

lxu@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suit 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

          /s/ Qi (Peter) Tong

4