UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP. <br><br> Defendant. | Case No. 7:24-CV-00339-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order, the parties submit this Joint Claim Construction Statement, setting forth disputed and agreed claim terms. The claim terms identified below are all found in U.S. Patent No. 7,519,814 (the "'814 patent"), which is the sole patent remaining in this litigation.

I.      LIST OF DISPUTED CLAIM TERMS

| Claim Term | VirtaMove's Proposal | Oracle's Proposal |
|---|---|---|
| "container" (claims 1, 2, 6, 9, 10, 13) | No construction necessary; plain and ordinary meaning.<br><br>In the alternative:<br>"An aggregate of files required to successfully execute a set of software applications on a computing platform. Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers." | "An aggregate of files required to successfully execute a set of software applications on a computing platform. A container is not a physical container but a grouping of associated files, which may be stored in a plurality of different locations that is to be accessible to, and for execution on, one or more servers.  Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers. The term 'within a container', used within this specification, is to mean 'associated with a container'. A container comprises one or more application programs including one or more processes, and associated system files for use in executing the one or more processes; but containers do not comprise a kernel; each container has its own execution file associated therewith for starting one or more applications. In operation, each container utilizes a kernel resident on the server that is part of the operation system (OS) the container is running under to execute its applications." |
| "each of the containers has a unique root file system that is different from an operating system's root file system" (claim 1) | No construction necessary; plain and ordinary meaning. | "each container has a separate physical copy of the files required by applications associated with the container" |

## II.     LIST OF AGREED CLAIM TERMS

| Claim Term | Agreed Construction |
|---|---|
| Whether the preamble is limiting (claim 1) | The preamble is limiting. |
| "a secure container" / "secure container of application software" (claims 1, 2, 6, 9, 10) | a container environment where each application set appears to have individual control of some critical system resources and/or where data within each application set is insulated from effects of other applications sets, wherein each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers |
| "processor" (claim 1) | physical computer processor |
| "servers" (claim 1) | physical servers |
| "disparate computing environments" (claim 1) | environments where computers are stand-alone or where there are plural computers and where they are unrelated |
| "a processor" / the processor" (claim 1) | The term and its antecedent refer to the same entity. |
| "a plurality of servers" / "the servers" (claim 1) | The term and its antecedent refer to the same entity. |
| "one of the servers" / "the server" (claim 1) | The term and its antecedent refer to the same entity. |
| "operating systems" / "the operating systems" (claims 1, 10) | The term and its antecedent refer to the same entity. |
| "a plurality of different operating systems" / "the plurality of different operating systems" (claim 1) | The term and its antecedent refer to the same entity. |
| "a plurality of secure containers of application software" / "the containers of application software" / "the plurality of secure containers of application software" / "the containers" (claims 1, 6, 9) | The term and its antecedent refer to the same entity. |
| "including a kernel a set of associated local system files" (claim 1) | including a kernel and a set of associated local system files |

Dated: September 25, 2025

| /s/ Jared Bobrow | /s/ Reza Mirzaie |
|---|---|
| Jared Bobrow (admitted *pro hac vice*)<br>CA Bar No. 133712<br>jbobrow@orrick.com<br>Bas de Blank (admitted *pro hac vice*)<br>CA Bar No. 191487<br>basdeblank@orrick.com<br>Diana Rutowski (admitted *pro hac vice*)<br>CA Bar No. 233878<br>drutowski@orrick.com<br>Parth Sagdeo (admitted *pro hac vice*)<br>CA Bar No. 325269<br>psagdeo@orrick.com<br>**Orrick, Herrington & Sutcliffe LLP**<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Tel: (650) 614-7400<br>Fax: (650) 614-7401<br><br>Shane D. Anderson (admitted *pro hac vice*)<br>CA Bar No. 313145<br>sdanderson@orrick.com<br>**Orrick, Herrington & Sutcliffe LLP**<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>Tel: 213-612-2377<br>Fax: 213-612-2499<br><br>Darryl J. Adams<br>dadams@sgbfirm.com<br>**Slayden Grubert Beard**<br>401 Congress Avenue, Suite 1650<br>Austin, Texas 78701<br>Tel:  512-402-3550<br><br>**ATTORNEYS FOR DEFENDANT ORACLE CORP.** | Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Jacob R. Buczko<br>CA State Bar No. 269408<br>James S. Tsuei<br>CA State Bar No. 285530<br>James A. Milkey<br>CA State Bar No. 281283<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Daniel Kolko<br>CA State Bar No. 341680<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>Telephone: 310-826-7474<br>Email: rmirzaie@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: jbuczko@raklaw.com<br>Email: jtsuei@raklaw.com<br>Email: jmilkey@raklaw.com<br>Email: cconkle@raklaw.com<br>Email: jma@raklaw.com<br>Email: dkolko@raklaw.com<br><br>Qi (Peter) Tong<br>TX State Bar No. 24119042<br>8080 N. Central Expy, Suite 1503<br>Dallas, TX 75206<br>Email: ptong@raklaw.com<br><br>**ATTORNEYS FOR PLAINTIFF VIRTAMOVE, CORP.** |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed on September 25, 2025, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Reza Mirzaie*
